Nathan M. Olsen, ISB No. 7373
**OLSEN TAGGART PLLC**
P.O. Box 3005
Idaho Falls, ID  83403-3005
Telephone: (208) 552-6442
Facsimile:  (208) 524-6095
Email:  nolsen@olsentaggart.com

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LYNN AND GLENN RASMUSSEN, a married couple residing in Grace, Idaho<br><br>    Plaintiffs and Petitioners,<br><br>vs.<br><br>J.R. SIMPLOT COMPANY, a Nevada corporation, IDAHO DEPARTMENT OF AGRICULTURE, a department organized under the State of Idaho, IDAHO DEPARTMENT OF ENVIRONMENTAL QUALITY, a department organized under the State of Idaho, U.S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States of America, JOHN AND JANE DOES I-X, yet unknown parties<br><br>    Defendants and Respondents, | Case No. _____<br><br>**VERIFIED COMPLAINT, PETITION FOR INJUNCTIVE RELIEF, AND WRIT OF MANDATE** |

COMES NOW, Plaintiffs LYNN AND GLENNA RASMUSSEN, a married couple, by and through their attorney Nathan M. Olsen, of OLSEN TAGGART PLLC, and complains and seeks relief against the above captioned Defendants for the actions of their agents and representatives as follows:

# TABLE OF CONTENTS

**PARTIES** ................................................................................................................. 3

**JURISDICTION AND VENUE** ............................................................................... 5

   **I.**   **Facts** ............................................................................................................ 5

      *A.*   *Rasmussen Ranch and Operation Overview.* ............................................... 5

      *B.*   *Overview of the Smokey Canyon Mine Pipeline.* ......................................... 8

      C.   *The 2023 spill of massive quantities of toxic Slurry in Hornet Creek and Diamond Creek on Forest Service land the Rasmussen Allotment.* .................... 10

      E.   *Testing of Rasmussen Cattle at the direction of the Governor and Idaho Department of Agriculture finding contamination* ........................................ 20

      F.   *IDA's coordination and collusion with Simplot, failure to act, and allowance of contaminated meat into the food supply.* .............................................. 24

      G.   *Simplot's admission of liability for contamination of Rasmussen's cattle but false denials of its knowledge of the contamination.* ............................. 29

      H.   *The lack of proper regulatory measures, disregard of environmental laws, lack of full disclosure, and dismissiveness of agencies charged to enforce such laws who instead have protected Simplot above all else.* ........................ 33

      *I.*   *Urgent action needed with regard to the 740 contaminated cattle still being care for by the Rasmussens.* ....................................................... 37

      *K.*   *Simplot's blazon and systematic disregard, indifference to basic obligations to prevent and address harms, and outrageous conduct warranting punitive damages.* ..................... 42

   **II.**   **Causes of Action** .................................................................................. 44

      **COUNT I:** *Immediate Writ of Mandate and Injunctive Relief Re: Condemnation and removal of contaminated herd and financial compensation.* ............................... 44

      **COUNT II:** *Relief under CERCLA* ................................................................ 47

      **COUNT III:** *Per Se Negligence for Release of Hazardous Materials* ............. 49

      **COUNT IV:** *Ordinary Negligence, gross negligence and willful deliberate conduct* ........ 51

      **COUNT V:** *Nuisance* ...................................................................................... 52

      **COUNT VI:** *Trespass* ..................................................................................... 53

      **COUNT VII**: *Citizen Suit under the Clean Water Act* ................................... 54

**PRAYER FOR RELIEF** ......................................................................................... 56

## PARTIES

1.  Plaintiffs and Petitioners Lynn and Glenna Rasmussen, hereafter referred to collectively as "Rasmussen" or "Rasmussens," and individually as "Lynn," or "Glenna" are a married couple residing in Grace, Idaho, who own and operates a cattle ranch in the Caribou Mountain Range in Southeast Idaho, hereafter referred to as the "Ranch" or "Rasmussen Ranch." Rasmussen's son Danny Rasmussen, hereafter referred to as "Danny," is a designated agent of the Rasmussens authorized to manage, operate and conduct the affairs of the Ranch.

2.  Defendant and Respondent J.R. Simplot Company, hereafter referred to as "Simplot," is a private corporation organized under the laws of the State of Nevada, and whose corporate headquarters is located in Boise, Idaho.

3.  Defendant and Respondent, Idaho Department of Agriculture, hereafter referred to as "IDA" and its Animal Industry Division, hereafter referred to as "IDAID," is a department organized under the laws of the State of Idaho and is governed by the Idaho State Governor Brad Little. The IDA Director is Chanel Tewalt, hereafter referred to as "Tewalt," and its Deputy Director is Lloyd Knight, hereafter referred to as "Knight."  IDAID is charged with duties and powers for the movement and disease control of livestock pursuant to I.C. §§ 25-203 – 214.  The Idaho State Veterinarian is Dr. Scott Liebsle, hereafter referred to as "Liebsle," who is charged with duties under the IDAID statutes and rules.

4.  The Idaho Department of Environmental Quality, hereafter referred to as "IDEQ," is a department organized under the laws of the State of Idaho and is governed by the Idaho State Governor Brad Little.  The IDEQ Director is Jesse Byrne.  Subject to the terms of a Memorandum of Agreement between the IDEQ and the U.S. Environmental Protection Agency

(EPA) dated May 24, 2018, hereafter referred to as the "2018 EPA/IDEQ MOA," IDEQ is

charged with compliance and enforcement of the U.S. Clean Water Act (CWA) 33 U.S.C. § 1251

et seq. (formerly the "Water Pollution Prevention and Control Act") in the State of Idaho. Per the

terms of a Memorandum of Understanding between IDEQ and the U.S. Forest Service's

Northern and Intermountain Regions, dated February 10, 2020, hereafter referred to as the "2020

FS/IDEQ MOU," the IDEQ is charged with administering and enforcing CWA provisions of the

in the U.S. Forest Service lands in the State of Idaho.

   5.   The U.S. EPA is an agency organized and administered under the laws of the United

States of America. The EPA's Region 10 subdivision is responsible for enforcing and

administering EPA programs in the State of Idaho.  The EPA administers the provisions of the

"Comprehensive Environmental Response, Compensation, and Liability Act" (CERCLA), 42

U.S.C. § 9601 et seq, and the "National Oil and Hazardous Substances Pollution Contingency

Plan" (NCP), which outlines CERCLA's implementing regulations. The NCP sets the procedures

and standards that must be followed for enforcement and remediation of Agencies must follow

the procedures and standards detailed in the NCP the cleanup of hazardous substances releases,

the "Hazardous Substance Superfund," hereafter referred to as "Superfund" for the remediation

of hazardous material on designated sites. The EPA Region 10 also retains some oversight and

enforcement authority of the IDEQ's administration of the CWA in accordance with 40 CFR §

123.24(a), other applicable federal regulations, and the terms of the 2018 EPA/IDEQ MOA. As

noted in Section IX of this MOA: "If EPA determines that IDEQ has not taken timely

enforcement action against a violator and/or that the enforcement action has not been

appropriate, EPA may proceed with any or all enforcement options available under CWA §309."

6.    Defendants and respondents John and Jane Does I-X are yet to be known liable or necessary parties to this action.

## JURISDICTION AND VENUE

7.    Jurisdiction is properly before the U.S. District Court of Idaho under 28 U.S.C. § 1331, because this action involves several federal questions under the laws of the United States, and under 28 U.S.C. § 1332 in that Simplot is a Nevada corporation and the Rasmussens are citizens of Idaho, and that the amount in controversy exceeds $75,000.

8.    Jurisdiction is properly before the U.S. District Court of Idaho under 28 U.S.C. § 1367(a) or the plaintiffs/petitioners state law claims form part of the same case or controversy as claims within the court's original jurisdiction.

9.    Venue is appropriate in the U.S. District of Idaho located in Boise, Idaho under 28 U.S.C. § 1391(c)(2) in that defendant/respondents Simplot's principal place of business is in Boise, Idaho, and under U.S.C. § 1391(e) for the IDA, IDEQ, and the EPA, all of which reside and have offices in Boise, Idaho.

### I.    Facts

*A.    Rasmussen Ranch and Operation Overview.*

10. The Rasmussens own and operate a cattle ranch in the Caribou Mountain Range in Southeast Idaho (hereafter the "Rasmussen Ranch"). The Rasmussen Ranch has operated in the same location for seven generations over the last 154 years, using the same cattle brand, "S Quarter Circle," since its inception. This is one of the oldest brands recorded in Idaho, dating back prior to statehood when the State was a territory in 1871.

11. The Rasmussen Ranch operation consists of 300 to 350 cows with 20 to 30 bulls, which produces 285-300 calves annually. The ranch is one of the few remaining complete self sustaining ranches in Idaho. The ranch is fully enclosed, which means it only runs one iron brand with no outside cattle comingling with the operation. The Rasmussen Ranch has always retained its female cattle for breeding and restocking, and they have an approximate floating average herd size of between 300 to 350 cows. As such, the genetics of the herd have been built up over 153 year period, making the cattle thrive in the mountain region where they are raised. The feed for the cattle is grown on the farmland portion of the ranch. The make-up of this operation has made the Rasmussen Ranch completely self-sustaining.

12. The Rasmussen Ranch consists of about 700 acres of private land, 640 acres of leased land from the State of Idaho, and approximately 4,000 acres of permitted cattle allotments in the Caribou National Forest (CNF) division of the U.S. Forest Service as divided across four approximately1,000 acre units, much of which extends along the Diamond Creek watershed.

13. Attached and incorporated herein as "Exhibit 1" are labeled maps showing the various lands that make up the Rasmussen Ranch's grazing operation along Diamond Creek located in the CNF, as well as a map of the Rasmussen's "National Forest Service Allotment" (hereafter the "Diamond Creek Allotment"). The Diamond Creek Allotment is broken into five units -- IA & IB through 4 (hereafter "Units"). Each Unit is utilized as a grazing pasture by the Rasmussen Ranch.

14. The Rasmussens also own land in Grace, Idaho (hereafter the "Home Place"), where they grow around 300 acres of alfalfa for their cattle that they feed during the fall and winter months, as well as 2,000 acres of spring grazing pasture.

15. The Ranch's grazing allotments from the State of Idaho and the CNF are irreplaceable not only because of the unique grazing and water conditions on the land, but because there are no other leases available in the Caribou Mountain Range. As such, full use of the land under these allotments are vital to the Rasmussen Ranch's ability to operate a self-sustaining ranch wherein the State and CNF.

16. The Rasmussen Ranch allotments also consist of pristine forest, mountains, canyons, meadows, streams, tributaries, and riparian areas teaming with various kinds of wildlife and plant species.  The area of concern in this lawsuit, Unit 2 of the Rasmusen's grazing allotment, includes a mountain stream "Hornet Creek" which drops down a canyon from a high mountain ridge and feeds into a year round waterway, Diamond Creek, and its associated wetlands and riparian areas. (See "Exhibit 1.")

17. Around May 10 of each year, the cattle are loaded in semi-trucks and transported 60 miles from the Home Place to the State of Idaho grazing allotment (hereafter "State Allotment"), where they feed until the beginning of June. The State Allotment borders the Rasmussen's private land and the Diamond Creek Allotment.

18. In June the cattle are trailed from the State Allotment to the south, rotating across Units 1A & 1B, 2, and 3 to Unit 4 along Diamond Creek. While trailing, the cattle often drink from Diamond Creek and Hornet Creek on their way to Units 3 and 4, located to the south of the Diamond Creek Allotment. The Rasmussen Ranch uses a rotational grazing system of different units on the Diamond Creek Allotment in cooperation with the CNF. The Cattle remain in Unit 4, then 3, and work down to Units 2 and 1A and 1B in the later summer months and are thereafter transported to the Ranch's private land after October 10 each year.

19. The Rasmussen's private grazing land near Diamond Creek consists of 160 acres located inside Unit 1A, which is known as the "Campbell Flat." 440 acres of the Rasmussen's deeded land is located immediately to the northwest of Unit IA. Further to the north the Rasmussens own another 120 acres called the "Timothy Pasture."

20. In October, the cows and bulls are then transported by semi-trucks and trailers back to the Home Place where they graze on residual alfalfa fields harvested by the Rasmussens earlier that year and to calve until the calves are sold at market. The cattle remain on the alfalfa fields until December where they are then fed the new crop of alfalfa, grown that year, until May of the following year. This cycle has been part of the Rasmussen Ranch for many decades.

21. The Rasmussen family has spent 153 years refining its practices, and it has a reputation for producing some of the highest quality cattle in the State of Idaho. Prior to 2023, the Rasmussen Ranch had above-average birthrates, longevity, and heavy cattle. This is due to its long history of operating an enclosed operation, providing regular veterinary care, and optimal feeding conditions for cattle.

## B. *Overview of the Smokey Canyon Mine Pipeline.*

22. Simplot owns and operates the Smoky Canyon Mine (hereafter the "Mine"), in southeast Idaho, approximately 20 miles from Afton, Wyoming. Operations at the Mine consist primarily of open-pit mining for phosphate ore. The Mine supplies Simplot's Don Plant in Pocatello, Idaho, with the 1.7 million tons of phosphate ore it consumes annually, to make phosphate fertilizers.

23. The Mine was developed in the mid-1980s and has a beneficiation plant on site, which refines and grinds the ore into a powder. The powder is then mixed with water and other compounds to form an ore concentrate (hereafter "Slurry") that can be transported by pipeline to

its processing facility.  Simplot was granted permits by the U.S. Forest Service first in 1982,

1991, and extended in a October of 2010 (SUP) allowing Simplot to transport the Slurry from the

Mine to its "Don Plant" near Pocatello, Idaho, 86 miles away for processing via an 8 inch

pipeline (Pipeline.). A true and correct copy of the 2010 SUP is attached an incorporated herein

as "Exhibit 2."

24. The Pipeline largely traverses through the Caribou-Targhee National Forest System

including through the area managed by the CNF, and operates 24 hours a day, 7 days a week, to

transport up to 2 million tons of Slurry annually. This Pipeline continues to be the sole source of

phosphate ore for the Don Plant.

25. The SUP identifies the product transported in the Pipeline, i.e. the Slurry, as "hazardous

material" and contains several strict and comprehensive "affirmative duties" for the protection of

public health and the environment.  (See Sections IV E-H of the SUP).  Simplot is further subject

to and required to comply with all applicable federal, state, and local environmental laws and

regulations, including but not limited to the "Resource Conservation and Recovery Act" 42

U.S.C. 6901et seq., the "Federal Water Pollution Control Act," 33 U.S.C. 1251 et seq., the "Oil

Pollution Act," 33 U.S.C. 2701et seq., the "Clean Air Act," 42 U.S.C. 7401 et seq., the

"Comprehensive Environmental Response, Compensation, and liability Act CERCLA, 42 U.S.C.

9601 et seq., the "Toxic Substances Control Act," 15 U.S.C. 2601 et seq., the Federal Insecticide,

Fungicide, and Rodenticide Act," 7 U.S.C. 136 et seq., and the "Safe Drinking Water Act, 42

U.S.C 300f et seq.

26. Simplot is also required to "immediately notify all appropriate response authorities,

including the National Response Center (NRP)," i.e. in accordance with the NCP's regulatory

requirements under CERCLA, "of any oil discharge or of the release of a hazardous material in the permit area…" as well as "release or threatened release of any hazardous material in or near the permit area which may be harmful to public health or welfare or which may adversely affect natural resources on federal lands." (See SUP Sections G and H.1.)

27. The permit requires Simplot to "perform cleanup or remediation immediately upon discovery of the release, threat of release, or discharge of hazardous materials."

   C. _The 2023 spill of massive quantities of toxic Slurry in Hornet Creek and Diamond Creek on Forest Service land the Rasmussen Allotment_.

28. On September 11, 2023, while in the process of moving cattle from Unit 2 to Unit 1 of Rasmussen's allotment (Hornet/Diamond Creek area), Danny noticed an unusual and observably large amount dark substance collected in and around a dry creek bed in Hornet Creek which was several feet deep. Rasmussens would later learn that this substance was in fact toxic Slurry which had been released from a leak in Simplot's Pipeline on the ridgeline above Hornet Creek.

29. Upon further observation, the Rasmussens discovered that this Slurry had spread in substantial volumes some 2.4 miles down the Hornet Canyon drainage to Diamond Creek and the wetland in the valley below, contaminating much of Unit 2 and Unit 1A of the Rasmussen's CNF allotment, several primary watering and forage areas for their cattle.

30. Hornet Creek drains into Diamond Creek, which runs across Unit 2 before spilling into Diamond Creek over three miles below Hornet Canyon. Diamond Creek then flows across the remainder of Units 2 and 1A before running across the Rasmussens' private land located to the northeast of Units 1A and lB and across the Rasmussen's  State Allotment located to the northwest of the Rasmussen's private land. (See map in "Exhibit 1.")

31. Attached as "Exhibit 3" is a map showing the approximate area of the spill and just a few of the still camera shots taken from videos of the toxic Slurry as discovered by Rasmussens in September of 2023.

32. In early September, 2023, after Lynn suffered a broken vertebrae in his back and cracked ribs caused by the overturning of his UTV, Lynn directed Danny to pursue the matter further while he healed.  Danny contacted the CNF on September 14, 2023, speaking first to Kevin Parker who then directed Danny to Chris Colt (Colt), who was at that time the acting manager for the CNF.  Colt informed Danny that the CNF was aware that there had been a rupture and leak in the Simplot Pipeline at the ridge over Hornet Canyon, and that Rasmussens should contact Simplot to obtain additional information.  The cattle were immediately moved out of Unit 2 to Unit 4 of their allotment, upstream from the Hornet Canyon/Diamond Creek intersection and contaminated areas.

33. Simplot officials were aware of the Pipeline rupture as early as May 11, 2023, which it first reported to the CNF as a "5 gallon leak" in the Pipeline. Simplot purportedly "patched" the leak and resumed operation of the Pipeline on May 14, 2023.  Simplot further purported that a "second leak" occurred on July 17, 2023, when during a "maintenance check" Simplot workers purportedly breached the pipe.  Sometime during that period, Simplot was apparently allowed to replace 4,000 feet of the Pipeline in the area.  Despite a public records request by Rasmussens, the CNF  has provided no information whatsoever pertaining to its notifications regarding the Pipeline leak and communications, plans, photos, documentation, photos, environmental assessments, and so forth regarding the repair and replacement of nearly one mile of the Pipeline during that period (May – July of 2023.)

34. Sometime later Simplot revised its estimate of the spill to be around 1,000 to 1,500 cubic yards (approximately half the volume of an Olympic sized swimming pool.)  However, although significantly higher than the initial 5 gallon leak initially reported, Simplot's revised estimate belies and vastly understates what was visible on the ground.  The Slurry was also visible to be several feet deep in numerous locations stretching throughout the 2.4 mile stretch on the banks of Hornet Creek to the Diamond Creek confluence and marsh, where it was observed piling up behind the beaver dams. (See again the photographs in "Exhibit 3.")

35. Additionally, Simplot's representation as to time and duration the Pipeline was breached is highly suspect.  A chart of the pressure levels provided by Simplot in subsequent reports indicates substantial high/low pressure gyrations throughout 2023, and appears to omit approximately three weeks of data in May 2023.  (See "Exhibit 4.")

36. Additionally, given Simplot's strict NRP reporting requirements under CERCLA and business model, it is highly unlikely that Simplot did not document the amount of Slurry ore placed into the pipe and received at the other end at its processing plant.  Such records have not been provided or disclosed in any records or reports provided by the agencies involved in this incident.

37. Local representatives of the CNF, Idaho Department of Environmental Quality (IDEQ), U.S. Bureau of Land Management (BLM), Idaho Fish & Game (IDFG), were certainly aware of the spill prior to August 4, 2023, when they held a conference call with Simplot officials to discuss the spill, as well as another call on August 7, 2023.  Several CMF officials had also only visually inspected the Simplot spill site prior to that point. A site visit was conducted by representatives of Simplot and the aforementioned state governmental entities on August 24,

2023.  A timeline of events generated by the IDEQ on May 22, 2024, a true and correct copy of which is attached as "Exhibit 5" suggests that "DEQ expressed the need to put out a public announcement and for the Forest Service to inform any land users such as the grazers and hunters who use the area."

38. What is certain is that at no point prior to Lynn Rasmussen's discovery of the spill on September 11, 2023, and Danny's query on September 14, 2023, did Simplot or any agency involved and aware notify Rasmussens or the public of the spill.  Additionally, based upon information and belief, CNF agents consciously decided <u>not to inform</u> its affected permittees the Rasmussens.

39. Also, Simplot did not immediately notify the EPA's NRC of the spill as required under its CERCLA and SUP obligations.  It is apparent that Simplot has also not reported to the EPA and other federal agencies that have oversight the spill and levels of contamination released into the environment with anything close to the sufficient detail required under the company's legal obligations to do so. Simplot also did not notify any of the other federal agencies in relation to the numerous obligations under its SUP.

40. Notably, the Smokey Mountain Mine was undergoing the public review process in May and June 2023 for a determination as to whether the Mine, which is a CERCLA Superfund site, should be included on the National Priority List.  Additionally, Simplot was in the process of negotiating a $150 million settlement with the U.S. Department of Justice related to a toxic spill into the Portneuf river at the Don Plant, which settlement was reached and approved by the district court on July 24, 2023.

41. On August 8, 2023, Simplot collected several wet and dry soil samples of the Slurry, and sent them off to IAS EnviroChem for analysis to determine the heavy metal content (hereafter "Aug 2023 EnviroChem Analysis"). A true and correct copy of the study is attached and incorporated herein as "Exhibit 6." The results of this study, which were withheld from Rasmussens, showed extremely high concentrations of several metals that exceeded EPA allowable by several hundred times the allowable levels for such metals.  A summary of the content of the samples, as compared to the EPA allowable limits in the tests as follows:

    i.        LDCl Dry:,

Cadmium: 93.79 ppm (exceeds 1.0 ppm limit)
Chromium: 251.78 ppm (exceeds 5.0 ppm limit)
Selenium: 18.115 ppm (exceeds 1.0 ppm limit)
Arsenic: 7.87 ppm (exceeds 5.0 ppm limit)
Lead: 8.24 ppm (exceeds 5.0 ppm limit)
Mercury: 0.23 ppm (exceeds 0.2 ppm limit)

    ii.      LDCl Wet:

Cadmium: 95.38 ppm (exceeds 1.0 ppm limit)
Chromium: 257.69 ppm (exceeds 5.0 ppm limit)
Selenium: 18.110 ppm (exceeds 1.0 ppm limit)
Arsenic: 7.64 ppm (exceeds 5.0 ppm limit)
Lead: 8.48 ppm (exceeds 5.0 ppm limit)
Mercury: 0.22 ppm (exceeds 0.2 ppm limit

    iii.     MHC Wet:

Cadmium: 94.76 ppm (exceeds 1.0 ppm limit)
Chromium: 223.92 ppm (exceeds 5.0 ppm limit)
Selenium: 16.349 ppm (exceeds 1.0 ppm limit)
Arsenic: 7.61 ppm (exceeds 5.0 ppm limit)
Lead: 8.68 ppm (exceeds 5.0 ppm limit)
Mercury: 0.21 ppm (exceeds 0.2 ppm limit)

    iv.     MHC Dry:

Cadmium: 106.67 ppm (exceeds 1.0 ppm limit)

Chromium: 345.53 ppm (exceeds 5.0 ppm limit)
Selenium: 30.859 ppm (exceeds 1.0 ppm limit)
Arsenic: 9.39 ppm (exceeds 5.0 ppm limit)
Lead: 8.54 ppm (exceeds 5.0 ppm limit)
Mercury: 0.28 ppm (exceeds 0.2 ppm limit)

42. Also particularly disconcerting are the extremely high levels of vanadium detected in Aug 2023 EnviroChem Analysis. Vanadium is an industrial by product which can be spread by water through natural processes such as wet and dry deposition, soil erosion, and leaching from rocks and soils. Additionally, soluble vanadium present in soil appears to be easily taken up by the roots of plants. Thus, vanadium can be transported through water and absorbed by plants, potentially spreading its presence in the environment.

43. Vanadium is known to have negative health effects on humans and animals, especially when exposed to high levels, particularly through breathing or ingestion. In humans, exposure can cause respiratory problems including lung damage, and gastrointestinal issues like nausea and vomiting. In animals, vanadium exposure can lead to decreased red blood cells, increased blood pressure, and neurological effects. High doses of vanadium can also be harmful to the liver and kidneys. Vanadium has been linked to decreased fertility, birth defects, and other reproductive problems in animal studies.

44. The vanadium concentrations of 450.62 ppm (mg/kg dry weight in soil) in the Aug 2023 EnviroChem Analysis is likely harmful to certain ecological receptors, particularly avian wildlife. The "Ecological Screening Levels" (Eco-SSL) for avian wildlife is set at 7.8 mg/kg dry weight, which is significantly lower than 450.62 ppm. For mammalian wildlife, the Eco-SSL is 280 mg/kg dry weight, meaning 450.62 ppm exceeds this threshold as well and could be harmful to mammals.

45. In an attempt to avoid the reporting of the potential extreme and apparent danger to animal and human health posed by the Slurry spill, Simplot conducted no leaching analysis of any kind to determine toxicity of the Slurry tested in the Aug 2023 EnviroChem Analysis, but rather tested only surface water samples in a few sites along the spill selected by Simplot with no oversight or independent tests conducted by involved agencies.

46. The only known independent leaching test for soil conducted by regulatory agency was the IDEQ on October 31, 2023, and only in two sites near each other in the lower part of Hornet Creek dry bed.  However, the test results taken from these samples are completely unreliable in that IDEQ failed to first conduct an analysis of the metal content of the soil before proceeding with the leaching test, which is a standard procedure under the NCP standards for testing toxicity.  Danny observed the collecting of the sample, which included some Slurry, but also natural dirt and pine needles in the sample.  Additionally, the method used for this testing, a Toxicity Characteristic Leaching Procedure (TCLP) was not appropriate for the circumstances, in that a TCLP is designed to test how hazardous materials could leach from a landfill into the environment.  The Hornet and Diamond Creek riparian and wetlands area is not a landfill.

47. Nevertheless, as discussed in more detail *supra* in Section E, the Slurry was undoubtedly highly toxic – in that virtually <u>all</u> of the Rasmussen's cattle exposed to the Slurry and the calves born to these cattle which were tested demonstrated high levels of metal contaminants particularly in the kidneys, as well as signs of distress from the effects of the toxicity.  These tests, which were conducted under the direction of IDA's  animal health and safety division were provided to Simplot, the Forest Service, and the IDEQ, but were never referenced or included in any of the reports that have been prepared and submitted in relation to the spill.

48. Additionally, neither Simplot nor any of the involved agencies have conducted studies of health standards or impacts of the Slurry spill on animal and wildlife health, other than vague "observations" of wildlife activity.

49. The solubility of the Slurry is self-evident, in that as of September of 2023 it had spread over 2.4 miles by water from the source of the spill in a relatively short period of time.

50. It should be further noted that Diamond Creek contains a complex series of beaver dams covering the entire flood plain. The volume of Slurry that spilled from the Pipeline was so vast, it filled many of these beaver dams, which effectively acted as settling ponds to trap massive amounts of toxic spill.  Diamond Creek is a habitat for a variety of bird species, eventually making its way to the Blackfoot River, Blackfoot Reservoir, and eventually into the Snake River.

51. The toxic high metal content of the Slurry has now been spread downstream over two spring runoffs, with a third under way.

52. Notably, the Rasmussen's cattle were exposed to the contaminated soil and water for approximately a month, yet have suffered severe effects from the toxicity. (See *supra* Section E.)

53. Simply put, the massive amounts of toxic Slurry emitted by the Simplot Pipeline is nothing short of an ecological disaster for the wide effected area.

54. On September 1, of 2023, the CNF sent a "Notice of Non-Compliance" to Simplot indicating violations of the SUP.  However, the SUP has not since been terminated or even suspended.  Nor was this notice disclosed to the Rasmussens or the public.

55. The Rasmussens collected several soil samples themselves, which on or around September 15, 2023, were submitted for testing to the Utah State University Analytical Lab (USUAL), Chemtech Ford out of Salt Lake City, Utah as well to the University of Idaho lab.

The results of these tests were independently verified to contain high levels of cadmium, chromium, nickel, and vanadium, among the other metals also tested in the Aug 2023 ChemTech Analysis (again which had not been disclosed by Simplot.)  All of these test results were provided both to the IDEQ as well as on a thumb drive mailed to Idaho Governor Brad Little. Attached and enclosed as "Exhibit 7" are true and correct copies of these studies incorporated herein.

56. Danny also had several recorded conversations with Simplot representatives Chad Gentry (hereafter "Gentry") and Simplot VP Alan Prouty (hereafter "Prouty").  Both admitted that Simplot would be liable to Rasmussens if the Rasmussen's cattle were found to be contaminated.

*57.* On October 9, 2023, Gentry and Simplot's insurance adjuster from Intermountain Claims conducted a site visit with Danny on October 9, 2023, confirming the high amounts of Slurry, of which no remediation had yet occurred.  During this meeting, Gentry was asked whether the contents of the Pipeline had been tested to determine its material components. Gentry claimed that no test results were received by Simplot, despite having already received test results nearly two months prior on August 8, 2023.

### D.  *Harmful effects of heavy metals, i.e. cadmium, arsenic and lead in cattle.*

58. Cadmium is a particularly toxic and devastating metal when absorbed by farm animals such as cattle. (See Lane, E.A., Canty, M.J., & More, S.J.  (2015);  *Cadmium exposure and consequence for the health and productivity of farmed ruminants*.  Research in Veterinary Science, 133-137. http://dx.doi.org/10.1016/j.rvsc.2015.06.004, hereafter referred to as "VS Study"). Cadmium exposure can harm cows by slowing their growth, reducing milk production,

and making it harder for them to reproduce.  It also damages their kidneys and interferes with important nutrients like copper, zinc, and iron, which are needed to keep the cattle healthy.

59. Lead and arsenic consumed by cattle are also devastating. (See Tahir I and Alkheraije KA (2023); *A review of important heavy metals toxicity with special emphasis on nephrotoxicity and its management in cattle*.  Frontiers in Veterinary Science, 10:1149720. doi: 10.3389/fvets.2023.1149720, hereafter "Frontiers Study.") Lead exposure effects include weight loss, poor growth, weak muscles, and difficulty moving.  It can also harm animal organs such as the kidneys, liver, and brain, and in severe cases, lead to death. Arsenic exposure can damage the cattle's stomachs, weight gain, milk production, and other ailments affecting health.  It can also damage their kidneys and cause inflammation in their digestive system.

60. The cumulative effects of just these heavy metals, i.e. cadmium, lead and arsenic, are profoundly devastating to the cattle, summarized as follows:

**Lead (Pb):**

- **Tissue Accumulation**: Lead accumulates in the kidneys, liver, and bones, mimicking calcium in the body.
- **Clinical Signs**: Malnutrition, emaciation, muscle loss, abnormal fetal development, opaque hair, moderate anemia, and thickening of phalange epiphyses.
- **Neurological Effects**: Ataxia, paresis of the hypoglossal nerve, severe depression, muscle twitching, convulsions, coma, and respiratory failure.
- **Kidney Damage**: Lead exposure causes oxidative stress, lipid peroxidation, and apoptosis in kidney cells, leading to renal toxicity.

**Arsenic (As):**

- **Gastrointestinal Symptoms**: Severe digestive tract inflammation, weight loss, unpredictable appetite, and decreased milk production.
- **Oxidative Stress**: Increased lipid peroxidation and decreased antioxidant enzyme activities in the kidneys.
- **Kidney Damage**: Tubular necrosis, glomerular sclerosis, and oxidative DNA damage.

**Cadmium (Cd):**

- **Tissue Damage**: Cadmium accumulates in the kidneys, liver, and muscles, disrupting normal metabolism and reducing levels of essential trace elements like zinc and copper.
- **Kidney Dysfunction**: Causes oxidative stress, tubular injury, and Fanconi syndrome, which affects protein, bicarbonate, phosphate, and amino acid reabsorption.
- **Growth Impairment**: Prolonged retention in storage tissues like the colon, liver, and kidneys can impair cellular clearance and growth.

(See VS and Frontier Studies.)

61. Cadmium passed down to a calf through the placenta and milk is also particularly devastating to calves. Such effects include:

- **Reduced Growth and Development**: Heavy metal toxicity can impair physiological and biochemical processes, leading to stunted growth and poor health.

- **Immunosuppression**: Heavy metals induce poor body conditions and reduced reproduction rates, weakening the immune system.

- **Carcinogenic and Mutagenic Risks**: Metals like cadmium and arsenic have mutagenic and carcinogenic properties, posing long-term health risks.

(See VS and Frontier Studies.)

62. Consuming meat from contaminated cattle can lead to heavy metal exposure in humans, potentially causing health issues such as kidney damage, neurological disorders, and oxidative stress. (See VS and Frontiers studies.)

E. _Testing of Rasmussen Cattle at the direction of the Governor and Idaho Department of Agriculture finding contamination_.

63. On or about October 5, 2023, Rasmussens first attempted to test hair samples from live cows who had been exposed to the Slurry, which were sent the Utah Veterinary Diagnostic Laboratory (UVDL).  UVDL sent the samples onto Kansas State Veterinary Diagnostic Laboratory (KSVDL), a lab which specializes in the study of toxic metals and effects on animals.

It was determined that hair samples were insufficient to determine whether the cows had elevated levels of toxic metals in their system.

64. On October 25, 2023, Idaho Governor Brad Little, and Lt. Governor Scott Bedke as well as several heads of Idaho state agencies, including Director Tewalt of the IDA, held a "Capitol for a Day" event in Bear Lake County, Idaho – where the Rasmussens reside.  With the assistance of their local state senator Mark Harris, the Rasmussens met privately with Governor Little and Lt. Governor Bedke and Tewalt, to discuss the Simplot spill and measures that the state should take to address the situation, in particular the potential harms to Rasmussens' livestock and the environment.  Governor Little directed Tewalt to coordinate with State Veterinarian Scott Liebsle (hereafter "Liebsle") the through its IDA Animal Industries Division (IDAID) on animal safety and health and to conduct tests of the Rasmussen cattle

65. Rasmussens would later follow-up by mailing Governor Little and his team a formal letter and two jump drives with photographs and videos of the spill and the several test results of the high metal content of the soil.  This letter was forwarded by Governor Little to the IDEQ.  A true and correct copy of this letter as it appeared in the IDEQ records is attached as "Exhibit 8."

66. On November 6th, 2023, Liebsle traveled to Rasmussens' Home Place and collected samples using a needle from several of the live cows exposed to the Slurry. These samples were sent to KSDVL for testing under the direction of Dr. Steve Ensley (hereafter "Ensley"), a renowned and highly experienced veterinarian with MS and PhD in veterinary toxicology. It was thereafter determined that tissue samples from a live cow would be insufficient to determine toxic metals in their system.  However, the biopsies performed by Ensley still showed high levels of cadmium in three of the six animals tested, and the presence of arsenic, lead, cadmium and

thallium, in all six tested animals.  A true and correct copy of these biopsy results are attached

and incorporated herein as "Exhibit 9."

67. At the direction and recommendation of Liebsle, on or about November 29, 2023, the

Rasmussens sent 12 of their open cows which had been exposed to the Slurry to CS Beef Packers

LLC (hereafter "CS Packers,") a cattle packing plan in Nampa, Idaho, to be euthanized so as to

obtain a sufficient liver and kidney sample to check for heavy metal contamination.

68. On November 30, 2023, Liebsle collected liver and kidney samples from the cows sent to

CS Packers.  Liebsle then sent the samples to KSDVL to be tested under the direction of Ensley,

which were received on December 1, 2023.  The cattle were also slaughtered and packed for

consumption. CS Packers partially is owned and operated by Simplot.

69. KSDVL and Ensley issued preliminary results on December 6, 2023, and a finalized

report on December 29, 2023, a true and correct copy of which is attached as "Exhibit 10."

(hereafter "Dec 29 2023 KSDVL Rept.") Multiple liver and kidney samples were analyzed for

minerals such as Arsenic (As), calcium (Ca), cadmium (Cd), cobalt (Co), chromium (Cr), copper

(Cu), iron (Fe), potassium (K), magnesium (Mg), manganese (Mn), molybdenum (Mo), sodium

(Na), phosphorus (P), selenium (Se), and zinc (Zn).[1] The results indicated extremely high levels

of federally regulated contaminant cadmium and selenium in all of the samples. The tests also

tested positive for mid to high levels of arsenic and lead.  There was also demonstrable signs of

tissue damage and improper function of the organs, in that there were low or unbalanced

---

[1] The tissues were not tested, nor has there been testing as of yet of the Rasmussen cattle for vanadium, which existed at extremely high and unnatural levels in the Slurry. (See again Aug 2023 EnviroChem Analysis attached as "Exh. 4." However, there are notable signs of the harmful effects of this potent toxin both in the studies of the deceased cows and calves, as well as the remaining living cattle. (See this Section E.)

volumes of key trace minerals including iron, calcium and zinc and other notable signs of damage.

70.  Throughout December 2023 to mid-March of 2024, Rasmussens submitted several tissue samples of their exposed cows who had died, and several aborted fetuses and stillborn calves born from cows exposed to the Slurry (Hereafter "Deceased Cows Reports"). A true and correct copy of these results are attached as "Exhibit 11.")  The results in these studies were consistent with the Dec 29 2023 KSDVL Rept. i.e. elevated cadmium and low trace elements central for animal health.

71. The Deceased Cows Reports also noted a number of severe and disturbing clinical abnormalities known to be caused by toxins including the following:

- **Arthrogryposis**: Detected in a full-term stillborn calf with fixed flexion of carpi, elbows, and tarsi. Likely caused by reduced in utero limb movement due to exposure to poisonous plants (e.g., Lupine spp. ), viral infections (e.g., bovine viral diarrhea virus), or genetic defects.

- **Severe Copper Deficiency**: Found in multiple cases, contributing to decreased immune function, poor vaccination response, and increased susceptibility to infections. Linked to nutritional deficiencies during gestation.

- **Bronchopneumonia**: Severe bacterial bronchopneumonia caused by Pasteurella multocida in a 3-month-old calf. Accompanied by enteritis, diarrhea, and weight loss.

- **Enterocolitis and Rumenitis**: Necrotizing and hemorrhagic enterocolitis, along with diffuse neutrophilic inflammation in the forestomachs, leading to dehydration and hypovolemia. Poor nutritional state indicated by serous atrophy of fat.

- **Aborted Fetus**: No infectious or inflammatory causes detected. Possible non-infectious causes include nutritional, toxic, genetic, environmental, or developmental abnormalities.

- **Severe Congenital Malformations**:A stillborn calf with marked deformities, including limb attachment to the rib cage, gastroschisis, malformed organs, and missing reticulum, abomasum, bladder, and gonads.

- **Trace Mineral Deficiencies**: Deficiencies in copper, manganese, chromium, and selenium observed in liver and kidney samples. Elevated molybdenum, a copper antagonist, noted in one case.

72. The Deceased Cows Reports were all sent to Liebsle.  Additionally, on March 1, 2024, Ensley submitted a summary of the test results discussing the toxicity and the resulting signs of health harms of the cattle tested by KSDVL to Liebsle and Rasmussens, (hereafter referred to as "March 2024 Ensley Rept.") a true and correct copy of which is attached and incorporated herein as "Exhibit 12."

73. In addition to the studies of the deceased cows and calves, the Rasmussens have observed notable signs of distress and damage to their remaining living herd and their calves contaminated by the Slurry, i.e. including weight loss, lack of growth, not eating or digesting properly, lethargy, distress, and failure to breed or reproduce. These observed physical symptoms in the cattle were determined to be consistent with exposure to toxic metals in the Slurry and its high levels of heavy metals toxic to cattle, including, but not limited to, arsenic, boron, barium, cadmium, chromium, lead, mercury, and selenium.

74. The amount of open cows (cows that failed to breed) increased 2½ times in the following season after exposure to the Slurry, from an average of 12 cows to over 30.

    F.   *IDA's coordination and collusion with Simplot, failure to act, and allowance of contaminated meat into the food supply*.

75.  On February 26, 2024, at the request and suggestion of Liebsle, Rasmussens sent an additional 10 cows to CS Packers for slaughter and to have liver and kidney samples sent to KSVDL for testing.  These were 10 of the cows which had aborted or stillborn calves, nine of

which had been exposed the Slurry, and one of which had not been exposed to be used as a "control" sample.

76. Tissue samples were collected, after which the slaughtered remains of the cattle were packaged and distributed by CS Packers into commerce and the food supply.  (See receipt attached as "Exhibit 13".)

77. KSDVL sent the results of this latest test to Liebsle on March 1, 2024, a true and correct copy of is attached and incorporated herein as "Exhibit 14" (hereafter referred to as the "March 1 2023 KSDVL Rep").  Notwithstanding having been removed from the contaminated area of the Slurry for over six months, the effected cows still showed elevated levels of cadmium and selenium in their system including amounts still well above the allowable limits, as well the presence of arsenic and lead.  The results also were consistent with all of the previous reports which had been sent to Liesble indicating insufficient or unbalanced volumes of key trace minerals including iron, calcium, and zinc essential to the animal's health.

78. As was only recently learned from a public records request submitted to the IDA and IDAID, the senior officials IDA engaged in communications with Simplot representatives regarding the toxicology results of Rasmussen's cattle, coordinated and developed a strategy to distance IDA and Liebsle from the matter and to dissuade the Rasmussens from conducting further testing.

79. As evidenced by a March 4-5, 2024, e-mail string attached and incorporated herein as "Exhibit 15" and "Exhibit 16," after receiving an e-mail from Danny summarizing the several results showing toxic contamination of health defects in the Rasmussen's cattle,  Liebsle had apparently engaged in several communications with IDA Deputy Director Lloyd Knight

(Knight), and IDA Director Tewalt, with direction from Simplot VP Prouty on how to respond to Danny.  As part of an ongoing discussion, Knight drafted a suggested reply to Danny which revealed the apparent purpose of redirecting Rasmussens away from IDA and Liebsle for future analysis and incorporating Simplot's influence in the matter.  Notably, the initial e-mail from Knight to Tewalt and Liebsle begins with:

> "Not sure if this is best put in a call or an email, but either way I amended your message a bit. I think we need to stress that his best resources for his case/investigation/research are the expert toxicologists and his local veterinarian. And I think he should call Alan (Prouty) and discuss with him."

(See "Exhibit 16," March 5, 2024, Knight e-mail to Liebsle and Tewalt not cc'd to Danny)

The draft communication also suggests that Rasmussens reach out to Prouty, as "Vice President of Environmental and Regulatory Affairs." (Id.) It is also apparent that Knight had engaged in communications with Prouty in coordinating this strategy and approach. (Id.)

80. On March 6, 2024, Liebsle also sent the results of the March 1 2023 KSDVL Rep. to Simplot Veterinarian Randal Raymond.  (See March 1, 2024, e-mail Ensley to Liesble in "Exhibit 16.")

81. Liebsle did not ultimately send the draft e-mail put together by Knight, Tewalt and Prouty, but rather Leibsle decided to follow their advice to call Danny instead.  Liebsle subsequently called Danny – however not yet removing IDA's involvement with the matter, but instead telling Danny that Rasmussids did not need to conduct any more testing because Rasmussids "had all the tests they needed to go after Simplot."  In that conversation, Danny also suggested that Liebsle reach out to the USDA "Food Safety and Inspection Service" (FSIS) and the US "Food and Drug Safety" service (FDA) to ascertain what their standards and regulations were with regard to cattle products contaminated with cadmium or selenium.

82. On March 29, 2024, Danny sent an e-mail requesting a report from Liebsle regarding the multiple tests that had been conducted, expressing the Rasmussen's concerns about their potential liability if the toxicity of their cattle were not disclosed, and recommendations as to what should be done with the exposed cattle.  The e-mail states:

> "I was wondering if you could possibly prepare some kind of report, through email about what we've learned and discussed about the metals in the cows and the health effects thats causing on them and fetuses. Knowing we are bound now through liability of full disclosure on these cattle that they were exposed to high levels of toxic metals has really put us in a situation that needs remedy. Also a recommendation as to what should happen to these cattle, as we discussed earlier as if Simplot were to take them. (Condemned ?) It would be very helpful for us to have you correlate what the experts with toxicology and pathology reports are saying so they can understand that this is not just our opinion but factual information."

(See March 29, 2024, e-mail attached as "Exhibit 17.")

83. Danny followed up this e-mail with a text to Liebsle attached and incorporated herein as "Exhibit 18" drawing Liebsle's attention to his e-mail and also seeking an update on Liebsle's efforts to reach out to FSIS. Liebsle replied that he had done so and had also reached out to FDA as well.  On April 2, 2024, Danny again texted Liebsle seeking a status on the responses from FSIS and FSA and again "to compile a report to us for this incident."

84. Danny again followed up with Liebsle with a recorded call on April 3, 2024. In that call, Liebsle at that time essentially expressed the sentiment that Knight/Tuwalt/Prouty wanted Liebsle to convey in their suggested March 5, 2024, draft e-mail (see "Exhibit 16"): that he (Liebsle) "didn't have any expertise" in heavy metal exposure to cattle, and that "we just collected the tissue and we sent it off for analysis and that's basically where we are…" Liebsle also oddly referred Danny to Jeffrey Hall (hereafter "Hall") a doctor of veterinary medicine with Huvapharma, Inc. despite the fact that extensive testing had already been conducted and report

provided by renowned animal toxicology expert Steve Hensley with KSDVL.  Based upon

information and belief, Hall is closely associated with and has performed work for Simplot.

85. Liebsle forwarded an e-mail response to Danny the response to Liebsle's inquiries to

FSIS and FDA on April 5, 2024, a true and correct copy of which (including the e-mail string) is

attached and incorporated herein as "Exhibit 19" (hereafter "April 5 2024 FDA/FSIS Resp.")

The response explained that FDA and FSIS have distinct responsibilities in that area, with FDA

having "jurisdiction over food animals (as well as the feed they consume) until slaughter, at

which time jurisdiction falls to USDA FSIS." (Id.) The response further indicated that while

FDA has no established regulatory levels for cadmium in most food products: "Evaluating a

cadmium contamination scenario would be done on a case-by-case basis in consultation with

both FSIS and FDA's Center for Veterinary Medicine (CVM), given that animal food (forage),

live animals, and the final beef product are potentially involved."[2] (Id.)

86. Regarding FSIS requirements, the April 5,2024, FDA/FSIS Resp indicates that anything

greater than 10 ppm of cadmium of the "total diet" of the cow would be of concern. (Id.) Again,

the Aug 2023 EnviroChem Analysis results show a range of greater than 93 ppm to greater 106

ppm in samples taken (See "Exhibit 4"), 9 to 10 times greater than the threshold "of concern" to

the FSIS.

---

[2] The likely reason that FDA does not have an established threshold for cadmium in beef products, but rather deals with the issue on a "case-by-case" basis is because such contamination is extremely rare, less than  1% of all meat products. See Zhang, T.-q., Tsutsumi, T., Wang, H., Wang, L., BilanovicWeyrauch, K. I., Duverna, R., Sisco, P. N., Domesle, A., Chen, P., & Peng, Q. (2024). "A survey of the levels of selected metals in U.S. meat, poultry, and Siluriformes fish: Samples taken at slaughter and retail (2017–2022)."*Journal of Food Protection*, 87(4), Article 100243. https://doi.org/10.1016/j.jfp.2024.100243
 This case is therefore extraordinary, but as noted in studies attached, the detrimental effects of cadmium contamination in animals and humans have been well studied and documented.

87. To best of Rasmussen's knowledge, neither Liebsle nor the IDA have followed up with or reported to FDA/FSA's CVM the contaminated meat product from Rasmussen's cattle that made its way through Simplot's company CS Packers with knowledge of the IDAID into the food chain.  Again, the cows that were tested by Liebsle at the CS Packer facility were contaminated with several heavy metals, including cadmium, selenium, arsenic, and lead, as well as other potential heavy metals and highly toxic material vanadium not tested which were present at extremely high amounts in the Slurry exposed to the cattle.  (See again Aug 2023 EnviroChem Analysis, "Exhibit 4.")

88. The Rasmussens have made repeated requests for further action and information from Liesble and IDAID since the April 3-4, 2024, communications.  Liebsle and the IDA have cut off all communications with Rasmussens. A formal request for action was submitted to Leibsle on January 15, 2025, a true and correct copy of which is attached and incorporated herein as "Exhibit 20" to which there has been no response.

89.  As apparent from documents received from IDA's response to the record request, as well as other known information and belief, that Liebsle and the top leaders of the IDA have continued to communicate and coordinate with Simplot representatives and leaders regarding the matter.

> G. *Simplot's admission of liability for contamination of Rasmussen's cattle but false denials of its knowledge of the contamination.*

90.  There have been multiple calls, letters, and meetings between Simplot and Rasmussens about the Slurry spill and its effect on the Rasmussen's cattle. These communications show that Simplot's motivation was to try and "buy" Rasmussen's herd and their silence, and capitalize or

salvage the contaminated cattle purchased from Rasmussens in any way Simplot could

financially – all while denying that the cattle were contaminated.

91. The Rasmussen's communications with Simplot representatives first occurred in

September 2023, with calls between Danny and Prouty on September 15 and September 25,

2023. Danny also spoke to Simplot representative Chad Gentry (Gentry) on October 7, 9, and 16,

2023, and met with Gentry and Simplot's insurance adjuster at from Intermountain Claims at the

contamination site in Unit 2 on October 9, 2023. During these initial communications, numerous

misrepresentations or misleading statements were made to the Rasmussens about Simplot's

knowledge of the size and scope of the Slurry spill and the tests that had been conducted,

including in particular the Aug 2023 EnviroChem Analysis ("Exhibit 4") which these

representatives claimed they did not have. Nevertheless, from the outset that Simplot knew it

would be liable for the harms caused to the Rasmussens for contamination resulting from the

spill.

92. Rasmussens also initially received written correspondence from Simplot on October 18,

2023, from Prouty, a true and correct copy of which is attached as "Exhibit 21." In that letter,

Prouty misrepresented that Simplot had not received the results of any soil tests of the Slurry

when in fact it had the results of the Aug 2023 EnviroChem Analysis (see "Exhibit 4.") In his

Oct. 18, 2023, letter, Prouty also attempted to steer the testing of the animals to Hall, who was

presented as a veterinarian working out of Utah State University – but in actuality may have been

associated with the university in some way but whose actual employer was Huvapharma, Inc,

and who is aligned with Simplot's interest. Liebsle forward to Danny an e-mail from Hall dated

January 10, 2024, attempting to downplay the results of the KSDVL and USDVL studies (which were not conducted by Hall), a true and correct copy of which is attached as "Exhibit 22."

93. Rasmussens did not have further communication from Simplot until March of 2024, when Simplot's coordinated plan and strategy developed with IDA officials Tewalt, Knight and Liebsle and very likely several other top Idaho officials was executed.

94. Prouty called Danny on March 25, 2024, as well as on April 2, 17, and 18, 2024. Simplot also dispatched Simplot's "Environmental and Safety Manager" Lori Lusty (Lusty) to handle the issue. Lusty placed calls to Danny on April 2, 17, and 18, 2024.

95. Lusty and other Simplot representatives met on April 10, 2024. At that meeting, Lusty was furious that Rasmussens brought their attorney with them, and insisted that this issue was likely not going to be resolved if Rasmussens involved their attorneys.

96. On April 29, 2024, Gentry and Simplot veterinarian Raymond met Rasmussens at their home and traveled to the contamination site where they met up with Rasmussen's veterinarian Cutler. At that meeting, Raymond denied that he had seen the KSDVL reports, even though he had been sent at least one of the reports as early as March 6, 2024, and likely well before that. At that meeting Raymond and Gentry discussed the possibility of purchasing the Rasmussen's contaminated herd and mixing it with the Simplot herd. (Id.)

97. Particularly notable is a letter Danny received from Prouty dated April 18, 2024, a true and correct copy of which attached and incorporated herein as "Exhibit 23." In that letter Prouty indicates that: "Simplot understands and appreciates your concerns regarding the condition of your cattle and the potential for reputational harm." (Id.) Prouty further states that: "Simplot is willing to work with you to come to a resolution that will ease your concerns regarding the

health and welfare of your livestock and preserve your reputation as cattlemen who are responsible to provide safe and wholesome product into the food chain." (Id.) However, Plouty falsely claimed that the "currently available diagnostics" resulted in in any abnormal tissue levels of trace minerals or heavy metals, when in fact as discussed *infra* in Section E, Simplot was fully aware of the KSDVL and USDVL studies which gave indication of the exact opposite. (Id.) Prouty then continued with Simplot and its collaborators' strategy to purchase the Rasmussen's exposed cow and their calves. (Id.)

98. In a letter dated May 14, 2024, after the April 29, 2024 meeting attached and incorporated as "Exhibit 24." Simplot expanded the offer "to compensate you for the business disruption by paying you the income (net of expenses) that you would have received from the sale of the calves for a one-year period" but that "Simplot is not willing to offer anything more." Moreover, this offer was conditioned on the "bulls being let out with the cows when the herd is let out." In other words, Simplot would only purchase the contaminated cattle if the cows were impregnated, leading to another crop of affected calves from which Simplot could profit. Again, Simplot intended to place Rasmussen's cattle into the market and food chain – regardless of the very apparent harmful effects to the animal health and human consumption.

99. Shortly thereafter, on June 4, 2024, Simplot executives Tom Basabe (hereafter "Basabe") and Raymond, along with Simplot accountant Bradley Sheldon, on their own volition traveled to Grace, Idaho, to meet with the Rasmussens at their home. During the course of that meeting, Basaba and Raymond admitted that Simplot was fully aware of the toxic metals in the Slurry and knew that such toxins ingested by animals damaged their internal organs. Basaba again offered to purchase Rasmussen's cattle on the spot, i.e. a "take it or leave it" offer that again would still

allow Simplot to profit from the sale and transfer of contaminated cattle directly into the market place and without knowing full effects of the disaster.  As discussed *supra* in Section H, Simplot had not yet taken any significant measures to clean-up and mitigate the spill.

100.    Rasmussen's chief concerns about Simplot's offer to purchase the Rasmussen's herd and Rasmussen's silence regarding the Slurry include their liability and the detrimental effect on their reputation if their contaminated cattle and defective calves were laced into the market.  This including liability caused spreading harm  to cattle of their purchasers and harms caused by human consumption of the contaminated meat.  Rasmussen's were also deeply concerned about the failure of real remediation and clean up from the spill, the lack of accountability and outright deception by Simplot and its collaborators.

> H. *The lack of proper regulatory measures, disregard of environmental laws, lack of full disclosure, and dismissiveness of agencies charged to enforce such laws who instead have protected Simplot above all else.*

101.    Certain agencies, including the CNF, the IDEQ, IDA, Idaho Fish and Game Department, and local officials for the U.S. BLM, were aware of the spill in early August of 2023.  (See Section B infra.) The CNF was fully or should have been aware of the nature of the spill as early as May of 2023. (Id.)

102.    Additionally, the IDEQ was aware of the toxicity studies of the Rasmussen's cattle which the Rasmussens had sent to them.  Additionally, suggesting that IDEQ was also coordinating with the IDA, Liebsle sent the results of these studies to IDEQ Surface & Wastewater Division Administrator Mary Anne Nelson by e-mail on May 22, 2024, a true and correct copy of which is attached and incorporated herein as "Exhibit 25."

103.    Rather than take the appropriate measures to address, remediate and contain the toxic contamination into the environment caused by Simplot's Pipeline, the IDEQ and IDA stridently worked to contain, remediate and address the potential harms to Simplot.

104.    While the CNF initially advised Simplot that it had violated its 2010 SUP (which was not disclosed to the public or to Rasmussens), it did not terminate or suspend the SUP despite Simplot's flagrant violations of the permit. Simplot continued and continues operation of the Pipeline to this day, having only discreetly stopped the flow of the Slurry in the Pipeline for a mere three days in May of 2023 before restarting it again. It is evident from the known facts that massive amounts of heavy metal and toxic materials spilled into the forest and the environmentally sensitive watersheds of Hornet Creek and Diamond Creek riparian and wetland areas for weeks if not months thereafter continued. The CNF issued a meager one page release about the spill in October of 2023

105.    Rather than inform the Rasmussens of the full scope of the disaster and bring in independent and qualified experts to address the damage, these agencies instead relied almost entirely upon Simplot to conduct its own investigation without any oversight and report its "findings" to the regulating agencies.   Simplot submitted reports on August 31, 2023, and in early October of 2023, which vastly underestimates the situation, omit their own studies showing extremely high level of heavy metal content in the soil, and cite only to unverified or reviewed studies and analysis commissioned by Simplot. Reviews by any of the governmental agents were limited to their own visual observations. Even the photos Simplot submitted in their reports as approved by the CNF and IDEQ consist only of spots where the Slurry were not as visible and did not include the particularly affected areas.

106.    The records of the CNF and IDEQ obtained by Rasmussens through public records requests, of which there are apparent gaps, show that the little criticism made by some agency individuals during the review process were ignored or not addressed.  For instance, some individuals criticized the deficient water samples that Simplot allegedly took to test the toxicity of the water. (Again, there were no soil tests disclosed during these reports.) Additionally, a "suggestion" that Simplot obtain a 404 Wetlands permit from the U.S Corp of Engineers for remediation work was never pursued.

107.    The Rasmussens made multiple efforts to notify the IDEQ of violations of the CWA and demand action, i.e. through calls, meetings, letters, site visits their own studies, photos, and discussed and provided information directly to the Governor, Lt. Governor, agency directors, and state and federal legislators – who all acknowledged the issue, to no avail.

108.    On March 26, 2024, the IDEQ issued a "Notice of Non-Compliance" to Simplot of violations of its obligations under its Idaho Pollutant Discharge Elimination System (IPDES) Permit IDR053128, a true and correct copy of which attached and incorporated herein as "Exhibit 26." The IDEQ and other officials conducted a couple of meetings and site visits in May and June of 2024, all with the appearance that measures were being taken in relation to this notice, but without any real results or follow-up.

109.    Any substantive remediation did not begin until July of 2024, after two spring runoffs that further spread the contaminated Slurry. The Slurry was still present in massive quantities throughout the Diamond Creek and Hornet Canyon/Creek area, and also had spread throughout the marshland wetland areas of Diamon Creek. Attached as "Exhibit 27" are photographs taken both on the ground and in the air of this Slurry in May through July 2024.

110.    At no point has IDEQ or any agency independently investigated how much of the toxic Slurry was spilled, nor how much of the contaminated soil has been actually been removed. Attached as "Exhibit 28" is a large pile of an unknown quantity of contaminated soil piled up in the Diamond Creek in November 2024, which Simplot was allowed to transport back to its Smoky Mountain Mine facility and again run it through its Pipeline (again to try to best maximize the value of the Slurry.)  A substantial amount of toxic Slurry still remains in the Diamond and Hornet Canyon area, having simply been packed down and flattened along the Diamond Creek watershed.  (See photograph attached as "Exhibit 29.")

111.    Simplot released another report on the Slurry contamination on August 12, 2024, without any apparent oversight or review, which notwithstanding the numerous charts and tables that are attached cannot be relied upon due to the unverified, undisclosed, and woefully insufficient studies commissioned by Simplot in the report.  In this report Simplot admits for the first time that it obtained soil samples in August, October and November of 2023 admitting the high metallic content of its Slurry spill.  However, Simplot understates the results of the Aug 2023 EnviroChem Analysis in this report – still listing high levels but which are less than what was in the actual report. Moreover, the actual test results apparently taken by Simplot in September and November have never been disclosed.  As such, the data points listed in the August 12, 2024, report simply cannot be trusted as accurate and is yet another blatant example of deception completely disregarded by the agencies involved.

112.    Conspicuously absent in the Simplot's August 12, 2024, report or any of the formal or informal reports issued by IDEQ regarding the impacts of the spill are the multiple studies

confirming the heavy metal contamination of Rasmussen's cattle.  These were the most critical and significant studies of the toxic nature and effect of the Slurry, but were not included,

113.    Moreover, there was no reporting to or involvement of the EPA, which was absolutely required under CERCLA.  Per the terms of the 2010 SUP, and IDEQ's 2028 MOA with the EPA, both Simplot and the IDEQ were required to immediately report and involve the NPC pursuant to CERCLA, CWA and other applicable environmental regulations and standards. These requirements have been intentionally disregarded by Simplot, IDEQ and other involved agencies.

> I.  *Urgent action needed with regard to the 740 contaminated cattle still being care for by the Rasmussens.*

114.    Rasmussens, who are already in substantial debt as a result of the Slurry spill, are now still caring for more than 740 contaminated cows and their calves which are currently housed still on their private property at the Home Place.  The breakdown of this herd as it exists is as follows: approximately 280 cows that had been exposed to the Slurry, and 240 calves born to these cows in the 2023-24 season, and 220 calves in the 2024-25 season.

115.    They can no longer afford the expense of this feed and care, and the albatross that hangs on their necks as a result.

116.    Rasmussens would normally turn their herd out to their state and federal grazing allotments in late May or early June, but cannot afford to, nor would it make any sense to transport their herd to the contaminated allotments.[3]

---

[3] Rasmussens may have to find a way to transport the cattle to their state allotment while this matter is pending.  But the cattle can only remain there for a couple of weeks before they are normally  moved to the CNF allotment, which again is contaminated.

117.    The IDA, through its IDAID has completely failed in its obligations to evaluate and condemn the contaminated herd, and even if it did, the Rasmussens cannot afford to euthanize and dispense of the herd.

118.    Simplot has repeatedly admitted that it is at the very least liable for replacement costs of Rasmussen's cattle damaged by exposure to the contaminated Slurry released by Simplot's Pipeline into Rasmussen's grazing allotment.

119.    As indicated in the multiple studies and clinical observations of the Rasmussen's cattle, there is no question that the Rasmussen's herd has been contaminated and have suffered devastating and debilitating effects caused by the toxic Slurry.

120.    Immediate action is needed and justified to require Simplot to incur all costs associated with the remediating the harm caused to the Rasmussen'cattle and that the IDA be directed take appropriate steps to condemn, remove and dispense of the affected herd, and that Simplot compensate the Rasmussens for the market value of the herd at a rate which Rasmussens would have gained for the value of the cows, heifers, and calves as if they were unaffected by the contamination.  Such costs are estimated to be $2.32 million, as broken down as follows at the current market level:

    a.  $6,000 per pair (cow/calf combination), which at 280 X $6,000 is $1,680,000[4]

    b.  240 yearlings, i.e. the steers and heifer calves born in the 2023-24 season, for $2,675 per head for a total of $642,000.

    *J.  Losses Sustained by the Rasmussens*

---

[4] This includes the calves and cows lost as a result of the contamination, as well the calves not born to contaminated cows in the amount above Rasmussen's average open cow rate,

121.    Prior to the Slurry spill, the Rasmussen Ranch raised some of the finest cattle in the State of Idaho. From 2019 to 2023, the Rasmussen Ranch increased its annual profits from roughly $178,000 to $293,000. It was gradually increasing the size of its operation and had the land, manpower, and resources to operate and grow a thriving business.

122.    Since the spill, the Rasmussen Cattle have permanently been damaged by the exposure to the toxic metals. The cattle are experiencing above-normal occurrences of stillborns, abortions, and birth defects in their offspring. Consequently, the Rasmussens would have to disclose that their cattle were exposed to toxic metals in the Slurry to prospective purchasers, and there is simply no willing buyer under these conditions. Nor should these cattle be put into the market to perpetuate the harms, nor into the food supply to cause potential harm to human and animal health.

123.    Even if some of the cattle may not be contaminated, Rasmussens cannot risk putting any contaminated or affected cattle into the open market, i.e. for breeding or human consumption. Again, these cattle cannot be sufficiently tested for contamination and effects without having first euthanized.

124.    Units 2, 1A, 1B of the Diamond Creek Allotment as well as the State Allotment and the Rasmussen's Private land near and along Diamond Creek are no longer safe to graze cattle due to the high volumes of phosphate ore Slurry in the water sources, forage and the land surrounding the banks of the water sources.

125.    Given the damage to their grazing lands and expenses related to the disruption of their business, the Rasmussens are unable continue operating their ranch with the same number of cows and they do not have sufficient land and "Animal Unit Months (AUMs) to continue

growing their operation. The reduction in suitable grazing land will necessitate a reduction in the size of the herd of the Rasmussen Ranch, and therefore, a reduction in its gross annual income to the point that Rasmussens will not have enough income to cover their expenses making the ranch insolvent.

126.    For the last couple of years, the Rasmussens have incurred additional expenses to try to protect their operation. These additional costs include testing of their cattle and additional trucking expenses to keep its cattle away from the contaminated lands, not to mention mounting legal fees to address the issue.  This year, it simply makes no sense to turn the cattle out. Yet, the Rasmussen's expenses continue to grow.

127.    The Rasmussens have had to rely upon their long-time established line of credit with their bank to cover their expenses relative to the ranch. They have drawn money from that line of credit and withdrawn substantial sums of money from their retirement account to cover their expenses and to address this matter. To date, they have had to withdraw and borrow several hundred thousand dollars for their expenses. At the same time, the Rasmussens cannot obtain revenue from the sale of their cattle to pay back the bank. They will also not be able to sell their cattle, yet will continue to incur the expenses of managing the ranch and the cattle. The Rasmussens are therefore in serious risk of defaulting on their obligations and draining their retirement account, with catastrophic results to their business and livelihood. The longer that the Rasmussens continue to suffer without any relief or remediation, the higher their losses will be.

128.    Moreover, the Rasmussens cannot simply purchase additional cows to produce the same quality of cattle. Because only 30 cows were not contaminated, over 90% of the herd must be euthanized.

129.    Furthermore, the Rasmussens cannot simply lease or purchase additional land and expect to produce the same quality of cattle and still generate their anticipated gross annual income. This is primarily because there is no comparable land available for lease or for sale near the rest of their grazing operation. The land upon which the cattle graze was some of the highest quality grass and water in Idaho. Finding similar land of this quality near the current area of operation is practically impossible. As a result, any additional land would have to be purchased a long distance from the current grazing land. This will require additional costs and labor to transport cattle in the middle of the grazing season over long distances. Additionally, this will reduce the quality of the herd by adding additional stress during multiple in-season transportations.

130.    The initial estimates are that, under the current circumstances, the baseline of the Rasmussen's economic losses are estimated to be as much as 29.5 million dollars in lost revenue over the next 15 years. The Rasmussens had plans in place to continue their operation in perpetuity.

131.    Moreover, the loss of value to the Rasmussens' real property, which would include their deeded lands and permit rights, is yet to be determined in that this will require a full appraisal. However, assuming that the land is now cut off from primary grazing and water sources, and that it will no longer be able to sustain a viable cattle operation, the losses to the land value will be substantial.

132.    The Rasmussens have done everything they can to mitigate their damages, but to no avail.  Their options and resources to do so are extremely limited.

133.    The Rasmussens, particularly Lynn and Glenna who are in their 70's, have suffered severe emotional distress - not only caused by the ramifications of the spill itself, but also the manner in which Simplot has handled this matter over the past two years. Both Lynn and Glenna have and continue to deal with ongoing health issues which have been aggravated by this situation. They have and continue to suffer numerous lost nights of sleep and loss of appetite, which has substantially increased the deterioration of their health. Lynn and Glenna are tormented by the thought that their seven-generation family legacy may be coming to an end while they were at the helm. The amount of these damages will be determined by the jury. However, particularly as time passes during which Rasmussens continue to suffer emotional distress resulting from Simplot's ongoing failures, the facts in this matter will support a reasonable amount perhaps equivalent or more than double amount of the direct losses. In truth, no amount of money will ever be sufficient to cover the devastating consequences of Simplot's actions to Lynn and Glenna's emotional health and well-being.\

134.    Rasmussens also have standing under CERCLA to seek recovery of, or to compel mitigation costs. Again, what is required for Simplot to meet its CERCLA obligations has yet to be determined. However, given the sheer size and scope of this ongoing disaster, and the minimal efforts by Simplot to this point to clean-up and mitigate the site, the mitigation costs likely exceed many millions of dollars.

    K.  *<u>Simplot's blazon and systematic disregard, indifference to basic obligations to prevent and address harms, and outrageous conduct warranting punitive damages.</u>*

135.    Simplot is a privately owned company which conducts several highly profitable phosphorus mining operations throughout the county, earning billions of dollars in profit annually.

136.    The nature of Simplot's business is to mine, transport and process highly toxic materials extremely harmful to animals, humans and the environment if not properly handled.

137.    Due to Simplot's lack of action, and the feckless response of the agencies involved,  it is unlikely at this point that the Slurry can ever be fully remediated.  The harm that has been caused will never be fully recoverable.

138.    Simplot has been cited for numerous violations of its obligations to the public and affected parties over the past several years, and has been able to reduce its fines and penalties by making representations to the governing agencies and the public of its intention to accurately report and address its actions, which have been relied upon by these agencies and the public, particularly the U.S. Department of Justice and EPA NPC in its CERCLA and Superfund oversight.

139.    This case is a demonstration of Simplot's deceitful actions and blatant disregard of its critical obligations to protect affected individuals, the environment, including a wide variety of wildlife and plants which are a treasured hallmark of our national forests, and by extension the public at large from the harms that arise when the desire for profit is placed above its responsibility to prevent and harms that could result in permanent and lasting damage.

140.    Notably, this deception occurred at the very time Simplot was under review over whether its Smokey Canyon Mine should be added to the CERCLA National Priority List, which

in itself would have subjected Simplot to increased scrutiny and required resources to be devoted to remediation under Superfund, another example to protect profits over obligations.

141.    Additionally, Simplot did not want the spill to jeopardize its settlement discussions with the U.S. Department of Justice in the Don Plant spill matter, and therefore conveniently withheld disclosing the spill until after a settlement had been reached.

142.    Further, Simplot has utilized its connections and influence in the highest offices of the Idaho State Government, including the Governor, Lt. Governor, the IDA, the IDEQ and any other yet unknown public officials to promote its own interests above that of the affected parties and public and their legal obligations under law and its permits which allow Simplot to engage in business involving hazardous materials.

143.    From the very outset of when Simplot became aware of the Pipeline leak, Simplot has engaged in a willful and deliberate pattern of conduct to withhold information regarding the scope of the spill of its highly toxic materials, and to minimize potential consequences to its bottom line, resulting in devastation to the Rasmussens, their legacy, the affected ecosystem, and actual and potential harms to public health,

144.    The known facts in this matter strongly support the imposition of punitive damages against Simplot in an amount to be determined by the trier of fact, but given the scale of Simplot's deliberate and outrageous conduct and the assets and profit of the company, $250 million would not be unreasonable.

## II.    Causes of Action

### COUNT I: *Immediate Writ of Mandate and Injunctive Relief Re: Condemnation and removal of contaminated herd and financial compensation.*

145.    Pursuant to 28 U.S.C. § 1651, the Court may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law.

146.    Pursuant to F.R.C.P. § 65(c), the Court may provide injunctive relief when there been has made a strong showing that a petitioner is likely to prevail on merits of its appeal, has shown that without such relief petitioner will be irreparably injured, whether the issuance of a stay would substantially harm other parties interested in the proceedings, and wherein lies the public interest.

147.    As set forth in the general allegations *infra*, in particular Sections I and J, a current crisis and emergency exists which justifies urgent and immediate relief include a writ of mandate and injunctive relief.

148.    In short, the Rasmussens are currently caring for approximately 740 cows and calves contaminated and/or which have been exposed to toxic high metals and the resulting effects, and which are not marketable and must be disposed of immediately.  Rasmussens do not have the financial or physical resources to care and manage this contaminated herd during the pendency of this matter, and will have no place to put their herd and lack resources to care and feed the herd in just a few short weeks.  Rasmussens also do not have the resources to dispose of the herd themselves, in that they lack both the finances, equipment and manpower to do so.

149.    Pursuant to I.C. § 25-209 the director of the Idaho Department of Agriculture's Animal Industries division is "directed" to take action "to prevent the introduction or dissemination of disease among the animals of this State," *Id*. Such action includes condemning potentially "diseased" animals, which would by definition include cattle exposed to heavy metals, and overseeing the slaughter of these animals.  See I.C. §§ 25-210, 212.

150.     As set forth *infra* in the general allegations Section E and F, the Idaho State

Veterinarian Liebsle and IDAID initiated measures to inspect, investigate and determine that the

Rasmussen cattle exposed to the Slurry were in fact contaminated and affected by heavy metals

in the Slurry.  However, IDAID did not complete its mandates under law by taking appropriate

action, including issuing a report and condemning the cattle – which is the only viable option for

addressing the issue.  Moreover, Liebsle and the USAID took no action while knowing of the

potential harms both to animal and human health and safety if these cattle were placed into

commerce.

151.     The Court should therefore mandate that the IDAID issue a report and condemn the

contaminated and affected cattle, and oversee their proper disposal preventing further harm.

152.     As set forth *infra* in Sections F and G of the general allegations, Simplot is fully

aware of the effects of the toxic Slurry on the Rasmussen's cattle and have admitted that liability

exists if the herd is contaminated.

153.     Simplot should therefore incur the cost of the proper disposal of the affected cattle,

and should reimburse the costs that the Rasmussens have incurred in the care and management of

these cattle.

154.     If the Court determines that IDAID should not be issued a writ of mandate as

requested herein, the Court should at least declare that the affected cattle be condemned and

properly disposed of under the direction and supervision of IDAID or any other appropriate

agency or authority, with Simplot bearing all of the costs.

155.    The Court should not allow Simplot to take the herd, or independently conduct any action, in that Simplot has expressly indicated and has in fact allowed contaminated cattle to be placed into commerce for production and consumption.

156.    The Court should also award monetary damages to the Rasmussens for the value of their contaminated cattle as set forth in Section I above, or any other amount deemed appropriate by the Court related to this injunctive relief, with all other damages alleged in this action to be determined by the trier of fact or in future proceedings.

**COUNT II:** *Relief under CERCLA*

157.    The previous allegations are restated and incorporated herein.

158.    The Ninth Circuit has recognized a private cause of action under the "Comprehensive Environmental Response, Compensation and Liability Act of 1980 (CERCLA). The Ninth Circuit summarizes such a claim under CERCLA as follows:

> CERCLA "generally imposes strict liability on owners and operators of facilities at which hazardous substances were disposed." *3550 Stevens CreekAssocs. v. Barclays Bank*, 915 F.2d 1355, 1357 (9th Cir.1990). To achieve that end, CERCLA "authorizes private parties to institute civil actions to recover the costs involved in the cleanup of hazardous wastes from those responsible for their creation." Id; accord *Pinal Creek Group*, 118 F.3d at 1300 ("Section 107(a) ... authorizes suits against certain statutorily defined 'responsible parties' to recover costs incurred in cleaning up hazardous waste disposal sites.") (internal quotation marks and citation omitted).

*Carson Harbor Vill., Ltd. v. Unocal Corp*:., 270 F.3d 863, 870-71 (9th Cir. 2001)

159.    Pursuant to Section 101(9), 42 U.S.C. § 9601(9); the established elements of a private cost recovery action are that   (1) the site on which the hazardous substances are contained is a "facility" under CERCLA's definition of that term, (2) a "release" or "threatened release" of any "hazardous substance" from the facility has occurred, 42 U.S.C. § 9607(a)(4); (3) such "release" or "threatened release" has caused the plaintiff to incur response costs that were "necessary" and

"consistent with the national contingency plan," 42 U.S.C. §§ 9607(a)(4) and (a)(4)(B); and (4) the defendant is within one of four classes of persons subject to the liability provisions of Section 107(a). *Id*.

160.    As set forth in the allegations of this complaint, Simplot is liable under 42 U.S.C.A. § 9607(a) for the following types of costs:

     a.  all costs of removal or remedial action incurred by the United States Government or a State or an Indian tribe not inconsistent with the national contingency plan;

     b.  any other necessary costs of response incurred by any other person consistent with the national contingency plan;

     c.  damages for injury to, destruction of, or loss of natural resources, including the reasonable costs of assessing such injury, destruction, or loss resulting from such _a release; and

     d.  the costs of any health assessment or health effects study carried out under section 104(i).

161.    Simplot is strictly liable for the damages, relief and remediations provisions under CERCLA.  See *3550 Stevens Creek Assocs*, 915 F.2d at 1357.

162.    In that Rasmussens own forage and water rights on their allotments which have been contaminated by hazardous waste, under CERCLA, the Rasmussens are entitled to costs for both the assessment and damages related to the destruction and loss of these natural resources. They will also be entitled to costs related to a health effects study to their cattle and any damages stemming therefrom.

163. Simplot is also liable for costs related to a complete remediation and clean- up of the contamination.

164. The Court should also order injunctive relief as soon as possible to address, mitigate and as much as possible prevent further harm caused by Simplot's failure to comply with its NPR and Superfund requirements under CERCLA including the following:

   a. That the EPA NPC be immediately notified of all known and available information pertaining to the Slurry spill from the Pipeline, and that the NPA report its receipt of this information to the Court;

   b. That the EPA NPC immediately conduct a full investigation into the matter and report its involvement and efforts to the Court;

   c. That an independent and qualified experts, not associated with or involving Simplot or IDEQ whatsoever, be appointed to conduct an assessment of the necessary clean-up and restoration of the area, and to properly assess damage to the affected ecosystem.

   d. That the EPA be required to provide sufficient notice to the public and all affected parties and agencies of this matter.

   e. That the operation of the Pipeline be suspended or terminated.

   f. That all measures required under CERCLA and the NPC regulations be enforced.

165. The Rasmussens are entitled to their attorneys fees and costs incurred in pursuing a private cause of action under CERCLA.

   **COUNT III:** *Per Se Negligence for Release of Hazardous Materials*

166. The previous allegations are hereby restated and incorporated herein.

167.    As set forth in the general allegations herein, Simplot is subject to numerous federal statutes including CERCLA and the other statutes listed in its 2010 SUP in relation to its handling of hazardous materials obtained and transported from its Smokey Canyon phosphorous mine, and which includes the Slurry transported by its Pipeline some 86 miles to its Don Plant processing center near Pocatello, Idaho.

168.    Additionally, Simplot is subject to several state statutory and regulatory obligations in the handling and storage of its hazardous Slurry including, Idaho Code§ 39-4408- UNAUTHORIZED TREATMENT, STORAGE, RELEASE, USE OR DISPOSAL OF HAZARDOUS WASTE PROHIBITED et. al, and Idaho Rule Section 58.01.02.850 - HAZARDOUS MATERIAL SPILLS et. al.

169.    "Hazardous materials" is defined under Idaho law as: "A material or combination of materials which, when discharged in any quantity into state waters, presents a substantial present or potential hazard to human health, the public health, or the environment" and includes "Waste or used oil or other material which is contaminated or mixed with any hazardous waste."  See I.C. § 39-4408(3) and Idaho Rule Section 58.01.02.850, subsection 47.

170.    These and any other applicable statutes and rules regarding the handling and storage of hazardous materials are designed to protect affected persons and the public from harm.

171.    These and any other applicable legislative enactments or administrative regulations set the standard of conduct of a reasonable person. See *Restatement of (Second) of Torts* § 286

172.    Simplot is negligent per se for its violation of the standards of applicable laws and rules, and therefore the first two elements of negligence duty and breach are therefore established.

173.    Simplot may also strictly liable for its actions in that the extremely high pressure utilized and necessary to move millions of tons of toxic Slurry annually through its 86 mile Pipeline. Under common law, a party engaging in a "abnormally dangerous" and "ultra hazardous" activity.  See *Restatement (Second) of Torts* § 520.

174.    Simplot's actions did proximately cause damages to the Rasmussens as set forth in Sections I and J in the general allegations in an amount to be determined by the trier of fact.

175.    For the reasons set forth in Section K of the general allegations, Simplot is subject to punitive damages for its willful disobedience and disregard of its strict statutory and regulatory duties in the handling of and response to the spill of a massive amount toxic Slurry into the environment, in amount to be determined by the trier of fact but in which $250 million would not be unreasonable.

**COUNT IV:** *Ordinary Negligence, gross negligence and willful deliberate conduct*

176.    The previous allegations are hereby restated and incorporated herein.

177.    Simplot has a common law duty to prevent harm to third persons from the spill of hazardous materials including the toxic Slurry, and to immediately notify affected third persons, timely fix and/or properly remediate any leak of such hazardous materials to prevent harm to third persons.

178.    Simplot breached their common law duties in failing to properly maintain and monitor their Pipeline which pumps millions of gallons of toxic Slurry on an annual basis, to notify affected third persons including the Rasmussens of the spill, and/or to timely fix the problem, and/or has failed to properly remediate the issue.

179.    Simplot's breach did proximately cause damages to the Rasmussens as set forth in Sections I and J in the general allegations in an amount to be determined by the trier of fact.

180.    Simplot's conduct constitutes gross negligence in that its mishandling of the incident was the doing or failing to do an act which a reasonable person in a similar situation and of similar responsibility would, with a minimum of contemplation, be inescapably drawn to recognize as a duty to do or not do such act and that failing that duty shows deliberate indifference to the harmful consequences to others.

181.    Simplot's conduct constitutes reckless, willful and wanton conduct in that it its actions in mishandling the incident, in that it intentionally and knowingly did or failed to do acts creating unreasonable risk of harm to another, and which involves a high degree of probability that such harm will result.

182.    For the reasons set forth in Section K of the general allegations, Simplot is subject to punitive damages for its gross negligence, reckless or willful conduct in amount to be determined by the trier of fact but in which $250 million would not be unreasonable.

**COUNT V:** _Nuisance_

183.    The previous allegations are hereby restated and incorporated herein.

184.    Under I.C. § 52-111: "Anything which is injurious to health or morals, or indecent, or offensive to the senses, or an obstruction to the free use of property, so as to interfere with the comfortable enjoyment of life or property, is a nuisance and the subject of an action. In the case of a moral nuisance, the action may be brought by any resident citizen of the county; in all other cases the action may be brought by any person whose property is injuriously affected, or whose

personal enjoyment is lessened by the nuisance; and by the judgment the nuisance may be enjoined or abated, as well as damages recovered."

185.    Simplot's actions as set forth in the general allegations constitute a nuisance in that such conduct did injure the Rasmussen's property, and Rasmussen's personal enjoyment of their property were affected and lessened as a result of the nuisance.

186.    Pursuant to I.C. § 52-401 et. al. Rasmussens are entitled to multiple available remedies for Simplot's nuisance, including abatement, damages and fines or penalties pursuant to I.C. § 52-415 which include a lien on Simplot's property for the amount of the abatement costs, an accounting, forfeiture of property,  investigative costs, court costs, reasonable attorney's fees arising out of the preparation for, and trial of the cause, and appeals therefrom, and other costs allowed on appeal, printing costs of trial and appellate briefs, and all other papers filed in such proceedings, and other remedies set forth therein.

**COUNT VI:** *Trespass*

187.    The previous allegations are hereby restated and incorporated herein.

188.    I.C. § 6-202 provides two forms of civil trespass where: 1) "[a]ny person who enters or remains upon the real property of another person without permission commits a civil trespass, and 2) "[a] person commits a civil trespass with damage when he enters or remains on the real property of another without permission, knowing or with reason to know that his presence is not permitted, and causes damage to real or personal property in excess of one thousand dollars ($1,000)."

189.    Idaho also permits claims for damages under a theory of common law trespass where a person is in legal possession of land.

190.    Simplot's spill of the Slurry out of the Pipeline it controlled constitutes a trespass in that it entered "upon or over real property ... by causing [a]... substance... to go upon... real property" leased by the Rasmussen Ranch, as well as their forage and water rights. See I.C. § 6-202(l)(d).

191.    I.C. § 6-202(3)(a) entitles Rasmussens to "(i) treble the amount of actual damages caused by the trespass, (ii) reasonable attorney's fees, which shall be taxed as costs in any civil action brought to enforce the provisions of this section, if the plaintiff prevails and (iii) reasonable costs associated with investigating any trespass, as approved by the court, which shall be taxed as costs in any civil action brought to enforce the provisions of this section, if the plaintiff prevails."

**COUNT VII**: _Citizen Suit under the Clean Water Act_

192.    The previous allegations are hereby restated and set forth herein.

193.    Pursuant to 33 U.S.C.A. § 1365, any citizen may commence a civil action on his own behalf against any person (including (i) the United States, and (ii) any other governmental instrumentality or agency to the extent permitted by the eleventh amendment to the Constitution who is alleged to be in violation of:

(A) an effluent standard or limitation under the provisions of this chapter (i.e.) Clean Water Act or (B) an order issued by the Administrator or a State with respect to such a standard or limitation, or

(B) against the Administrator where there is alleged a failure of the Administrator to perform any act or duty under this chapter which is not discretionary with the Administrator.

194.     Pursuant to the 2018 EPA/IDEQ MOA, and the 2020 FS/IDEQ MOU, the IDEQ bears responsibility as the Administrator for enforcing the provisions of the CWA in the CNF, subjection to restrictions and oversight of the EPA.

195.     As set forth in the general allegations herein, in particular Sections B-D and H, the IDEQ has failed in its obligations to enforce the provisions of the CWA.

196.     Simplot has committed several acts in violation of the CWA which require enforcement and remedies under the act.

197.     The Rasmussens have repeatedly provided effective notice to the IDEQ through numerous communications of Simplot's violations of the CWA more than 60 days prior to the filing of this lawsuit.

198.     Several remedies should be taken for IDEQ's and Simplot's failures, including but not necessarily including the following:

    a.  IDEQ should be removed as the agency of enforcing the CWA for this matter, and all such responsibilities and authority should be restored to the EPA;

    b.  Simplot's 2010 SUP Permit allowing the operation of the Pipeline should be suspended and/or cancelled;

    c.  All previous agreements, understandings, actions or any other such measures taken by the IDEQ regarding this matter should be rescinded;

    d.  A proper and complete investigation should be ordered to ascertain violations of the CWA, and to set the framework for remediation and enforcement of the CWA, and that the results of this investigation be fully disclosed to the public;

e.   All reports issued by and under the direction or influence of Simplot should be disregarded and replaced by reports conducted by independent and qualified experts and administrators;

f.   That Simplot pay any penalties and fines for its violations of the CWA to the full extent of the law;

g.   That all proper measures be taken to remediate the violations of the CWA;

h.   Any and all other appropriate measures be taken to address this matter not referenced herein.

199.    Rasmussens should be awarded litigation costs including reasonable attorney and expert witness fees pursuant to 33 U.S.C.A. § 1365(d).  Any security bond which may be required for any injunctive or declaratory relief should be waived by the Court.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs and Petitioners Lynn and Glenna Rasmussen hereby seek the following relief:

1.   A writ of mandate and preliminary injunction as set forth herein in Count I

2.   An award of monetary damages as set forth in the respective claims herein.

3.   Injunctive and declaratory relief as set forth in the respective claims herein.

4.   Attorneys fees and costs under applicable law and the rules for the respective claims herein.

5.   All equitable relief as deemed appropriate and within the jurisdiction of the Court pursuant to the respective claims set forth herein.

PLAINTIFFS REQUEST A JURY TRIAL FOR ALL CLAIMS TRIABLE BY A JURY

DATED:   May 1, 2025

OLSEN TAGGART PLLC

_/s/ Nathan M. Olsen_
Nathan M. Olsen
Attorney for the Plaintiff

VERIFICATION

STATE OF IDAHO     )
                   )  ss.
County of Caribou  )

Lynn Rasmussen and Glenna Rasmussen, the Plaintiffs and Petitioners in this action, being first duly sworn, deposes and says:

That they are the Plaintiffs and Petitioners, that they have read the foregoing Verified Complaint, Petition for Injunctive Relief, and Writ of Mandate, know the contents thereof and believe the allegations therein to be true and correct to the best of their knowledge, information and belief.

_Lynn Rasmussen_ DATED: 4/30/25
Lynn Rasmussen

_Glenna Rasmussen_ DATED: 4/30/25
Glenna Rasmussen

SUBSCRIBED AND SWORN TO before me this 30 day of April 2025.

_____
NOTARY PUBLIC
Residing at: Idaho Falls
Commission expires: 1/16/2026

NATHAN M. OLSEN
NOTARY
PUBLIC
Comm. No. 51603
STATE OF IDAHO

VERIFIED COMPLAINT, PETITION FOR INJUNCTIVE RELIEF, AND WRIT OF MANDATE
– Page No. 57

# EXHIBIT 1





# Diamond Creek Allotment
# Existing Improvements







Legend

Fences

Ponds

Roads
Allotment Boundary
Streams

H.Heyrend    5/97

# Diamond Creek Allotment
# Key Management Areas







Legend

Fences

Key Areas

Allotment Boundary
Streams

H.Heyrend    5/97

# Diamond Creek Allotment
## Unit Divisions







Legend

Unit Divisions

Allotment Boundary
Streams

H.Heyrend    5/97

Authorization ID: **SSC51**
Contact ID: **SIMPLOT**
Expiration Date: **12/31/2037**
Use Code: **761**

Case 4:25-cv-00236-DCN    Document 1    Filed 05/02/25    Page 64 of 212

FS-2700-4 (10/09)
OMB 0596-0082

**EXHIBIT 2**

## U.S. DEPARTMENT OF AGRICULTURE
### Forest Service
### SPECIAL USE PERMIT
### AUTHORITY:
### FEDERAL LAND POLICY AND MGMT ACT, AS AMENDED October 21, 1976
(Ref.: FSH 2709.11, section 41.53)

J. R. SIMPLOT CO. of C/O VIC CONRAD P.O. BOX 27 BOISE ID 83707 (hereinafter "the holder") is authorized to use or occupy National Forest System lands in the Caribou-Targhee National Forest or unit of the National Forest System, subject to the terms and conditions of this special use permit (the permit).

This permit authorizes a 50-foot right-of-way (ROW) for an existing slurry pipeline and communications line on lands managed by the Soda Springs Ranger District (SSRD) and Westside Ranger District (WRD) of the Caribou-Targhee National Forest (Forest). It was originally issued as two separate Special Use Permits (SUPs): SUP 4067-03 issued September 16, 1982, for the SSRD; and SUP 4067-05 issued February 4, 1991, for the WRD. The ROW will be used for continued operation and maintenance of the slurry pipeline, communications line, and related facilities.

The slurry pipeline is used for the conveyance of phosphate ore concentrate from the Smoky Canyon millsite to the Conda Plant (SSRD portion), and then from the Conda Plant to the Don Plant (WRD portion). The length of the pipeline that crosses the Forest is approximately 135.7 acres (see Exhibit A for map). Of this total, 98.5 acres is located on the SSRD and 37.2 acres is located on the WRD.

The communications line is entirely within the WRD and is used to monitor the status of the pipeline. It is located within the slurry pipeline ROW and crosses NFS lands from the Forest boundary in Inman Canyon to the top of Inman Ridge for a distance of 17,102 feet.

The following sections of NFS lands are crossed by the pipeline ROW within the SSRD:

T08S, R45E, Boise Meridian – 19, 22, 23, 24, 25, 27, 28, 29, 30
T08S, R44E, Boise Meridian – 23, 24, 26, 27, 28
T08S, R43E, Boise Meridian – 27, 28, 29, 30

The following sections of NFS lands are crossed by the pipeline/communications line ROW within the WRD:

T06S, R37E, Boise Meridian – 33, 34
T07S, R37E, Boise Meridian – 1, 2, 3, 4, 5, 6, 12

Details regarding the construction, operation, and other aspects of the slurry pipeline were provided in the 1982 *Environmental Impact Statement for the Smoky Canyon Phosphate Mine* (for the portion within the SSRD) and the 1989 *Environmental Assessment for the Conda–Pocatello Phosphate Slurry Pipeline Project* (for the portion within the WRD). These documents are provided electronically Exhibit B. The pipeline from the Smoky Canyon millsite to the Conda Plant began operations in 1984 and the pipeline from the Conda Plant to the Don Plant began operations in 1991. The entire pipeline is currently operated 24 hours per day and 7 days per week and can be used to transport approximately 2 million tons of ore concentrate per year.

Authorization under this permit includes (1) related facilities and roads required for access and/or maintenance in accordance with designs and specifications approved by the U.S. Forest Service and (2) the right to repair, replace, and maintain all of the foregoing.

The following information was provided by Simplot for permit renewal and is included electronically Exhibit C:

- Map of pipeline from Smoky Canyon Mine to the Don Plant (hard copy included as Exhibit D)
- Pipeline profiles for segments crossing NFS lands
- Drawings of stream crossings, road crossings, cathodic protection stations, test station vaults, and french drains

- Photos of test station vaults, rectifiers, and Diamond Creek catchment basin
- Piping and instrument diagrams
- Results of pipeline surveys and testing
- Results of slurry chemical analyses
- Pipeline operating manual (non-confidential portions only)
- Geographic information system (GIS) shapefile of pipeline

## TERMS AND CONDITIONS

### I. GENERAL TERMS

**A. AUTHORITY.** This permit is issued pursuant to [name of and cite for authority] and 36 CFR Part 251, Subpart B, as amended, and is subject to their provisions.

**B. AUTHORIZED OFFICER.** The authorized officer is the Forest or Grassland Supervisor or a subordinate officer with delegated authority.

**C. TERM.** This permit shall expire at midnight on 12/31/2037, years or months from the date of issuance.

**D. RENEWAL.** This permit is not renewable. Prior to expiration of this permit, the holder may apply for a new permit that would renew the use and occupancy authorized by this permit. Applications for a new permit must be submitted at least 6 months prior to expiration of this permit. Renewal of the use and occupancy authorized by this permit shall be at the sole discretion of the authorized officer. At a minimum, before renewing the use and occupancy authorized by this permit, the authorized officer shall require that (1) the use and occupancy to be authorized by the new permit is consistent with the standards and guidelines in the applicable land management plan; (2) the type of use and occupancy to be authorized by the new permit is the same as the type of use and occupancy authorized by this permit; and (3) the holder is in compliance with all the terms of this permit. The authorized officer may prescribe new terms and conditions when a new permit is issued.

**E. AMENDMENT.** This permit may be amended in whole or in part by the Forest Service when, at the discretion of the authorized officer, such action is deemed necessary or desirable to incorporate new terms that may be required by law, regulation, directive, the applicable forest land and resource management plan, or projects and activities implementing a land management plan pursuant to 36 CFR Part 215.

**F. COMPLIANCE WITH LAWS, REGULATIONS, AND OTHER LEGAL REQUIREMENTS.** In exercising the rights and privileges granted by this permit, the holder shall comply with all present and future federal laws and regulations and all present and future state, county, and municipal laws, regulations, and other legal requirements that apply to the permit area, to the extent they do not conflict with federal law, regulation, or policy. The Forest Service assumes no responsibility for enforcing laws, regulations, and other legal requirements that fall under the jurisdiction of other governmental entities.

**G. NON-EXCLUSIVE USE.** The use or occupancy authorized by this permit is not exclusive. The Forest Service reserves the right of access to the permit area, including a continuing right of physical entry to the permit area for inspection, monitoring, or any other purpose consistent with any right or obligation of the United States under any law or regulation. The Forest Service reserves the right to allow others to use the permit area in any way that is not inconsistent with the holder's rights and privileges under this permit, after consultation with all parties involved. Except for any restrictions that the holder and the authorized officer agree are necessary to protect the installation and operation of authorized temporary improvements, the lands and waters covered by this permit shall remain open to the public for all lawful purposes.

**H. ASSIGNABILITY.** This permit is not assignable or transferable.

### I. TRANSFER OF TITLE TO THE IMPROVEMENTS.

1. Notification of Transfer. The holder shall notify the authorized officer when a transfer of title to all or part of the authorized improvements is contemplated.

2. Transfer of Title. Any transfer of title to the improvements covered by this permit shall result in termination of the permit. The party who acquires title to the improvements must submit an application for a permit. The Forest Service is not obligated to issue a new permit to the party who acquires title to the improvements. The authorized officer shall determine that the applicant meets requirements under applicable federal regulations.

## J. CHANGE IN CONTROL OF THE BUSINESS ENTITY.

1. Notification of Change in Control. The holder shall notify the authorized officer when a change in control of the business entity that holds this permit is contemplated.

   a. In the case of a corporation, control is an interest, beneficial or otherwise, of sufficient outstanding voting securities or capital of the business so as to permit the exercise of managerial authority over the actions and operations of the corporation or election of a majority of the board of directors of the corporation.

   b. In the case of a partnership, limited partnership, joint venture, or individual entrepreneurship, control is a beneficial ownership of or interest in the entity or its capital so as to permit the exercise of managerial authority over the actions and operations of the entity.

   c. In other circumstances, control is any arrangement under which a third party has the ability to exercise management authority over the actions or operations of the business.

2. Effect of Change in Control. Any change in control of the business entity as defined in paragraph 1 of this clause shall result in termination of this permit. The party acquiring control must submit an application for a special use permit. The Forest Service is not obligated to issue a new permit to the party who acquires control. The authorized officer shall determine whether the applicant meets the requirements established by applicable federal regulations.

## II. IMPROVEMENTS

**A. LIMITATIONS ON USE.** LIMITATIONS ON USE. Nothing in this permit gives or implies permission to build or maintain any structure or facility or to conduct any activity, unless specifically authorized by this permit. Any use not specifically authorized by this permit must be proposed in accordance with 36 CFR 251.54. Approval of such a proposal through issuance of a new permit or permit amendment is at the sole discretion of the authorized officer.

**B. PLANS.** All plans for development, layout, construction, reconstruction, or alteration of improvements in the permit area, as well as revisions to those plans must be prepared by a professional engineer, architect, landscape architect, or other qualified professional based on federal employment standards acceptable to the authorized officer. These plans and plan revisions must have written approval from the authorized officer before they are implemented. The authorized officer may require the holder to furnish as-built plans, maps, or surveys upon completion of the work.

## III. OPERATIONS.

**A. PERIOD OF USE.** Use or occupancy of the permit area shall be exercised at least 365 days each year.

**B. CONDITION OF OPERATIONS.** The holder shall maintain the authorized improvements and permit area to standards of repair, orderliness, neatness, sanitation, and safety acceptable to the authorized officer and consistent with other provisions of this permit. Standards are subject to periodic change by the authorized officer when deemed necessary to meet statutory, regulatory, or policy requirements or to protect national forest resources. The holder shall comply with inspection requirements deemed appropriate by the authorized officer.

**C. OPERATING PLAN.** The holder shall prepare and annually revise by April for inclusion in the annual operations report an operating plan. The operating plan shall be prepared in consultation with the authorized officer or the authorized officer's designated representative and shall cover all operations authorized by this permit. The operating plan shall outline steps the holder will take to protect public health and safety and the environment and shall include sufficient detail and standards to enable the Forest Service to monitor the holder's operations for compliance with the terms and conditions of this permit. The operating plan shall be submitted by the holder and approved by the authorized officer or the authorized officer's designated representative prior to commencement of operations and shall be attached to this permit as an appendix. The authorized officer may require an annual meeting with the holder to discuss the terms and conditions of the permit or operating plan, annual use reports, or other concerns either party may have.

**D. INSPECTION BY THE FOREST SERVICE.** The Forest Service shall monitor the holder's operations and reserves the right to inspect the permit area and transmission facilities at any time for compliance with the terms of this permit. The holder's obligations under this permit are not contingent upon any duty of the Forest Service to inspect the permit area or transmission facilities. A failure by the Forest Service or other governmental officials to inspect is not a justification for noncompliance with any of the terms and conditions of this permit.

## IV. RIGHTS AND LIABILITIES

**A. LEGAL EFFECT OF THE PERMIT.** This permit, which is revocable and terminable, is not a contract or a lease, but rather a federal license. The benefits and requirements conferred by this authorization are reviewable solely under the procedures set forth in 36 CFR Part 251, Subpart C, and 5 U.S.C. 704. This permit does not constitute a contract for purposes of the Contract Disputes Act, 41 U.S.C. 601. The permit is not real property, does not convey any interest in real property, and may not be used as collateral for a loan.

**B. VALID OUTSTANDING RIGHTS.** This permit is subject to all valid outstanding rights. Valid outstanding rights include those derived under mining and mineral leasing laws of the United States. The United States is not liable to the holder for the exercise of any such right.

**C. ABSENCE OF THIRD-PARTY BENEFICIARY RIGHTS.** The parties to this permit do not intend to confer any rights on any third party as a beneficiary under this permit.

**D. SERVICES NOT PROVIDED.** This permit does not provide for the furnishing of road or trail maintenance, water, fire protection, search and rescue, or any other such service by a government agency, utility, association, or individual.

**E. RISK OF LOSS.** The holder assumes all risk of loss associated with use or occupancy of the permit area, including but not limited to theft, vandalism, fire and any fire-fighting activities (including prescribed burns), avalanches, rising waters, winds, falling limbs or trees, and other forces of nature. If authorized temporary improvements in the permit area are destroyed or substantially damaged, the authorized officer shall conduct an analysis to determine whether the improvements can be safely occupied in the future and whether rebuilding should be allowed. If rebuilding is not allowed, the permit shall terminate.

**F. DAMAGE TO UNITED STATES PROPERTY.** The holder has an affirmative duty to protect from damage the land, property, and other interests of the United States. Damage includes but is not limited to fire suppression costs, damage to government-owned improvements covered by this permit, and all costs and damages associated with or resulting from the release or threatened release of a hazardous material occurring during or as a result of activities of the holder or the holder's heirs, assigns, agents, employees, contractors, or lessees on, or related to, the lands, property, and other interests covered by this permit. For purposes of clause IV.F and section V, "hazardous material" shall mean (a) any hazardous substance under section 101(14) of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), 42 U.S.C. § 9601(14); (b) any pollutant or contaminant under section 101(33) of CERCLA, 42 U.S.C. § 9601(33); (c) any petroleum product or its derivative, including fuel oil, and waste oils; and (d) any hazardous substance, extremely hazardous substance, toxic substance, hazardous waste, ignitable, reactive or corrosive materials, pollutant, contaminant, element, compound, mixture, solution or substance that may pose a present or potential hazard to human health or the environment under any applicable environmental laws.

1. The holder shall avoid damaging or contaminating the environment, including but not limited to the soil, vegetation (such as trees, shrubs, and grass), surface water, and groundwater, during the holder's use or occupancy of the permit area. If the environment or any government property covered by this permit becomes damaged during the holder's use or occupancy of the permit area, the holder shall immediately repair the damage or replace the damaged items to the satisfaction of the authorized officer and at no expense to the United States.

2. The holder shall be liable for all injury, loss, or damage, including fire suppression, prevention and control of the spread of invasive species, or other costs in connection with rehabilitation or restoration of natural resources associated with the use or occupancy authorized by this permit. Compensation shall include but not be limited to the value of resources damaged or destroyed, the costs of restoration, cleanup, or other mitigation, fire suppression or other types of abatement costs, and all administrative, legal (including attorney's fees), and other costs. Such costs may be deducted from a performance bond required under clause IV.I.

3.   The holder shall be liable for damage caused by use of the holder or the holder's heirs, assigns, agents, employees, contractors, or lessees to all roads and trails of the United States to the same extent as provided under clause IV.F.1, except that liability shall not include reasonable and ordinary wear and tear

**G.  HEALTH, SAFETY, AND ENVIRONMENTAL PROTECTION.** The holder shall promptly abate as completely as possible and in compliance with all applicable laws and regulations any activity or condition arising out of or relating to the authorized use or occupancy that causes or threatens to cause a hazard to public health or the safety of the holder's employees or agents or harm to the environment (including areas of vegetation or timber, fish or other wildlife populations, their habitats, or any other natural resources). The holder shall prevent impacts to the environment and cultural resources by implementing actions identified in the operating plan to prevent establishment and spread of invasive species. The holder shall immediately notify the authorized officer of all serious accidents that occur in connection with such activities. The responsibility to protect the health and safety of all persons affected by the use or occupancy authorized by this permit is solely that of the holder. The Forest Service has no duty under the terms of this permit to inspect the permit area or operations and activities of the holder for hazardous conditions or compliance with health and safety standards.

**H.  INDEMNIFICATION OF THE UNITED STATES.** The holder shall indemnify, defend, and hold harmless the United States for any costs, damages, claims, liabilities, and judgments arising from past, present, and future acts or omissions of the holder in connection with the use or occupancy authorized by this permit. This indemnification provision includes but is not limited to acts and omissions of the holder or the holder's heirs, assigns, agents, employees, contractors, or lessees in connection with the use or occupancy authorized by this permit which result in (1) violations of any laws and regulations which are now or which may in the future become applicable, and including but not limited to those environmental laws listed in clause V.A of this permit; (2) judgments, claims, demands, penalties, or fees assessed against the United States; (3) costs, expenses, and damages incurred by the United States; or (4) the release or threatened release of any solid waste, hazardous waste, hazardous materials, pollutant, contaminant, oil in any form, or petroleum product into the environment. The authorized officer may prescribe terms that allow the holder to replace, repair, restore, or otherwise undertake necessary curative actions to mitigate damages in addition to or as an alternative to monetary indemnification.

**I.  BONDING.** The authorized officer may require the holder to furnish a surety bond or other security for any of the obligations imposed by the terms and conditions of this permit or any applicable law, regulation, or order.

1.   As a further guarantee of compliance with the terms and conditions of this permit, the holder shall deliver and maintain a surety bond or other acceptable security, such as cash deposited and maintained in a federal depository or negotiable securities of the United States, in the amount of $1,276,000. The authorized officer may periodically evaluate the adequacy of the bond or other security and increase or decrease the amount as appropriate. If the bond or other security becomes unsatisfactory to the authorized officer, the holder shall within 30 days of demand furnish a new bond or other security issued by a surety that is solvent and satisfactory to the authorized officer. If the holder fails to meet any of the requirements secured under this clause, money deposited pursuant to this clause shall be retained by the United States to the extent necessary to satisfy the obligations secured under this clause, without prejudice to any other rights and remedies of the United States.

2.   The bond shall be released or other security returned 30 days after (a) the authorized officer certifies that the obligations covered by the bond or other security are met and (b) the holder establishes to the satisfaction of the authorized officer that all claims for labor and material for the secured obligations have been paid or released.

3.   Prior to undertaking additional construction or alteration not covered by the bond or other security, or when the authorized improvements are to be removed and the permit area restored the holder may be required to obtain additional bonding or security.

## V. RESOURCE PROTECTION

**A.  COMPLIANCE WITH ENVIRONMENTAL LAWS.** The holder shall in connection with the use or occupancy authorized by this permit comply with all applicable federal, state, and local environmental laws and regulations, including but not limited to those established pursuant to the Resource Conservation and Recovery

et seq., the Oil Pollution Act, as amended, 33 U.S.C. 2701 et seq., the Clean Air Act, as amended, 42 U.S.C. 7401 et seq., CERCLA, as amended, 42 U.S.C. 9601 et seq., the Toxic Substances Control Act, as amended, 15 U.S.C. 2601 et seq., the Federal Insecticide, Fungicide, and Rodenticide Act, as amended, 7 U.S.C. 136 et seq., and the Safe Drinking Water Act, as amended, 42 U.S.C. 300f et seq.

**B. VANDALISM.** The holder shall take reasonable measures to prevent and discourage vandalism and disorderly conduct and when necessary shall contact the appropriate law enforcement officer.

**C. PESTICIDE USE.** Pesticides may not be used outside of buildings to control undesirable woody and herbaceous vegetation (including aquatic plants), insects, rodents, fish, and other pests and weeds without prior written approval from the authorized officer. A request for approval of planned uses of pesticides shall be submitted annually by the holder on the due date established by the authorized officer. The report shall cover a 12-month period of planned use beginning 3 months after the reporting date. Information essential for review shall be provided in the form specified. Exceptions to this schedule may be allowed, subject to emergency request and approval, only when unexpected outbreaks of pests or weeds require control measures that were not anticipated at the time an annual report was submitted. Only those materials registered by the U.S. Environmental Protection Agency for the specific purpose planned shall be considered for use on National Forest System lands. Label instructions and all applicable laws and regulations shall be strictly followed in the application of pesticides and disposal of excess materials and containers.

**D. ARCHAEOLOGICAL-PALEONTOLOGICAL DISCOVERIES.** The holder shall immediately notify the authorized officer of all antiquities or other objects of historic or scientific interest, including but not limited to historic or prehistoric ruins, fossils, or artifacts discovered in connection with the use and occupancy authorized by this permit. The holder shall leave these discoveries intact and in place until directed otherwise by the authorized officer. Protective and mitigative measures specified by the authorized officer shall be the responsibility of the holder.

**E. NATIVE AMERICAN GRAVES PROTECTION AND REPATRIATION.** In accordance with 25 U.S.C. 3002(d) and 43 CFR 10.4, if the holder inadvertently discovers human remains, funerary objects, sacred objects, or objects of cultural patrimony on National Forest System lands, the holder shall immediately cease work in the area of the discovery and shall make a reasonable effort to protect and secure the items. The holder shall immediately notify the authorized officer by telephone of the discovery and shall follow up with written confirmation of the discovery. The activity that resulted in the inadvertent discovery may not resume until 30 days after the authorized officer certifies receipt of the written confirmation, if resumption of the activity is otherwise lawful, or at any time if a binding written agreement has been executed between the Forest Service and the affiliated Indian tribes that adopts a recovery plan for the human remains and objects.

**F. PROTECTION OF HABITAT OF THREATENED, ENDANGERED, AND SENSITIVE SPECIES.** The location of sites within the permit area needing special measures for protection of plants or animals listed as threatened or endangered under the Endangered Species Act (ESA) of 1973, 16 U.S.C. 1531 et seq., as amended, or identified as sensitive or otherwise requiring special protection by the Regional Forester under Forest Service Manual (FSM) 2670, pursuant to consultation conducted under section 7 of the ESA, may be shown on the ground or on a separate map. The map shall be attached to this permit as an appendix. The holder shall take any protective and mitigative measures specified by the authorized officer. If protective and mitigative measures prove inadequate, if other sites within the permit area containing threatened, endangered, or sensitive species or species otherwise requiring special protection are discovered, or if new species are listed as threatened or endangered under the ESA or identified as sensitive or otherwise requiring special protection by the Regional Forester under the FSM, the authorized officer may specify additional protective and mitigative measures. Discovery of these sites by the holder or the Forest Service shall be promptly reported to the other party.

**G. CONSENT TO STORE HAZARDOUS MATERIALS.** The holder shall not store any hazardous materials at the site without prior written approval from the authorized officer. This approval shall not be unreasonably withheld. If the authorized officer provides approval, this permit shall include, or in the case of approval provided after this permit is issued, shall be amended to include specific terms addressing the storage of hazardous materials, including the specific type of materials to be stored, the volume, the type of storage, and a spill plan. Such terms shall be proposed by the holder and are subject to approval by the authorized officer.

**H. CLEANUP AND REMEDIATION**

1. The holder shall immediately notify all appropriate response authorities, including the National Response Center and the authorized officer or the authorized officer's designated representative, of any oil discharge or of the release of a hazardous material in the permit area in an amount greater than or equal to its reportable quantity, in accordance with 33 CFR Part 153, Subpart B, and 40 CFR Part 302. For the purposes of this requirement, "oil" is as defined by section 311(a)(1) of the Clean Water Act, 33 U.S.C. 1321(a)(1). The holder shall immediately notify the authorized officer or the authorized officer's designated representative of any release or threatened release of any hazardous material in or near the permit area which may be harmful to public health or welfare or which may adversely affect natural resources on federal lands.

2. Except with respect to any federally permitted release as that term is defined under Section 101(10) of CERCLA, 42 U.S.C. 9601(10), the holder shall clean up or otherwise remediate any release, threat of release, or discharge of hazardous materials that occurs either in the permit area or in connection with the holder's activities in the permit area, regardless of whether those activities are authorized under this permit. The holder shall perform cleanup or remediation immediately upon discovery of the release, threat of release, or discharge of hazardous materials. The holder shall perform the cleanup or remediation to the satisfaction of the authorized officer and at no expense to the United States. Upon revocation or termination of this permit, the holder shall deliver the site to the Forest Service free and clear of contamination.

**I. CERTIFICATION UPON REVOCATION OR TERMINATION.** If the holder uses or stores hazardous materials at the site, upon revocation or termination of this permit the holder shall provide the Forest Service with a report certified by a professional or professionals acceptable to the Forest Service that the permit area is uncontaminated by the presence of hazardous materials and that there has not been a release or discharge of hazardous materials upon the permit area, into surface water at or near the permit area, or into groundwater below the permit area during the term of the permit. This certification requirement may be waived by the authorized officer when the Forest Service determines that the risks posed by the hazardous material are minimal. If a release or discharge has occurred, the professional or professionals shall document and certify that the release or discharge has been fully remediated and that the permit area is in compliance with all federal, state, and local laws and regulations.

## VI. LAND USE FEE AND ACCOUNTING ISSUES

**A. LAND USE FEES.** The holder shall pay an initial annual land use fee of $4257.43 for the period from January 01, 2011 to December 31, 2011, and thereafter on January 1st shall pay an annual land use fee of $4257.43. The annual land use fee shall be adjusted annually using the insert applicable indexing factor.

**B. MODIFICATION OF THE LAND USE FEE.** The land use fee may be revised whenever necessary to reflect the market value of the authorized use or occupancy or when the fee system used to calculate the land use fee is modified or replaced.

## C. FEE PAYMENT ISSUES.

1. Crediting of Payments. Payments shall be credited on the date received by the deposit facility, except that if a payment is received on a non-workday, the payment shall not be credited until the next workday.

2. Disputed Fees. Fees are due and payable by the due date. Disputed fees must be paid in full. Adjustments will be made if dictated by an administrative appeal decision, a court decision, or settlement terms.

3. Late Payments

   (a) Interest. Pursuant to 31 U.S.C. 3717 et seq., interest shall be charged on any fee amount not paid within 30 days from the date it became due. The rate of interest assessed shall be the higher of the Prompt Payment Act rate or the rate of the current value of funds to the Treasury (i.e., the Treasury tax and loan account rate), as prescribed and published annually or quarterly by the Secretary of the Treasury in the Federal Register and the Treasury Fiscal Requirements Manual Bulletins. Interest on the principal shall accrue from the date the fee amount is due.

   (b) Administrative Costs. If the account becomes delinquent, administrative costs to cover processing and handling the delinquency shall be assessed.

(c) Penalties. A penalty of 6% per annum shall be assessed on the total amount that is more than 90 days delinquent and shall accrue from the same date on which interest charges begin to accrue.

(d) Termination for Nonpayment. This permit shall terminate without the necessity of prior notice and opportunity to comply when any permit fee payment is 90 calendar days from the due date in arrears. The holder shall remain responsible for the delinquent fees.

4. Administrative Offset and Credit Reporting. Delinquent fees and other charges associated with the permit shall be subject to all rights and remedies afforded the United States pursuant to 31 U.S.C. 3711 et seq. and common law. Delinquencies are subject to any or all of the following:

(a) Administrative offset of payments due the holder from the Forest Service.

(b) If in excess of 60 days, referral to the Department of the Treasury for appropriate collection action as provided by 31 U.S.C. 3711(g)(1).

(c) Offset by the Secretary of the Treasury of any amount due the holder, as provided by 31 U.S.C. 3720 et seq.

(d) Disclosure to consumer or commercial credit reporting agencies.

## VII. REVOCATION, SUSPENSION, AND TERMINATION

**A. REVOCATION AND SUSPENSION.** The authorized officer may revoke or suspend this permit in whole or in part:

1. For noncompliance with federal, state, or local law.

2. For noncompliance with the terms of this permit.

3. For abandonment or other failure of the holder to exercise the privileges granted.

4. With the consent of the holder.

5. For specific and compelling reasons in the public interest.

Prior to revocation or suspension, other than immediate suspension under clause VI.B, the authorized officer shall give the holder written notice of the grounds for revocation or suspension. In the case of revocation or suspension based on clause VII.A.1, 2, or 3, the authorized officer shall give the holder a reasonable time, typically not to exceed 90 days, to cure any noncompliance.

**B. IMMEDIATE SUSPENSION.** The authorized officer may immediately suspend this permit in whole or in part when necessary to protect public health or safety or the environment. The suspension decision shall be in writing. The holder may request an on-site review with the authorized officer's supervisor of the adverse conditions prompting the suspension. The authorized officer's supervisor shall grant this request within 48 hours. Following the on-site review, the authorized officer's supervisor shall promptly affirm, modify, or cancel the suspension.

**C. APPEALS AND REMEDIES.** Written decisions by the authorized officer relating to administration of this permit are subject to administrative appeal pursuant to 36 CFR Part 251, Subpart C, as amended. Revocation or suspension of this permit shall not give rise to any claim for damages by the holder against the Forest Service.

**D. TERMINATION.** This permit shall terminate when by its terms a fixed or agreed upon condition, event, or time occurs without any action by the authorized officer. Examples include but are not limited to expiration of the permit by its terms on a specified date and termination upon change of control of the business entity. Termination of this permit shall not require notice, a decision document, or any environmental analysis or other documentation. Termination of this permit is not subject to administrative appeal and shall not give rise to any claim for damages by the holder against the Forest Service.

**E. RIGHTS AND RESPONSIBILITIES UPON REVOCATION OR TERMINATION WITHOUT RENEWAL.**
Upon revocation or termination of this permit without renewal of the authorized use, the holder shall remove all

structures and improvements, except those owned by the United States, within a reasonable period prescribed by the authorized officer and shall restore the site to the satisfaction of the authorized officer. If the holder fails to remove all structures and improvements within the prescribed period, they shall become the property of the United States and may be sold, destroyed, or otherwise disposed of without any liability to the United States. However, the holder shall remain liable for all costs associated with their removal, including costs of sale and impoundment, cleanup, and restoration of the site.

## VIII. MISCELLANEOUS PROVISIONS

**A. MEMBERS OF CONGRESS**. No member of or delegate to Congress or resident commissioner shall benefit from this permit either directly or indirectly, except to the extent the authorized use provides a general benefit to a corporation.

**B. CURRENT ADDRESSES**. The holder and the Forest Service shall keep each other informed of current mailing addresses, including those necessary for billing and payment of land use fees.

**C. SUPERSEDED PERMIT.** This permit supersedes a special use permit designated J. R. SIMPLOT CO., CAR406703, dated 09/16/1982 and CAR406705, dated 02/04/1991.

**D. SUPERIOR CLAUSES.** If there is a conflict between any of the preceding printed clauses and any of the following clauses, the preceding printed clauses shall control.

**E. Surveys, Land Corners (D4).** The holder shall protect, in place, all public land survey monuments, private property corners, and Forest boundary markers. In the event that any such land markers or monuments are destroyed in the exercise of the privileges permitted by this authorization, depending on the type of monument destroyed, the holder shall see that they are reestablished or referenced in accordance with (1) the procedures outlined in the "Manual of Instructions for the Survey of the Public Land of the United States," (2) the specifications of the county surveyor, or (3) the specifications of the Forest Service.

Further, the holder shall cause such official survey records as are affected to be amended as provided by law. Nothing in this clause shall relieve the holder's liability for the willful destruction or modification of any Government survey marker as provided at 18 U.S.C. 1858.

**F.   Revegetation of Ground Cover and Surface Restoration (D9).** The holder shall be responsible for prevention and control of soil erosion and gullying on lands covered by this authorization and adjacent thereto, resulting from construction, operation, maintenance, and termination of the authorized use. The holder shall so construct permitted improvements to avoid the accumulation of excessive heads of water and to avoid encroachment on streams.  The holder shall revegetate or otherwise stabilize all ground where the soil has been exposed as a result of the holder's construction, maintenance, operation, or termination of the authorized use and shall construct and maintain necessary preventive measures to supplement the vegetation.

**G. Pesticide Use (D23).** Pesticides may not be used to control undesirable woody and herbaceous vegetation, aquatic plants, insects, rodents, trash fish, etc., without the prior written approval of the Forest Service. A request for approval of planned uses of pesticides will be submitted annually by the holder on the due date established by the authorized officer.  The report will cover a 12-month period of planned use beginning 3 months after the reporting date. Information essential for review will be provided in the form specified. Exceptions to this schedule may be allowed, subject to emergency request and approval, only when unexpected outbreaks of pests require control measures which were not anticipated at the time an annual report was submitted.

Only those materials registered by the U.S. Environmental Protection Agency for the specific purpose planned will be considered for use on National Forest System lands.  Label instructions will be strictly followed in the application of pesticides and disposal of excess materials and containers.

**H. Improvement Relocation (X33).** This authorization is granted with the express understanding that should future location of United States Government-owned improvements or road rights-of-way require the relocation of the holder's improvements, such relocation will be done by, and at the expense of, the holder within a reasonable time as specified by the authorized officer.

**I. Performance by Holder, Successors, or Assigns (X68).** Notwithstanding the expiration or any renewal of this authorization or its earlier relinquishment, abandonment, or other termination, the provisions of this

authorization, to the extent applicable, shall continue in effect and shall be binding on the holder, successors, or assigns, until they have fully performed their respective obligations and liabilities accruing before or on account of the expiration, or prior termination, of the authorization.

**J. Water Rights (X74).** This authorization does not convey any legal interest in water rights as defined by applicable State law.

**K. Disputes (X96).** Appeal of any provisions of this authorization or any requirements thereof shall be subject to the appeal regulations at 36 CFR 251, Subpart C, or revisions thereto.

This permit is accepted subject to the conditions set out above.

Date _____October 22, 2010_____          J.R. Simplot Company

By: _____          (CORPORATE SEAL)
            (President)

_____Terry T. Uhling, Sr. VP, Secretary, + General Council_____
                   (Name and Title)

ATTEST:

By: _____
            (Secretary)

_____Gray Young, Assistant Secretary_____
              (Name and Title)

The following certificate shall be executed by the Secretary or Assistant Secretary of the Corporation:

I _____ Gary Young _____ certify that I am the _____ Assistant _____ Secretary of the Corporation that executed the above permit; that _____ Terry T. Uhling _____ who signed said permit on behalf of said Corporation was then _____ Sr. VP, Sec. + G.C. _____ of said Corporation; that I know his/her signature on said permit is genuine; and that said permit was duly signed, sealed, and attested to for and on behalf of said Corporation by authority of its governing body

By: _____ (CORPORATE SEAL)
                    (Signature)

Gray Young    Assistant Scutrmy
                    (Name and Title)

**U. S. DEPARTMENT OF AGRICULTURE - Forest Service**

By: _____
                    (Authorized Officer Signature)

Brent L. Larson, Forest Supervisor
                    (Name and Title)

10/26/2010
                    (Date)

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0596-0082. The time required to complete this information collection is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, gender, religion, age, disability, political beliefs, sexual orientation, and marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA?s TARGET Center at 202-720-2600 (voice and TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, 1400 Independence Avenue, SW, Washington, DC 20250-9410 or call toll free (866) 632-9992 (voice). TDD users can contact USDA through local relay or the Federal relay at (800) 877-8339 (TDD) or (866) 377-8642 (relay voice). USDA is an equal opportunity provider and employer.

The Privacy Act of 1974 (5 U.S.C. 552a) and the Freedom of Information Act (5 U.S.C. 552) govern the confidentiality to be provided for information received by the Forest Service.

Exhibit A



**Conda Plant**

**Smoky Canyon Mine**

Exhibit A (cont.)



(Continued below on left...)

(Continuation from above right)

**EXHIBIT 3**



Smoky
Canyon
mine
Superfund
site



# VIDEO STILL SHOT HORNET CREEK CANYON SEPTEMBER 2023



# VIDEO STILL SHOT HORNET CREEK CANYON SEPTEMBER 2023



# VIDEO STILL SHOT HORNET CREEK CANYON SEPTEMBER 2023



# VIDEO STILL SHOT HORNET CREEK CANYON SEPTEMBER 2023



# VIDEO STILL SHOT HORNET CREEK CANYON SEPTEMBER 2023



# VIDEO STILL SHOT HORNET CREEK CANYON SEPTEMBER 2023



# VIDEO STILL SHOT HORNET CREEK CANYON SEPTEMBER 2023



# VIDEO STILL SHOT HORNET CREEK CANYON SEPTEMBER 2023



# VIDEO STILL SHOT DIAMOND CREEK SEPTEMBER 2023



# VIDEO STILL SHOT DIAMOND CREEK SEPTEMBER 2023



Chart from October 2023 Simplot Report    <span style="color:darkred">**EXHIBIT 4**</span>    Page 8 of 10

*Figure 2. Pipeline Pressure Record from January 9, 2021 to August 25, 2023*



Pressure readings missing 4/29 - 5/26



Simplot Slurry Line Release
Summary
May 22, 2024

This document is a review of events to this point concerning the release of product from the Simplot Slurry Line into Hornet Creek Canyon and waters of the US in the spring of 2023.

The Department of Environmental Quality (DEQ) was informed by the Simplot Company that they had a release from their slurry line which resulted in phosphate ore material to be deposited into Hornet Creek Canyon. Below is a timeline with the highlights of events since the report to DEQ of the incident:

- August 7, 2023 – DEQ was informed of slurry line material in Hornet Canyon. Simplot conducted extensive water quality sampling, including a suite of metals analyses, in the area which showed no exceedances of Idaho water quality standards.
- August 24, 2023 – Agencies and Simplot met at the confluence of Hornet Creek and Diamond Creek to discuss the incident and clean up options.  The group also hiked up the canyon to observe the amount of material that was deposited. At this time DEQ expressed the need to put out a public announcement and for the Forest Service to inform any land users such as the grazers and hunters who use the area.
- August 31, 20213 – The Forest Service received Simplot's Slurry Line Release Report.
- September 1, 2023 - The Forest Service issued a Notice of Non Compliance to Simplot in regard to the release of slurry material into Hornet Canyon.
- October 3, 2023 – Simplot issued an updated edited slurry line release report.
- October 4, 2023 – Simplot and the Forest Service issued public notices about the slurry line leak with information about the incident as well as the current status of the ongoing issue.
- October 27, 2023 – Simplot provided a slurry line release monitoring plan.
- October 2023 -  Simplot conducted clean up and removal of slurry material on the lower half mile of Hornet Canyon and deployed sediment controls into Hornet Canyon Creek just above the confluence with Diamond Creek.
- October 31, 2023 – Idaho DEQ took samples of water and the slurry material in the area near the confluence of Hornet Creek and Diamond Creek. The water samples were run for total phosphorus with no exceedances. The slurry material samples were analyzed with the TCLP method to determine the available heavy metals that may be affecting the environment from the slurry mixture. The results of the TCLP analysis indicated the slurry material did not characterize as a hazardous material.
- November 30, 2023 – Simplot provided data from sampling Diamond Creek for phosphorus in surface water, in stream habitat, and benthic organisms conducted by the company in September 2023. Surface water analyses did not exceed Idaho water quality standards.
- January 8, 2023 – Simplot provided the data from analyses the company conducted on the ore material released into Hornet Canyon. The samples were collected August 8th. The results showed concentrations above risk based action levels for sensitive species.
- January 26, 2024 - Forest Service requested from Simplot a Slurry Pipeline O&M Plan.
- March 26, 2024 -  Idaho DEQ issued to Simplot a Notice of Non Compliance for the discharge of ore material into Hornet Canyon.
- March 29, 2024 -  Simplot issued to the agencies a Revised Ore Release Monitoring Plan based on agency comments.
- April 16, 2024 – Simplot provided to the agencies a final pipeline replacement and repair plan.
- April 17, 2024 – the Forest Service issued a letter of approval for Simplot's ore release monitoring plan.

All data, reports, and action plans are available for review. Currently Simplot is organizing a spring tour of the Hornet Canyon area to review current clean up actions and determine next steps.

# IAS EnviroChem

**3314 Pole Line Rd. • Pocatello, ID 83201**
Phone: (208) 237-3300 • Fax: (208) 237-3336
email: iasec3308@iasenvirochem.com • www.iasenvirochem.com

**EXHIBIT 6**

---

**J.R. Simplot Co. Smoky Canyon Mine Ron Quinn**
**Ron Quinn**
**P.O. Box 1270**
**Afton, WY 83110**

**Date Submitted:** 08/10/2023
**Date Reported:** 08/17/2023

## Certificate of Analysis

**Sample Description:** LDC1 Dry
**Lab Tracking #:** I308179-01
**Sampling Date/Time:** 08/08/23 12:05

| Analyte | Result | Units | Method | Analyzed | Analyst |
|---|---|---|---|---|---|
| % Moisture | 26.1 | % | Grav | 08/10/2023 | JW |
| % Solids | 73.9 | % | Grav | 08/10/2023 | JW |
| Extractable Sulfate | 40 | ppm | IC | 08/14/2023 | TP |
| pH | 7.8 | Units | 150.1 | 08/10/2023 | GMY |
| Total Aluminum | 4748.39 | ppm | 6020A | 08/16/2023 | TP |
| Total Arsenic | 7.87 | ppm | 6020A | 08/16/2023 | TP |
| Total Barium | 80.79 | ppm | 6020A | 08/16/2023 | TP |
| Total Cadmium | 93.79 | ppm | 6020A | 08/16/2023 | TP |
| Total Chromium | 251.78 | ppm | 6020A | 08/16/2023 | TP |
| Total Lead | 8.24 | ppm | 6020A | 08/16/2023 | TP |
| Total Mercury | 0.23 | ppm | 6020A | 08/16/2023 | TP |
| Total Phosphorus as P | 113500 | ppm | ICP | 08/11/2023 | JW |
| Total Selenium | 18.115 | ppm | 6020A | 08/16/2023 | TP |
| Total Silver | 3.91 | ppm | 6020A | 08/16/2023 | TP |
| Total Vanadium | 435.64 | ppm | 6020A | 08/16/2023 | TP |
| Total Zinc | 798.89 | ppm | 6020A | 08/16/2023 | TP |

**Sample Description:** LDC1 Wet
**Lab Tracking #:** I308179-02
**Sampling Date/Time:** 08/08/23 12:05

| Analyte | Result | Units | Method | Analyzed | Analyst |
|---|---|---|---|---|---|
| % Moisture | 27.9 | % | Grav | 08/10/2023 | JW |
| % Solids | 72.1 | % | Grav | 08/10/2023 | JW |
| Extractable Sulfate | 30 | ppm | IC | 08/14/2023 | TP |
| pH | 7.7 | Units | 150.1 | 08/10/2023 | GMY |
| Total Aluminum | 4988.76 | ppm | 6020A | 08/16/2023 | TP |
| Total Arsenic | 7.64 | ppm | 6020A | 08/16/2023 | TP |
| Total Barium | 85.26 | ppm | 6020A | 08/16/2023 | TP |
| Total Cadmium | 95.38 | ppm | 6020A | 08/16/2023 | TP |
| Total Chromium | 257.69 | ppm | 6020A | 08/16/2023 | TP |
| Total Lead | 8.48 | ppm | 6020A | 08/16/2023 | TP |
| Total Mercury | 0.22 | ppm | 6020A | 08/16/2023 | TP |
| Total Phosphorus as P | 116700 | ppm | ICP | 08/11/2023 | JW |
| Total Selenium | 18.110 | ppm | 6020A | 08/16/2023 | TP |
| Total Silver | 3.93 | ppm | 6020A | 08/16/2023 | TP |
| Total Vanadium | 450.62 | ppm | 6020A | 08/16/2023 | TP |
| Total Zinc | 814.40 | ppm | 6020A | 08/16/2023 | TP |

# IAS EnviroChem

3314 Pole Line Rd. • Pocatello, ID 83201
Phone: (208) 237-3300 • Fax: (208) 237-3336
email: iasec3308@iasenvirochem.com • www.iasenvirochem.com

**J.R. Simplot Co. Smoky Canyon Mine Ron Quinn**
**Ron Quinn**
**P.O. Box 1270**
**Afton, WY 83110**

Date Submitted: 08/10/2023
Date Reported: 08/17/2023

## Certificate of Analysis

**Sample Description:** MHC Wet
**Lab Tracking #:** I308179-03
**Sampling Date/Time:** 08/08/23  12:29

| Analyte | Result | Units | Method | Analyzed | Analyst |
|---------|--------|-------|--------|----------|---------|
| % Moisture | 22.3 | % | Grav | 08/10/2023 | JW |
| % Solids | 77.7 | % | Grav | 08/10/2023 | JW |
| Extractable Sulfate | 33 | ppm | IC | 08/14/2023 | TP |
| pH | 7.5 | Units | 150.1 | 08/10/2023 | GMY |
| Total Aluminum | 6448.31 | ppm | 6020A | 08/16/2023 | TP |
| Total Arsenic | 7.61 | ppm | 6020A | 08/16/2023 | TP |
| Total Barium | 95.55 | ppm | 6020A | 08/16/2023 | TP |
| Total Cadmium | 94.76 | ppm | 6020A | 08/16/2023 | TP |
| Total Chromium | 223.92 | ppm | 6020A | 08/16/2023 | TP |
| Total Lead | 8.68 | ppm | 6020A | 08/16/2023 | TP |
| Total Mercury | 0.21 | ppm | 6020A | 08/16/2023 | TP |
| Total Phosphorus as P | 115600 | ppm | ICP | 08/11/2023 | JW |
| Total Selenium | 16.349 | ppm | 6020A | 08/16/2023 | TP |
| Total Silver | 3.62 | ppm | 6020A | 08/16/2023 | TP |
| Total Vanadium | 433.02 | ppm | 6020A | 08/16/2023 | TP |
| Total Zinc | 835.79 | ppm | 6020A | 08/16/2023 | TP |

**Sample Description:** MHC Dry
**Lab Tracking #:** I308179-04
**Sampling Date/Time:** 08/08/23  12:29

| Analyte | Result | Units | Method | Analyzed | Analyst |
|---------|--------|-------|--------|----------|---------|
| % Moisture | 13.0 | % | Grav | 08/10/2023 | JW |
| % Solids | 87.0 | % | Grav | 08/10/2023 | JW |
| Extractable Sulfate | 374 | ppm | IC | 08/14/2023 | TP |
| pH | 8.6 | Units | 150.1 | 08/10/2023 | GMY |
| Total Aluminum | 4149.36 | ppm | 6020A | 08/16/2023 | TP |
| Total Arsenic | 9.39 | ppm | 6020A | 08/16/2023 | TP |
| Total Barium | 67.88 | ppm | 6020A | 08/16/2023 | TP |
| Total Cadmium | 106.67 | ppm | 6020A | 08/16/2023 | TP |
| Total Chromium | 345.53 | ppm | 6020A | 08/16/2023 | TP |
| Total Lead | 8.54 | ppm | 6020A | 08/16/2023 | TP |
| Total Mercury | 0.28 | ppm | 6020A | 08/16/2023 | TP |
| Total Phosphorus as P | 126400 | ppm | ICP | 08/11/2023 | JW |
| Total Selenium | 30.859 | ppm | 6020A | 08/16/2023 | TP |
| Total Silver | 4.75 | ppm | 6020A | 08/16/2023 | TP |
| Total Vanadium | 530.72 | ppm | 6020A | 08/16/2023 | TP |
| Total Zinc | 922.92 | ppm | 6020A | 08/16/2023 | TP |

ND = Not Detected
All solids are reported on a dry weight basis unless otherwise noted.

G. Ryan Pattie
Laboratory Director

# IAS EnviroChem
### 3314 Pole Line Rd. • Pocatello, ID 83201
### Phone: (208) 237-3300 • Fax: (208) 237-3336
### email: iasec3308@iasenvirochem.com • www.iasenvirochem.com

## Login Report

Customer Name: **J.R. Simplot Co. Smoky Canyon Mine Ron Quinn**
                     **P.O. Box 1270**
                     **Afton, WY 83110**

Work Order #: **1308179**

Contact Name: **Ron Quinn**

---

Sample Description: **LDC1 Dry**                               Sampling Date/Time: **08/08/23  12:05**
Lab Tracking #:    **1308179-01**
Matrix:           **Solid**                                 Date Received: **08/10/23  15:19**
Sample Notes:

| Test | Method | Due |
|------|--------|-----|
| Extractable Sulfate | IC | 08/17/23 |
| Moisture | Grav | 08/17/23 |
| pH | 150.1 | 08/17/23 |
| % Solids | Grav | 08/17/23 |
| Total Aluminum | 6020A | 08/17/23 |
| Total Arsenic | 6020A | 08/17/23 |
| Total Barium | 6020A | 08/17/23 |
| Total Cadmium | 6020A | 08/17/23 |
| Total Chromium | 6020A | 08/17/23 |
| Total Lead | 6020A | 08/17/23 |
| Total Mercury | 6020A | 08/17/23 |
| Total Phosphate | ICP | 08/17/23 |
| Total Selenium | 6020A | 08/17/23 |
| Total Silver | 6020A | 08/17/23 |
| Total Vanadium | 6020A | 08/17/23 |
| Total Zinc | 6020A | 08/17/23 |

---

Sample Description: **LDC1 Wet**                               Sampling Date/Time: **08/08/23  12:05**
Lab Tracking #:    **1308179-02**
Matrix:           **Solid**                                   Date Received: **08/10/23  15:19**
Sample Notes:

| Test | Method | Due |
|------|--------|-----|
| Extractable Sulfate | IC | 08/17/23 |
| Moisture | Grav | 08/17/23 |
| pH | 150.1 | 08/17/23 |
| % Solids | Grav | 08/17/23 |
| Total Aluminum | 6020A | 08/17/23 |
| Total Arsenic | 6020A | 08/17/23 |
| Total Barium | 6020A | 08/17/23 |
| Total Cadmium | 6020A | 08/17/23 |
| Total Chromium | 6020A | 08/17/23 |
| Total Lead | 6020A | 08/17/23 |
| Total Mercury | 6020A | 08/17/23 |
| Total Phosphate | ICP | 08/17/23 |
| Total Selenium | 6020A | 08/17/23 |
| Total Silver | 6020A | 08/17/23 |
| Total Vanadium | 6020A | 08/17/23 |
| Total Zinc | 6020A | 08/17/23 |

# IAS EnviroChem

**3314 Pole Line Rd. • Pocatello, ID 83201**
**Phone: (208) 237-3300 • Fax: (208) 237-3336**
**email: iasec3308@iasenvirochem.com • www.iasenvirochem.com**

## Login Report

Customer Name: **J.R. Simplot Co. Smoky Canyon Mine Ron Quinn**
**P.O. Box 1270**
**Afton, WY 83110**

Work Order #: **1308179**

Contact Name: **Ron Quinn**

---

| Sample Description: | **MHC Wet** | Sampling Date/Time: | **08/08/23  12:29** |
|---|---|---|---|
| Lab Tracking #: | **1308179-03** | | |
| Matrix: | **Solid** | Date Received: | **08/10/23  15:19** |
| Sample Notes: | | | |

| *Test* | *Method* | *Due* |
|---|---|---|
| **Extractable Sulfate** | **IC** | **08/17/23** |
| **Moisture** | **Grav** | **08/17/23** |
| **pH** | **150.1** | **08/17/23** |
| **% Solids** | **Grav** | **08/17/23** |
| **Total Aluminum** | **6020A** | **08/17/23** |
| **Total Arsenic** | **6020A** | **08/17/23** |
| **Total Barium** | **6020A** | **08/17/23** |
| **Total Cadmium** | **6020A** | **08/17/23** |
| **Total Chromium** | **6020A** | **08/17/23** |
| **Total Lead** | **6020A** | **08/17/23** |
| **Total Mercury** | **6020A** | **08/17/23** |
| **Total Phosphate** | **ICP** | **08/17/23** |
| **Total Selenium** | **6020A** | **08/17/23** |
| **Total Silver** | **6020A** | **08/17/23** |
| **Total Vanadium** | **6020A** | **08/17/23** |
| **Total Zinc** | **6020A** | **08/17/23** |

| Sample Description: | **MHC Dry** | Sampling Date/Time: | **08/08/23  12:29** |
|---|---|---|---|
| Lab Tracking #: | **1308179-04** | | |
| Matrix: | **Solid** | Date Received: | **08/10/23  15:19** |
| Sample Notes: | | | |

| *Test* | *Method* | *Due* |
|---|---|---|
| **Extractable Sulfate** | **IC** | **08/17/23** |
| **Moisture** | **Grav** | **08/17/23** |
| **pH** | **150.1** | **08/17/23** |
| **% Solids** | **Grav** | **08/17/23** |
| **Total Aluminum** | **6020A** | **08/17/23** |
| **Total Arsenic** | **6020A** | **08/17/23** |
| **Total Barium** | **6020A** | **08/17/23** |
| **Total Cadmium** | **6020A** | **08/17/23** |
| **Total Chromium** | **6020A** | **08/17/23** |
| **Total Lead** | **6020A** | **08/17/23** |
| **Total Mercury** | **6020A** | **08/17/23** |
| **Total Phosphate** | **ICP** | **08/17/23** |
| **Total Selenium** | **6020A** | **08/17/23** |
| **Total Silver** | **6020A** | **08/17/23** |
| **Total Vanadium** | **6020A** | **08/17/23** |
| **Total Zinc** | **6020A** | **08/17/23** |

# Sample Condition Record

| | |
|---|---|
| Samples received in a cooler? | Yes |
| Samples received intact? | Yes |
| The temperature recorded? | 1.8 |
| Samples received with a COC? | Yes |
| Samples received within holding time? | Yes |
| Are all samples properly preserved? | Yes |
| Labels and chain agree? | Yes |

## Notes and Definitions

| | |
|---|---|
| D | Data reported from a dilution |
| DET | Analyte DETECTED |
| ND | Analyte NOT DETECTED at or above the reporting limit |
| NR | Not Reported |
| dry | Sample results reported on a dry weight basis |
| RPD | Relative Percent Difference |

I308179
J.R. Simplot Co. Smoky Canyon
Mine Ron Quinn
Received: 08/10/2023
RAB

4 Samples

**IAS EnviroChem - 3314 Pole Line Rd ● Pocatello, ID 83201**
P: (208) 237-3300  F: (208) 237-3336  ●  Email: iasec3308@iasenvirochem.com

| Company Name | J.R. Simplot Company |
|---|---|
| Address | 1890 Smoky Canyon Road |
| City, State, Zip | Afton, Wy 83110 |
| Phone | 208-873-3720 |
| Email | evan.hathaway@simplot.com, ron.quinn@simplot.com |

Send Bill or Receipt To: Ron Quinn

Payment due with samples unless credit has been established

Email invoice to: ron.quinn@simplot.com

☐ Cash  ☐ Bill  ☐ Check# _____  ☐ PO # _____
☐ Other _____
Amount _____  Received by _____

**Special Instructions**

**Analyses Requested**

R

**SAMPLE INFORMATION**

| TRX # (Lab use) | Sample Description | Date/Time Collected | Number of Containers | Solids Content | pH | Total Phosphate | Total Phosphorous | Sulfate | Total + Dissolved Vanadium | Total + Dissolved Aluminum | Total + Dissolved Selenium | Zinc | Arsenic + Cadmium | Total + Dissolved Mercury + Lead | Total + Dissolved Barium + Chromium | Total + Dissolved Silver |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LDCI Dry | 8-8-23 12:05 | 1 | | | | | | | | | | | | | |
| | LDCI Wet | 8-8-23 12:05 | 1 | | | | | | | | | | | | | |
| | MHC Wet | 8-8-23 12:29 | 1 | | | | | | | | | | | | | |
| | MHC Dry | 8-8-23 12:29 | 1 | | | | | | | | | | | | | |

**Comments**

3-5 Day Rush Please

Called Cust to advise Dissolved Metals can not be ran on a Solid Sample -RAB

| RELINQUISHED BY | | RECEIVED BY | | Lab Use Only | |
|---|---|---|---|---|---|
| Signature | Evan Hathaway | Signature | Rebecca L. Bays | Temp 1.8 °C | |
| Printed Name | Evan Hathaway | Printed Name | Rebecca L. Bays | Received in a cooler? | YES  NO |
| Date/Time | 8-9-23 14:00 | Date/Time | 081023  1539 | Labels and Chain Agree? | YES  NO |

Page 7 of 7

**UtahState**University

USU ANALYTICAL LABORATORIES

Physical Address: 1541 North 800 East, North Logan
Mailing Address: 9400 Old Main Hill, Logan, UT 84322 – 9400
Phone: (435) 797 – 2217  •  Fax: (435) 797 – 2117
Web: usual.usu.edu

**EXHIBIT 7**

*First 4 soil samples*

9/22/2023

Danny Rasmussen
160 Steele Lane
Garce, ID 83241

Samples Received: 9/18/2023

| USU ID | Identification | Al | As | B mg/kg | Ba | Ca % | Cd | Co | Cr mg/k | Cu | Fe | K | Mg | Mn ----mg/kg---- | Mo | Na % | Ni mg/kg | P % | Pb mg/kg | S % | Se | Sr | Zn |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4344 | Hornet Canyon Road | 0.34 | 21.6 | 16.4 | 84.9 | 31.1 | 104 | 1.38 | 213 | 62.7 | 0.23 | 0.19 | 0.18 | 140 | 6.88 | 0.29 | 72.2 | 11.5 | 4.50 | 0.45 | 16.2 | 942 | 769 |
| 4345 | Hornet Canyon East | 0.43 | 15.1 | 15.4 | 72.2 | 29.5 | 95.4 | 2.12 | 201 | 59.6 | 0.27 | 0.22 | 0.19 | 220 | 6.08 | 0.29 | 69.5 | 11.2 | 4.32 | 0.41 | 13.9 | 885 | 748 |
| 4346 | Hornet Turn Around | 0.33 | 15.8 | 15.3 | 54.7 | 27.6 | 96.3 | 1.41 | 203 | 56.7 | 0.20 | 0.19 | 0.18 | 86.5 | 6.47 | 0.25 | 70.4 | 10.2 | 2.99 | 0.38 | 14.6 | 803 | 723 |
| 4347 | Hornet Culvert | 0.36 | 19.8 | 17.5 | 57.5 | 27.2 | 95.3 | 2.11 | 230 | 58.6 | 0.26 | 0.19 | 0.19 | 190 | 8.41 | 0.23 | 83.9 | 9.62 | 3.23 | 0.40 | 19.8 | 768 | 733 |
| Detection Limits: | | 0.00005 | 0.1 | 0.1 | 0.2 | 0.00001 | 0.1 | 0.1 | 0.1 | 0.1 | 0.00001 | 0.0001 | 0.00001 | 0.1 | 0.1 | 0.00001 | 0.1 | 0.0001 | 0.1 | 0.0001 | 0.1 | 0.1 | 0.1 |

Al = Aluminum
As = Arsenic
B = Boron
Ba=Barium
Ca = Calcium
Cd = Cadmium
Co = Cobalt
Cr = Chromium
Cu = Copper
Fe = Iron
K = Potassium

Mg = Magnesium
Mn= Manganese
Mo = Molybdenum
Na = Sodium
Ni = Nickel
Pb = Lead
P = Phosphorus
S = Sulfur
Se = Selenium
Si = Silica
Sr = Strontium
Zn = Zinc



Plant Analysis Lab
Soil Testing Lab
Feed Analysis Lab
Irrigation Water Analysis Lab
Manure Analysis Lab

# Analytical Sciences Laboratory
## University of Idaho

Holm Research Center
875 Perimeter Dr.   MS 2203
Moscow, Idaho   83844-2203

Phone:  (208) 885-7081     FAX:  (208) 885-8937
email:  asl@uidaho.edu        http://www.agls.uidaho.edu/asl/

# Certificate of Analysis

**Prepared For:**   Wayne Cutler
Gem Valley Veterinary Service
661 N. Hooper Ave

Soda Springs, ID   83276

**Case ID:** EOCT23-003
**Report Date:** 24-Oct-23
**Date Received:** 06-Oct-23
**Client Ref.:** Bill
**Project ID:**

| 1st Level QC: | *BKH* | Date: | 10-24-23 |
| 2nd Level QC: | *117* | Date: | 10-24-23 |

**Case Comments:**

ND = Not Detected     NA = Not Applicable     RL = Reporting Limit     QNS = Quantity Not Sufficient

24-Oct-23

# Analytical Sciences Laboratory
## Certificate of Analysis

Case ID: EOCT23-003
Date Rec'd.: 06-Oct-23

| Client ID: **Hornet Canyon - Upstream** | Site: | Collected by: |
|---|---|---|
| ASL Sample ID: E2301356 | Ref/Loc.: | Collect Date: 19-Sep-23    12:00 PM |
| | Matrix: Solid - Dry Weight | |

| Micro Trace Elements - Special | Method: ICP | Pres: Dried & Ground | Prep Date: 18-Oct-23 |
|---|---|---|---|
| | Prep: Nitric Digest | Filter: N/A | Analysis Date: |

| | Results | RL |
|---|---|---|
| Strontium | 710 µg/g | 4.0 |
| Boron | 400 µg/g | 2.5 |

| Special Request Trace Elements by ICP | Method: ICP | Pres: None | Prep Date: 18-Oct-23 |
|---|---|---|---|
| | Prep: 3050B Digest | Filter: N/A | Analysis Date: |

| | Results | RL |
|---|---|---|
| Aluminum | 4500 µg/g | 7.5 |
| Selenium | 5.6 µg/g | — |

| Trace Element Screen by ICP | Method: ICP | Pres: None | Prep Date: 18-Oct-23 |
|---|---|---|---|
| | Prep: 3050B Digest | Filter: N/A | Analysis Date: |

| | Results | RL |
|---|---|---|
| Arsenic | < 38 µg/g | 38 |
| Barium | 54 µg/g | 0.75 |
| Calcium | 220000 µg/g | 7.5 |
| Cadmium | 110 µg/g | 1.5 |
| Cobalt | < 1.5 µg/g | 1.5 |
| Chromium | 230 µg/g | 1.5 |
| Copper | 73 µg/g | 7.5 |
| Iron | 2300 µg/g | 3.8 |
| Potassium | 2500 µg/g | 38 |
| Magnesium | 2400 µg/g | 0.75 |
| Manganese | 81 µg/g | 0.38 |
| Molybdenum | 17 µg/g | 3.8 |
| Sodium | 3200 µg/g | 380 |
| Nickel | 80 µg/g | 3.8 |
| Phosphorus | 150000 µg/g | 38 |
| Lead | 16 µg/g | 7.5 |
| Sulfur | 8600 µg/g | 75 |
| Vanadium | 480 µg/g | 0.75 |
| Zinc | 850 µg/g | 1.5 |

ND = Not Detected    NA = Not Applicable    RL = Reporting Limit    QNS = Quantity Not Sufficient

24-Oct-23

# Analytical Sciences Laboratory
## Certificate of Analysis

Case ID: EOCT23-003
Date Rec'd.: 06-Oct-23

| Client ID: Hornet Canyon - Lower | Site: | Collected by: | |
|---|---|---|---|
| ASL Sample ID: E2301357 | Ref/Loc.: | Collect Date: 19-Sep-23  12:00 PM | |
| | Matrix: Solid - Dry Weight | | |

| Micro Trace Elements - Special | Method: ICP | Pres: Dried & Ground | Prep Date: 18-Oct-23 |
|---|---|---|---|
| | Prep: Nitric Digest | Filter: N/A | Analysis Date: |

| | Results | RL | |
|---|---|---|---|
| Strontium | 230 µg/g | 4.0 | |
| Boron | 4.8 µg/g | 2.5 | |

| Special Request Trace Elements by ICP | Method: ICP | Pres: None | Prep Date: 18-Oct-23 |
|---|---|---|---|
| | Prep: 3050B Digest | Filter: N/A | Analysis Date: |

| | Results | RL | |
|---|---|---|---|
| Aluminum | 18000 µg/g | 7.5 | |
| Selenium | 1.2 µg/g | — | |

| Trace Element Screen by ICP | Method: ICP | Pres: None | Prep Date: 18-Oct-23 |
|---|---|---|---|
| | Prep: 3050B Digest | Filter: N/A | Analysis Date: |

| | Results | RL | |
|---|---|---|---|
| Arsenic | < 38 µg/g | 38 | |
| Barium | 110 µg/g | 0.75 | |
| Calcium | 80000 µg/g | 7.5 | |
| Cadmium | 29 µg/g | 1.5 | |
| Cobalt | 4.5 µg/g | 1.5 | |
| Chromium | 140 µg/g | 1.5 | |
| Copper | 31 µg/g | 7.5 | |
| Iron | 12000 µg/g | 3.8 | |
| Potassium | 5500 µg/g | 38 | |
| Magnesium | 5700 µg/g | 0.75 | |
| Manganese | 440 µg/g | 0.38 | |
| Molybdenum | 7.6 µg/g | 3.8 | |
| Sodium | 870 µg/g | 380 | |
| Nickel | 42 µg/g | 3.8 | |
| Phosphorus | 39000 µg/g | 38 | |
| Lead | 12 µg/g | 7.5 | |
| Sulfur | 3100 µg/g | 75 | |
| Vanadium | 210 µg/g | 0.75 | |
| Zinc | 340 µg/g | 1.5 | |

ND = Not Detected    NA = Not Applicable    RL = Reporting Limit    QNS = Quantity Not Sufficient

24-Oct-23

# Analytical Sciences Laboratory
## Certificate of Analysis

Case ID: EOCT23-003
Date Rec'd.: 06-Oct-23

| Client ID: Hornet Canyon - 2 | Site: | Collected by: |
|---|---|---|
| ASL Sample ID: E2301358 | Ref/Loc.: | Collect Date: 19-Sep-23   12:00 PM |
| | Matrix: Solid - Dry Weight | |

| **Micro Trace Elements - Special** | Method: ICP | Pres: Dried & Ground | Prep Date: 18-Oct-23 |
|---|---|---|---|
| | Prep: Nitric Digest | Filter: N/A | Analysis Date: |

| | Results | RL |
|---|---|---|
| Strontium | 710 µg/g | 4.0 |
| Boron | 360 µg/g | 2.5 |

| **Special Request Trace Elements by ICP** | Method: ICP | Pres: None | Prep Date: 18-Oct-23 |
|---|---|---|---|
| | Prep: 3050B Digest | Filter: N/A | Analysis Date: |

| | Results | RL |
|---|---|---|
| Aluminum | 4600 µg/g | 7.5 |
| Selenium | 11 µg/g | — |

| **Trace Element Screen by ICP** | Method: ICP | Pres: None | Prep Date: 18-Oct-23 |
|---|---|---|---|
| | Prep: 3050B Digest | Filter: N/A | Analysis Date: |

| | Results | RL |
|---|---|---|
| Arsenic | < 38 µg/g | 38 |
| Barium | 53 µg/g | 0.75 |
| Calcium | 210000 µg/g | 7.5 |
| Cadmium | 96 µg/g | 1.5 |
| Cobalt | < 1.5 µg/g | 1.5 |
| Chromium | 220 µg/g | 1.5 |
| Copper | 70 µg/g | 7.5 |
| Iron | 2400 µg/g | 3.8 |
| Potassium | 2400 µg/g | 38 |
| Magnesium | 2500 µg/g | 0.75 |
| Manganese | 77 µg/g | 0.38 |
| Molybdenum | 11 µg/g | 3.8 |
| Sodium | 3100 µg/g | 380 |
| Nickel | 73 µg/g | 3.8 |
| Phosphorus | 140000 µg/g | 38 |
| Lead | 17 µg/g | 7.5 |
| Sulfur | 8100 µg/g | 75 |
| Vanadium | 410 µg/g | 0.75 |
| Zinc | 700 µg/g | 1.5 |

ND = Not Detected    NA = Not Applicable    RL = Reporting Limit    QNS = Quantity Not Sufficient

24-Oct-23

# Analytical Sciences Laboratory
## Certificate of Analysis

Case ID: EOCT23-003
Date Rec'd.: 06-Oct-23

| Client ID: **Campbell Creek** | Site: | Collected by: |
|---|---|---|
| ASL Sample ID: **E2301359** | Ref/Loc.: | Collect Date: 19-Sep-23    12:00 PM |
| | Matrix: Water | |

| **Total Heavy Metal Screen** | Method: ICP-MS - Total | Pres: HNO3 | Prep Date: 20-Oct-23 |
|---|---|---|---|
| | Prep: Nitric/HCl Digest | Filter: N/A | Analysis Date: 23-Oct-23 |

| | Results | RL |
|---|---|---|
| Chromium | 1.0 µg/L | 0.50 |
| Nickel | < 2.5 µg/L | 2.5 |
| Arsenic | 0.31 µg/L | 0.10 |
| Selenium | 0.12 µg/L | 0.10 |
| Molybdenum | < 0.5 µg/L | 0.50 |
| Cadmium | < 0.1 µg/L | 0.10 |
| Barium | 33 µg/L | 0.50 |
| Lead | < 0.1 µg/L | 0.10 |

| **Total Heavy Metals - Macro Elements** | Method: ICP-MS - Total | Pres: HNO3 | Prep Date: 20-Oct-23 |
|---|---|---|---|
| | Prep: Nitric/HCl Digest | Filter: N/A | Analysis Date: 23-Oct-23 |

| | Results | RL |
|---|---|---|
| Sodium | 3.3 mg/L | 0.25 |
| Magnesium | 12 mg/L | 0.010 |
| Phosphorous | 0.17 mg/L | 0.040 |
| Potassium | 0.81 mg/L | 0.25 |
| Calcium | 61 mg/L | 0.25 |
| Iron | 0.021 mg/L | 0.010 |

| **Total Heavy Metals - Special** | Method: ICP-MS - Total | Pres: HNO3 | Prep Date: 20-Oct-23 |
|---|---|---|---|
| | Prep: Nitric/HCl Digest | Filter: N/A | Analysis Date: 23-Oct-23 |

| | Results | RL |
|---|---|---|
| Aluminum | 10 µg/L | 0.25 |

| **Total Heavy Metals - Extra Metals** | Method: ICP-MS - Total | Pres: HNO3 | Prep Date: 20-Oct-23 |
|---|---|---|---|
| | Prep: Nitric/HCl Digest | Filter: N/A | Analysis Date: 23-Oct-23 |

| | Results | RL |
|---|---|---|
| Manganese | 1.6 µg/L | 0.10 |
| Cobalt | < 0.1 µg/L | 0.10 |
| Copper | < 2.5 µg/L | 2.5 |
| Zinc | 74 µg/L | 2.5 |
| Boron | 160 µg/L | 2.5 |
| Strontium | 170 µg/L | 2.5 |
| Sulfur | < 2.5 µg/L | 2.5 |

Samples will be discarded one month after date of final report unless otherwise requested.

ND = Not Detected    NA = Not Applicable    RL = Reporting Limit    QNS = Quantity Not Sufficient



**CHEMTECH-FORD**
LABORATORIES

10/25/2023

## Work Order: 23J1450
## Project: [none]

**Attn: Rasmussen**
**160 Steele Lane**
**Grace, ID  83241**

**Client Service Contact: 801.262.7299**

The analyses presented on this report were performed in accordance with the National Environmental Laboratory Accreditation Program (NELAP) unless noted in the comments, flags, or case narrative. If the report is to be used for regulatory compliance, it should be presented in its entirety, and not be altered.



Approved By: _____

Reed Hendricks, Lab Director



## Chemtech-Ford Laboratories
Serving the Intermountain West Since 1953



9632 South 500 West
Sandy, UT 84070
O:(801) 262-7299   F: (866) 792-0093
*www.ChemtechFord.com*

## Certificate of Analysis

**Rasmussen**
**160 Steele Lane**
**Grace, ID 83241**

PO#:
Receipt: **10/17/23  15:29 @ 24.2** °C
Date Reported: 10/25/2023
Project Name: **[none]**

Sample ID:    **Lower Hornet Creek #1**

Matrix: **Solid**                                                                                  Lab ID: **23J1450-01**
Date Sampled: **10/10/23   0:00**                         Sampled By: **Danny Rasmussen**

| | Result | Units | Minimum Reporting Limit | Method | Preparation Date/Time | Analysis Date/Time | Flag(s) |
|---|---|---|---|---|---|---|---|
| **Inorganic** | | | | | | | |
| Total Solids | 83.7 | % | 0.1 | CTF8000 | 10/18/23 | 10/18/23 | |
| **Metals** | | | | | | | |
| Antimony, Total | ND | mg/kg dry | 19.3 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Arsenic, Total | ND | mg/kg dry | 48.2 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Cadmium, Total | 80.4 | mg/kg dry | 4.82 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Chromium, Total | 220 | mg/kg dry | 4.82 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Cobalt, Total | ND | mg/kg dry | 9.64 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Copper, Total | 51.5 | mg/kg dry | 4.82 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Lead, Total | ND | mg/kg dry | 48.2 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Manganese, Total | 71.4 | mg/kg dry | 4.82 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Mercury, Total | 0.172 | mg/kg dry | 0.032 | EPA 7471A | 10/23/23 | 10/24/23 | |
| Molybdenum, Total | ND | mg/kg dry | 9.64 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Nickel, Total | 70.9 | mg/kg dry | 4.82 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Phosphorus, Total as P | 95200 | mg/kg dry | 9.64 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Selenium, Total | 12.2 | mg/kg dry | 19.3 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | J |
| Silver, Total | 1.45 | mg/kg dry | 4.82 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | J |
| Thallium, Total | ND | mg/kg dry | 19.3 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Vanadium, Total | 381 | mg/kg dry | 9.64 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |



# Chemtech-Ford Laboratories
Serving the Intermountain West Since 1953



9632 South 500 West
Sandy, UT 84070
O:(801) 262-7299  F: (866) 792-0093
*www.ChemtechFord.com*

## Certificate of Analysis

PO#:

**Rasmussen**
**160 Steele Lane**
**Grace, ID 83241**

Receipt: **10/17/23 15:29 @ 24.2 °C**
Date Reported: 10/25/2023
Project Name: **[none]**

Sample ID:    **Hornet Culvert**

Matrix: **Solid**
Date Sampled: **9/11/23  0:00**

Lab ID: **23J1450-02**

Sampled By: **Danny Rasmussen**

| | Result | Units | Minimum Reporting Limit | Method | Preparation Date/Time | Analysis Date/Time | Flag(s) |
|---|---|---|---|---|---|---|---|
| **Inorganic** | | | | | | | |
| Total Solids | 85.2 | % | 0.1 | CTF8000 | 10/18/23 | 10/18/23 | SPH |
| **Metals** | | | | | | | |
| Antimony, Total | ND | mg/kg dry | 18.8 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Arsenic, Total | ND | mg/kg dry | 46.9 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Cadmium, Total | 81.1 | mg/kg dry | 4.69 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Chromium, Total | 239 | mg/kg dry | 4.69 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Cobalt, Total | ND | mg/kg dry | 9.38 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Copper, Total | 53.1 | mg/kg dry | 4.69 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Lead, Total | ND | mg/kg dry | 46.9 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Manganese, Total | 93.6 | mg/kg dry | 4.69 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Mercury, Total | 0.200 | mg/kg dry | 0.034 | EPA 7471A | 10/23/23 | 10/24/23 | SPH |
| Molybdenum, Total | ND | mg/kg dry | 9.38 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Nickel, Total | 75.8 | mg/kg dry | 4.69 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Phosphorus, Total as P | 95200 | mg/kg dry | 9.38 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Selenium, Total | 15.1 | mg/kg dry | 18.8 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | J |
| Silver, Total | 1.13 | mg/kg dry | 4.69 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | J |
| Thallium, Total | ND | mg/kg dry | 18.8 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |
| Vanadium, Total | 403 | mg/kg dry | 9.38 | EPA 6010D/3050B | 10/18/23 | 10/20/23 | |



**Chemtech-Ford Laboratories**
Serving the Intermountain West Since 1953

9632 South 500 West
Sandy, UT 84070
O:(801) 262-7299  F: (866) 792-0093
*www.ChemtechFord.com*



## Certificate of Analysis

Rasmussen
160 Steele Lane
Grace, ID 83241

PO#:
Receipt: **10/17/23  15:29 @ 24.2 °C**
Date Reported: 10/25/2023
Project Name: **[none]**

## Report Footnotes

### Abbreviations

ND = Not detected at the corresponding Minimum Reporting Limit (MRL).

1 mg/L = one milligram per liter or 1 mg/kg = one milligram per kilogram  = 1 part per million.

1 ug/L = one microgram per liter or 1 ug/kg = one microgram per kilogram = 1 part per billion.

1 ng/L  = one nanogram per liter or 1 ng/kg = one nanogram per kilogram  = 1 part per trillion.

On calculated parameters, there may be a slight difference between summing the rounded values shown on the report vs the unrounded values used in the calculation.

### Flag Descriptions

J = Detected but below the Reporting Limit; therefore, result is an estimated concentration (CLP J-Flag).

SPH = Sample submitted past method specified holding time.

## CHAIN OF CUSTODY - SAMPLE SUBMITTAL FORM

CHEMTECH-FORD
LABORATORIES

COMPANY: Rasmussen
ADDRESS: 160 Steele Lane
CITY/STATE/ZIP: Grace Idaho 83241
PHONE #: 208 390 6447
CONTACT: Danny Rasmussen
EMAIL: DRHORNHUNTER @ Hotmail.com
PROJECT:
PO Number:
INVOICE EMAIL ADDRESS:

| RUSH Due Date*: | QC Level |
|---|---|

Chemtech-Ford, Inc
9632 South 500 West
Sandy, UT 84070
Phone 801-262-7299
www.chemtechford.com

*Expedited turnaround subject to additional charge

QC levels definition
QC 1 none (default-Blank)
QC 2 Batch QC, validate sample
QC 3 25% surcharge Narrative plus Batch QC
plus sample selected
QC 4 40% surcharge Add raw data

**Sample condition**

| Custody Seal | ✓ Correct Containers |
|---|---|
| ✓ Container Intact | ✓ Sufficient Sample Volume |
| ✓ COC/Labels Agree | Headspace Present (VOC) |
| Received on Ice | Temperature Blank |
| | ✓ Received within Holding Time |

**Delivery Method**

| UPS | USPS |
|---|---|
| FedEx | Chemtech-Ford Courier |
| ✓ Walk-in | Customer Courier |

23J1450

**TESTS REQUESTED** — ICP w/ Hg List, Sol. Reactivit, Phospuras

| Lab Use Only | CLIENT SAMPLE INFORMATION | | | | ICP w/ Hg List | Sol Reactivit | Phospuras | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LOCATION / IDENTIFICATION | DATE | TIME | MATRIX | | | | | | | | |
| -01 | 1 Lower Hornet Creek #I | 10·10·23 | | | X | | X | | | | | |
| -02 | 2 Hornet Culvert | 9-11-23 | | | X | | X | | | | | |
| | 3 | | | | | | | | | | | |
| | 4 | | | | | | | | | | | |
| | 5 | | | | | | | | | | | |
| | 6 | | | | | | | | | | | |
| | 7 | | | | | | | | | | | |
| | 8 okay to run Hg + Boutofield per note on lims | | | | | | | | | | | |
| | 9 Okay to run sample per tech + CE | | | -01 | -02 | | | | | | | | |
| | 10 Hold samples until we here back from client. | | | Bottle type | Q | B | | | | | | | |
| | | | | Lot # | | Tupperwere | | | | | | | |

Sampled by [signature]: Danny Rasmussen

Special Instructions:

| | ON ICE | NOT ON ICE | Temp (C°): 24.2 |
|---|---|---|---|

Samples received outside the EPA recommended temperature range of 0-6 C° may be rejected.

| Relinquished by [signature] | Date/Time 10·17·23 15 2 | Received by [signature] | Date/Time 10/17/23 15:29 |
|---|---|---|---|
| Relinquished by [signature] | Date/Time | Received by [signature] | Date/Time |
| Relinquished by [signature] | Date/Time | Received by [signature] | Date/Time |

Payment Terms are net 30 days OAC. 1.5% interest charge per month (18% per annum). Client agrees to pay collection costs and attorney's fees.

## CHAIN OF CUSTODY - SAMPLE SUBMITTAL FORM

COMPANY:  Rasmussen

ADDRESS:  160 Steele Lane



# EXHIBIT 8

Dear Governor

I'm writing this letter of concern in a follow-up from conversations with Lt governor Scott Bedke, Chanel Tewalt from Department of Ag and Senator Mark Harris. We met when your cabinet was in Bear Lake County hosting capital for a day.    I will also send same letter to Lt Governor  Bedke and Senator Mark Harris along with a thumb drive containing video documentation of spill  and some pictures of dead cattle and testing with Dr Scott Liesble and our local vet Dr Wayne Cutler.

The magnitude of a situation from an environmental spill through Simplot's slurry line containing high levels of toxic heavy metals has us very concerned and needs brought to your attention.

We are a 7th generation of 153 years of a one iron cattle ranch which dates back to 1871 almost 2 decades prior to Idaho statehood. We've maintained through strict genetic selection from within our own herd of females our own replacement heifers.  Every cow on the ranch was born here.    We've then bred them with genetically proven powerful and expensive bulls from top proven seed stock producers in Idaho, Wyoming, and Montana. Also the use of artificial insemination to build a legacy herd of a cattle on historical land.  It has taken many generations to build the best possible herd to fit and thrive in our unique operation. The local Idaho State Brand Inspector could attest to what our cattle look like and our reputation as he individually inspects ours and the vast majority of cattle in our area of SE Idaho.

The environmental spill occurred and traveled several miles on the Caribou National Forest land in Caribou County down Hornet canyon and entered our Cattle and Horse Allotment in Diamond Creek, then downstream onto our private land and state land lease.   It has exposed the entire herd of cows on that Allotment to 100% of the elements that traveled through that pipeline. It has created exposure to human through direct and indirect contact along with wildlife, fisheries, and recreationalists.   Where this spill entered Diamond Creek large quantities of contaminants were dispersed throughout the entire flood plain through a complex series of beaver dams.   You can visually see this and every single drop of water (which we have rights to) has to and will forever run through this toxic dump until it is cleaned up and gone. Also there are massive amounts still sitting in Hornet Canyon as Hornet Creek is an intermittent stream and will continue to bring down more contaminants into the entire Diamond Creek and Blackfoot River ecosystem.

When we discovered the spill (because not a single person from Simplot, Forest service, DEQ, BLM) had notified us, it was too late because the entire herd there had all ready been exposed.   We immediately took samples of the slurried ore to find out what elements were

in it. We had samples analyzed at several universities and top private labs also a sample taken by Simplot's own certified soil tester split with me (which they said we could compare results....and did not hear any response for months)  Once we had total analysis results,  which were consistent at all labs, it showed high levels of several toxic heavy metals.   We then spoke with our local vet, who concurred with Idaho State University and elsewhere, and also with vets from Utah State University to see what we could do.  The experts informed us that through the intake(ingesting and inhaling) of those toxic metals and phos it would cause several severe issues in our cattle and they were very concerned about the fetuses in gestation.  They informed us what we would see  would be abortions, still born, skeletal problems, joint issues, strange development in craniums, weak calves with compromised systems.  In one particular heavy metal element cadmium, the half life of this was 25 years and it would never leave the animals.  It would have severe affects on every single system in the animal including central nervous system,  immune, skeletal, blood, reproductive system etc. It would essentially bind the key necessary trace elements like calcium, copper, zinc, magnesium, manganese etc and that this could not be fixed through increased intake orally or injected because of the continuous binding by these toxic metals.  We have seen through clinical signs and through rigorous testing of animals that what the experts said would happen indeed happened and is ongoing.   Top toxicologists and pathologists will concur to that.

Now we are in a situation where we are facing some serious financial problems. We will not be able to sell our cattle (only source of revenue) in good faith and conscience on a fair and free market with the ability to get top dollar sales because, we will be liable and bound to have to disclose prior to sale that "we know that these cows were exposed to Simplot's environmental spill of high levels of toxic metals while in utero with these calves"   also for the remainder of these animals lives... This seriously damages our credibility and reputation which have strived so hard since day one to achieve.   We can not nor will be able to take our cattle back to our allotment and subject them to increased exposure and make their levels higher which could lead to even more lethal levels.

There is another very huge concern about this pipeline spill.  If that contamination is not cleaned up and sits in the environment it could lead to some serious health risks just from exposure but also in the highly likely event of a forest wild fire.   The smoke and toxic gasses that come off those metals is highly poisonous.  Also the very close vicinity to open public campgrounds with fire pits where increasing numbers of recreationalists occur annually Also  where children would be playing in the toxic black material which looks like sand.

We appreciate the Idaho State vet Dr Scott Liesble working with us through testing of animals and collecting samples and verbally communicating to try to make educated

decisions as what to do now. We are hoping and praying that this letter to you could possibly help us in our steps as we go forward.   We appreciate your time and concern with this situation and look forward to hearing from

Thank you from all of us at the S) Ranch

Danny and Teal Rasmussen

Lynn and Glenna Rasmussen

**Posted in IDEQ file 5/15/2024**

# KANSAS STATE VETERINARY DIAGNOSTIC LABORATORY
## 1800 DENISON AVENUE
## MANHATTAN, KS 66506-5606
Laboratory Client Care  Phone #: 866-512-5650  Fax #: 785-532-4835
Email: ClientCare@vet.k-state.edu

Owner:

**DANNY & LYNN RASMUSSEN**
160 STEELE LN
GRACE, ID 83241

**Accession Number:** D23-072508
**Case Coordinator:** STEVE ENSLEY
**Received:** 11/09/2023
**Finalized:** PENDING
**Species:** BOVINE
**Specimen:** BIOPSY, LIVER

Rdvm:

**DR SCOTT LEIBSLE**

# EXHIBIT 9

Clinic:

**IDAHO STATE DEPT AGRICULTURE**
2270 OLD PENITENTIARY RD
BOISE, ID 83701

## *Toxicology*

### HEAVY METAL PANEL  (Pending)

| Animal Id: | Y-719 | | | |
|---|---|---|---|---|
| Specimen Desc: | BIOPSY, LIVER | | | |
| As | | 0.072 | ppm | No Ref Interval |
| Cd | | 1.279 | ppm | No Ref Interval |
| Pb | | 0.070 | ppm | No Ref Interval |
| Tl | | 0.014 | ppm | No Ref Interval |

Reported By
  Dr. Yuntao Zhang, PhD, Chemist

Date Reported
  November 15, 2023

| Animal Id: | Y-813 | | | |
|---|---|---|---|---|
| Specimen Desc: | BIOPSY, LIVER | | | |
| As | | 0.029 | ppm | No Ref Interval |
| Cd | | 0.554 | ppm | No Ref Interval |
| Pb | | 0.035 | ppm | No Ref Interval |
| Tl | | 0.008 | ppm | No Ref Interval |

Reported By
  Dr. Yuntao Zhang, PhD, Chemist

Date Reported
  November 15, 2023

| Animal Id: | Y-15 | | | |
|---|---|---|---|---|
| Specimen Desc: | BIOPSY, LIVER | | | |
| As | | 0.015 | ppm | No Ref Interval |
| Cd | | 0.010 | ppm | No Ref Interval |
| Pb | | 0.008 | ppm | No Ref Interval |
| Tl | | 0.000 | ppm | No Ref Interval |

---

**HEAVY METAL PANEL  (Pending)**

| | | | |
|---|---|---|---|
| Tl | 0.000 | ppm | No Ref Interval |

Reported By
  Dr. Yuntao Zhang, PhD, Chemist

Date Reported
  November 15, 2023

| | | | | |
|---|---|---|---|---|
| Animal Id: | Y-589 | | | |
| Specimen Desc: | BIOPSY, LIVER | | | |
| As | | 0.010 | ppm | No Ref Interval |
| Cd | | 0.012 | ppm | No Ref Interval |
| Pb | | 0.008 | ppm | No Ref Interval |
| Tl | | 0.000 | ppm | No Ref Interval |

Reported By
  Dr. Yuntao Zhang, PhD, Chemist

Date Reported
  November 15, 2023

| | | | | |
|---|---|---|---|---|
| Animal Id: | Y-434 | | | |
| Specimen Desc: | BIOPSY, LIVER | | | |
| As | | 0.021 | ppm | No Ref Interval |
| Cd | | 1.423 | ppm | No Ref Interval |
| Pb | | 0.050 | ppm | No Ref Interval |
| Tl | | 0.003 | ppm | No Ref Interval |

Reported By
  Dr. Yuntao Zhang, PhD, Chemist

Date Reported
  November 15, 2023

| | |
|---|---|
| Animal Id: | Y-700 |
| Specimen Desc: | BIOPSY, LIVER |

**TOXICOLOGY INTERPRETATION**

| | |
|---|---|
| Species: | BOVINE |
| Animal Id: | Y-89 |

Tox Comments
  heavy metal screen of liver biopsies is complete. contact me with any questions.

Reference range ppm
As (ppm)          < 2 ppm >3 toxic
Cd (ppm)          < 0.5 ppm
Pb (ppm)          < 5 ppm >5 is toxic
Tl (ppm) < 2.5 ppm

Reported By
  Steve Ensley, DVM PhD
  Veterinary Toxicologist

**KANSAS STATE VETERINARY DIAGNOSTIC LABORATORY**
**1800 DENISON AVENUE**
**MANHATTAN, KS 66506-5606**
Laboratory Client Care  Phone #: 866-512-5650  Fax #: 785-532-4835
Email: ClientCare@vet.k-state.edu

Owner:

**DANNY & LYNN RASMUSSEN**
160 STEELE LN
GRACE, ID 83241

**Accession Number:** D23-072508
**Case Coordinator:** STEVE ENSLEY
**Received:** 11/09/2023
**Finalized:** PENDING
**Species:** BOVINE
**Specimen:** BIOPSY, LIVER

Rdvm:

**DR SCOTT LEIBSLE**

Clinic:

**IDAHO STATE DEPT AGRICULTURE**
2270 OLD PENITENTIARY RD
BOISE, ID 83701

## Summary of Estimated Charges

The charges displayed may be split among two or more client accounts.

| Description | Item # | Qty | Unit Price | Total |
|---|---|---|---|---|
| Accession/Biohazard Fee | 800.5003 | 1 | $ 7.00 | $ 7.00 |
| Heavy Metal Panel | 814.2014 | 6 | $ 56.75 | $ 340.50 |
| Toxicology Interpretation | 814.2004 | 1 | $ 0.00 | $ 0.00 |
| | | | Total: | $ 347.50 |

*This is not an invoice; it is a summary of charges for this accession as of this date and time.*

*Monthly billing will be sent the first business day of the month from our KSVDL Business Office.   Invoices will reflect all current charges and statements will display any previous balances, payments, adjustments, and the total balance due. For all fees not paid within 60 days of the date of the invoice, a 1.5% finance charge will be assessed.  Please direct any billing questions to the Business Office, 866-884-3867.*

*The **new fee schedule** for KSVDL is effective July 1. The new fee schedule is available under the Test & Fees link on our webpage at www.ksvdl.org. Please contact Client Care at 1-866-512-5650 or clientcare@vet.k-state.edu with any questions.*

## KANSAS STATE VETERINARY DIAGNOSTIC LABORATORY
### 1800 DENISON AVENUE
### MANHATTAN, KS 66506-5606
Laboratory Client Care  Phone #: 866-512-5650  Fax #: 785-532-4835
Email: ClientCare@vet.k-state.edu

Owner:

**DANNY RASMUSSEN**
160 STEELE LN
GRACE, ID 83241

**Accession Number:** D23-077013
**Case Coordinator:** STEVE ENSLEY
**Received:** 12/01/2023
**Finalized:** 12/29/2023
**Species:** BOVINE

Rdvm:

**DR SCOTT LEIBSLE**

Clinic:

**IDAHO STATE DEPT AGRICULTURE**
2270 OLD PENITENTIARY RD
BOISE, ID 83701

### FINAL REPORT
*This report supercedes all previous reports for this case*

## *Pathology*

### NECROPSY HISTOPATH

| | |
|---|---|
| Species: | BOVINE |
| Animal Id: | 1-12K |
| Specimen Desc: | TISSUE, FIXED |

# EXHIBIT 10

History
  see submission form.

Diagnosis
  1.  Kidney: Moderate autolysis (all sections)

  2.  Kidney: Minimal to mild lymphocytic plasmacytic interstitial nephritis (all but 9 and 12)

  3.  Kidney: Minimal to mild multifocal Bowman's capsular thickening with rare to occasional glomerular synechia (all sections)

  4.  KIDNEY (10 K): Mild multifocal cellular and globular pigment casts ( medulla)

  5.  KIDNEY (8K).  Focal tubular cyst (medulla)

  6.  KIDNEY (7K).  Multifocal , mild to moderate, lymphocytic and fibrosing, interstitial nephritis with mild to moderate interstitial fibrosis (outer medulla)

  7.  Kidney (4K).  Multifocal, mild, tubular degeneration with granular pigmented casts

Comments
  Unfortunately preservation artifact/autolysis greatly hinders interpretation of subtle changes especially of tubular epithelium.  Most tubules still retain discernible intact epithelium though subtle tinctorial properties are lost.  Lymphocytic plasmacytic interstitial inflammation is common especially in older animals and generally incidental unless severe.  In only one of these samples was there is significant areas of inflammation and associated fibrosis though still likely not of severe clinical impact.  It is possible significant edema and proteinuria may be obscured by the autolysis.

---

**Accession Number:** D23-077013

**Status:** Addended

Friday, 29 Dec 2023 1:52 PM

**Page 1 of 17**

**NECROPSY HISTOPATH**

Histopath Description

Slide 1. Kidney (1K): Moderate autolysis. Small aggregates of lymphocytes and plasma cells are scattered to the interstitium. Multifocally Bowman's capsules are mildly thickened typically in areas where surrounding basement membranes of the tubules are mildly thickened. In one subcapsular focus a small tangential section of glomerulus has thickened bowmen's capsules hyperplastic parietal epithelium and central degenerative debris with loose fibrillar fibrosis of the surrounding interstitium.

Slide 2. Kidney (2K): Moderate autolysis small numbers of lymphocytes and plasma cells are occasionally scattered in the interstitium. Multifocally there are mild to moderate areas of interstitial thickening separating tubules within the medulla. Rare medullary tubules contain mineral aggregates. Subjectively mesangium is diffusely mildly increased in glomeruli. Bowmen's capsules is multifocally irregularly thickened.

Slide 3. KIDNEY (3K). Mild to moderate autolysis. Tubules especially in the outer medulla are occasionally separated by homogeneous eosinophilic material disease edema versus autolysis) scattered lymphocytic plasmacytic aggregates are throughout the interstitium of the cortex. There is mild irregular thickening of bowmen's capsules with occasional synechia the glomerular tufts.

Slide 4. KIDNEY (4K). Moderate autolysis. There are scattered small interstitial aggregates of lymphocytes and plasma cells. Occasional tubules within the outer medulla contain sloughed slightly darker epithelial cells some with pyknotic nuclei. Occasional tubules contain yellow brown pigment within epithelial cells and in the deeper medulla forming a globular aggregates within tubules.

Slide 5. KIDNEY (5K). Moderate autolysis. There are rare small lymphocytic plasmacytic aggregates in the interstitium. Occasionally interstitium especially around cellular aggregates contains karyorrhectic debris. Rare tubules contain mineral fragments in the medulla.

Slide 6. KIDNEY (6K) moderate autolysis. Small aggregates of lymphocytes and plasma cells are scattered in the interstitium. Occasional bowmen's capsules have irregular mild to moderate thickening.

Slide 7. KIDNEY (7K) 2 sections. Moderate autolysis. There are scattered small interstitial aggregates of lymphocytes and plasma cells. In one of the sections a region of cortex has moderate multifocal aggregates of lymphocytes and plasma cells interspersed with mild to moderate interstitial fibrosis replacing and widely separating tubules in the adjacent glomeruli. Glomeruli have moderate thickening of bowmen's capsules. Multifocally interstitial in the outer medulla is also significantly thickened separating tubules.

Slide 8. KIDNEY (8K). Moderate autolysis. And approximately 7 cm diameter cyst is within the medulla filled with proteinaceous material and small numbers of foamy macrophages. Multifocal small aggregates of lymphocytes and plasma cells are scattered to the interstitium.

Slide 9. KIDNEY. ( 9K). Moderate autolysis. This section although subjectively smaller amount of cortex represented lacks the typical scattered lymphocytic plasmacytic and penetrates. Rare glomeruli have mildly thickened bowmen's capsules.

Slide 10. KIDNEY (10 K). Moderate autolysis. There are rare small interstitial aggregates of lymphocytes and plasma cells. Bowmen's capsules occasionally have mild to moderate thickening with occasional synechia. Tubules rarely contain brown pigments within the epithelium. Rare medullary tubules contain sloughed degenerate epithelial cells occasionally with small amounts of pigment.

Slide 11. KIDNEY (11 K). The section has only rare small interstitial aggregates of lymphocytes and plasma cells. Along with rare mild thickening of bowmen's capsules.

Slide 12. Kidney (12 K). Moderate autolysis. Section lacks lymphocytic plasmacytic interstitial infiltrates. There is irregular separation and vacuolation of the inner medulla/renal papillae (autolysis versus tubular loss and edema). Rare aggregates of mineral are in the tubules. In some segments tubular epithelium is poorly discernible (degeneration versus autolysis) glomeruli have minimal

### NECROPSY HISTOPATH

Histopath Description
   thickening of bowmen's capsules but occasional synechia and mild thickening of mesangium.

Pathologist
   TIMOTHY WALSH, DVM, DACVP

Additional Info
   QUESTIONS? CALL KSVDL CLIENT CARE AT 866-512-5650

## *Histopathology*

### HISTOPATH NECROPSY 1 TO 4 TISSUES

## *Toxicology*

### TRACE MINERAL PANEL (LIVER - WET WEIGHT ADULT)

| Animal Id: | 1L | | | |
|---|---|---|---|---|
| Specimen Desc: | LIVER | | | |
| Ca | 24.1 L | ppm | 30.0 - 200.0 | |
| Co | 0.044 | ppm | 0.020 - 0.200 | |
| Cr | 0.088 | ppm | 0.040 - 3.800 | |
| Cu | 20 L | ppm | 25 - 150 | |
| Fe | 61 | ppm | 45 - 220 | |
| K | 2257 | ppm | 1400 - 4000 | |
| Mg | 126 | ppm | 100 - 250 | |
| Mn | 1.940 | ppm | 1.500 - 5.000 | |
| Mo | 0.820 | ppm | 0.200 - 1.400 | |
| Na | 746 L | ppm | 900 - 3000 | |
| P | 2269 | ppm | 2000 - 4000 | |
| Se | 0.249 | ppm | 0.200 - 0.700 | |
| Zn | 21 L | ppm | 25 - 125 | |

| Animal Id: | 2L | | | |
|---|---|---|---|---|
| Specimen Desc: | LIVER | | | |
| Ca | 22.5 L | ppm | 30.0 - 200.0 | |
| Co | 0.041 | ppm | 0.020 - 0.200 | |
| Cr | 0.136 | ppm | 0.040 - 3.800 | |
| Cu | 3 L | ppm | 25 - 150 | |
| Fe | 69 | ppm | 45 - 220 | |
| K | 2194 | ppm | 1400 - 4000 | |
| Mg | 123 | ppm | 100 - 250 | |
| Mn | 1.658 | ppm | 1.500 - 5.000 | |
| Mo | 0.648 | ppm | 0.200 - 1.400 | |
| Na | 768 L | ppm | 900 - 3000 | |
| P | 2146 | ppm | 2000 - 4000 | |
| Se | 0.269 | ppm | 0.200 - 0.700 | |
| Zn | 18 L | ppm | 25 - 125 | |

| Animal Id: | 3L | | | |
|---|---|---|---|---|
| Specimen Desc: | LIVER | | | |
| Ca | 26.7 L | ppm | 30.0 - 200.0 | |
| Co | 0.063 | ppm | 0.020 - 0.200 | |
| Cr | 0.046 | ppm | 0.040 - 3.800 | |
| Cu | 23 L | ppm | 25 - 150 | |
| Fe | 42 L | ppm | 45 - 220 | |
| K | 2548 | ppm | 1400 - 4000 | |
| Mg | 143 | ppm | 100 - 250 | |

---

### TRACE MINERAL PANEL (LIVER - WET WEIGHT ADULT)

| | | | | |
|---|---|---|---|---|
| Mn | 2.393 | | ppm | 1.500 - 5.000 |
| Mo | 0.899 | | ppm | 0.200 - 1.400 |
| Na | 574 | L | ppm | 900 - 3000 |
| P | 2579 | | ppm | 2000 - 4000 |
| Se | 0.401 | | ppm | 0.200 - 0.700 |
| Zn | 27 | | ppm | 25 - 125 |

| | | | | |
|---|---|---|---|---|
| Animal Id: | 4L | | | |
| Specimen Desc: | LIVER | | | |
| Ca | 19.8 | L | ppm | 30.0 - 200.0 |
| Co | 0.051 | | ppm | 0.020 - 0.200 |
| Cr | 0.019 | L | ppm | 0.040 - 3.800 |
| Cu | 27 | | ppm | 25 - 150 |
| Fe | 86 | | ppm | 45 - 220 |
| K | 2588 | | ppm | 1400 - 4000 |
| Mg | 142 | | ppm | 100 - 250 |
| Mn | 1.873 | | ppm | 1.500 - 5.000 |
| Mo | 1.125 | | ppm | 0.200 - 1.400 |
| Na | 520 | L | ppm | 900 - 3000 |
| P | 2501 | | ppm | 2000 - 4000 |
| Se | 0.273 | | ppm | 0.200 - 0.700 |
| Zn | 25 | | ppm | 25 - 125 |

| | | | | |
|---|---|---|---|---|
| Animal Id: | 5L | | | |
| Specimen Desc: | LIVER | | | |
| Ca | 21.7 | L | ppm | 30.0 - 200.0 |
| Co | 0.053 | | ppm | 0.020 - 0.200 |
| Cr | 0.031 | L | ppm | 0.040 - 3.800 |
| Cu | 4 | L | ppm | 25 - 150 |
| Fe | 51 | | ppm | 45 - 220 |
| K | 2727 | | ppm | 1400 - 4000 |
| Mg | 150 | | ppm | 100 - 250 |
| Mn | 2.249 | | ppm | 1.500 - 5.000 |
| Mo | 1.094 | | ppm | 0.200 - 1.400 |
| Na | 583 | L | ppm | 900 - 3000 |
| P | 2611 | | ppm | 2000 - 4000 |
| Se | 0.350 | | ppm | 0.200 - 0.700 |
| Zn | 23 | L | ppm | 25 - 125 |

| | | | | |
|---|---|---|---|---|
| Animal Id: | 6L | | | |
| Specimen Desc: | LIVER | | | |
| Ca | 24.6 | L | ppm | 30.0 - 200.0 |
| Co | 0.056 | | ppm | 0.020 - 0.200 |
| Cr | 0.050 | | ppm | 0.040 - 3.800 |
| Cu | 36 | | ppm | 25 - 150 |
| Fe | 75 | | ppm | 45 - 220 |
| K | 2728 | | ppm | 1400 - 4000 |
| Mg | 157 | | ppm | 100 - 250 |
| Mn | 2.934 | | ppm | 1.500 - 5.000 |
| Mo | 0.937 | | ppm | 0.200 - 1.400 |
| Na | 791 | L | ppm | 900 - 3000 |
| P | 2855 | | ppm | 2000 - 4000 |
| Se | 0.315 | | ppm | 0.200 - 0.700 |
| Zn | 21 | L | ppm | 25 - 125 |

| | | | | |
|---|---|---|---|---|
| Animal Id: | 7L | | | |
| Specimen Desc: | LIVER | | | |
| Ca | 27.5 | L | ppm | 30.0 - 200.0 |
| Co | 0.046 | | ppm | 0.020 - 0.200 |
| Cr | 0.082 | | ppm | 0.040 - 3.800 |

---

**TRACE MINERAL PANEL (LIVER - WET WEIGHT ADULT)**

| | | | | | |
|---|---|---|---|---|---|
| Cu | | 2 | L | ppm | 25 - 150 |
| Fe | | 39 | L | ppm | 45 - 220 |
| K | | 2346 | | ppm | 1400 - 4000 |
| Mg | | 132 | | ppm | 100 - 250 |
| Mn | | 1.617 | | ppm | 1.500 - 5.000 |
| Mo | | 0.919 | | ppm | 0.200 - 1.400 |
| Na | | 714 | L | ppm | 900 - 3000 |
| P | | 2215 | | ppm | 2000 - 4000 |
| Se | | 0.248 | | ppm | 0.200 - 0.700 |
| Zn | | 19 | L | ppm | 25 - 125 |

| | | | | | |
|---|---|---|---|---|---|
| Animal Id: | 8L | | | | |
| Specimen Desc: | LIVER | | | | |
| Ca | | 29.5 | | ppm | 30.0 - 200.0 |
| Co | | 0.061 | | ppm | 0.020 - 0.200 |
| Cr | | 0.061 | | ppm | 0.040 - 3.800 |
| Cu | | 2 | L | ppm | 25 - 150 |
| Fe | | 54 | | ppm | 45 - 220 |
| K | | 2849 | | ppm | 1400 - 4000 |
| Mg | | 159 | | ppm | 100 - 250 |
| Mn | | 2.277 | | ppm | 1.500 - 5.000 |
| Mo | | 1.127 | | ppm | 0.200 - 1.400 |
| Na | | 744 | L | ppm | 900 - 3000 |
| P | | 2736 | | ppm | 2000 - 4000 |
| Se | | 0.309 | | ppm | 0.200 - 0.700 |
| Zn | | 25 | | ppm | 25 - 125 |

| | | | | | |
|---|---|---|---|---|---|
| Animal Id: | 9L | | | | |
| Specimen Desc: | LIVER | | | | |
| Ca | | 24.7 | L | ppm | 30.0 - 200.0 |
| Co | | 0.058 | | ppm | 0.020 - 0.200 |
| Cr | | 0.009 | L | ppm | 0.040 - 3.800 |
| Cu | | 34 | | ppm | 25 - 150 |
| Fe | | 128 | | ppm | 45 - 220 |
| K | | 2855 | | ppm | 1400 - 4000 |
| Mg | | 167 | | ppm | 100 - 250 |
| Mn | | 2.667 | | ppm | 1.500 - 5.000 |
| Mo | | 1.086 | | ppm | 0.200 - 1.400 |
| Na | | 637 | L | ppm | 900 - 3000 |
| P | | 3067 | | ppm | 2000 - 4000 |
| Se | | 0.400 | | ppm | 0.200 - 0.700 |
| Zn | | 35 | | ppm | 25 - 125 |

| | | | | | |
|---|---|---|---|---|---|
| Animal Id: | 10L | | | | |
| Specimen Desc: | LIVER | | | | |
| Ca | | 29.3 | | ppm | 30.0 - 200.0 |
| Co | | 0.045 | | ppm | 0.020 - 0.200 |
| Cr | | 0.016 | L | ppm | 0.040 - 3.800 |
| Cu | | 18 | L | ppm | 25 - 150 |
| Fe | | 195 | | ppm | 45 - 220 |
| K | | 2658 | | ppm | 1400 - 4000 |
| Mg | | 150 | | ppm | 100 - 250 |
| Mn | | 1.883 | | ppm | 1.500 - 5.000 |
| Mo | | 0.737 | | ppm | 0.200 - 1.400 |
| Na | | 779 | L | ppm | 900 - 3000 |
| P | | 2600 | | ppm | 2000 - 4000 |
| Se | | 0.322 | | ppm | 0.200 - 0.700 |
| Zn | | 94 | | ppm | 25 - 125 |

*Toxicology*

**TRACE MINERAL PANEL (LIVER - WET WEIGHT ADULT)**

| | | | | | |
|---|---|---|---|---|---|
| Animal Id: | 11L | | | | |
| Specimen Desc: | LIVER | | | | |
| Ca | | 20.0 | L | ppm | 30.0 - 200.0 |
| Co | | 0.053 | | ppm | 0.020 - 0.200 |
| Cr | | 0.018 | L | ppm | 0.040 - 3.800 |
| Cu | | 25 | | ppm | 25 - 150 |
| Fe | | 61 | | ppm | 45 - 220 |
| K | | 2239 | | ppm | 1400 - 4000 |
| Mg | | 134 | | ppm | 100 - 250 |
| Mn | | 2.198 | | ppm | 1.500 - 5.000 |
| Mo | | 0.693 | | ppm | 0.200 - 1.400 |
| Na | | 638 | L | ppm | 900 - 3000 |
| P | | 2395 | | ppm | 2000 - 4000 |
| Se | | 0.274 | | ppm | 0.200 - 0.700 |
| Zn | | 18 | L | ppm | 25 - 125 |
| | | | | | |
| Animal Id: | 12L | | | | |
| Specimen Desc: | LIVER | | | | |
| Ca | | 21.7 | L | ppm | 30.0 - 200.0 |
| Co | | 0.043 | | ppm | 0.020 - 0.200 |
| Cr | | 0.069 | | ppm | 0.040 - 3.800 |
| Cu | | 17 | L | ppm | 25 - 150 |
| Fe | | 62 | | ppm | 45 - 220 |
| K | | 2616 | | ppm | 1400 - 4000 |
| Mg | | 145 | | ppm | 100 - 250 |
| Mn | | 1.861 | | ppm | 1.500 - 5.000 |
| Mo | | 0.956 | | ppm | 0.200 - 1.400 |
| Na | | 669 | L | ppm | 900 - 3000 |
| P | | 2622 | | ppm | 2000 - 4000 |
| Se | | 0.294 | | ppm | 0.200 - 0.700 |
| Zn | | 24 | L | ppm | 25 - 125 |
| | | | | | |
| Animal Id: | 1K | | | | |
| Specimen Desc: | KIDNEY | | | | |
| Ca | | 41.8 | | ppm | 30.0 - 200.0 |
| Co | | 0.019 | L | ppm | 0.020 - 0.200 |
| Cr | | 0.039 | L | ppm | 0.040 - 3.800 |
| Cu | | 4 | L | ppm | 25 - 150 |
| Fe | | 62 | | ppm | 45 - 220 |
| K | | 2166 | | ppm | 1400 - 4000 |
| Mg | | 126 | | ppm | 100 - 250 |
| Mn | | 0.996 | L | ppm | 1.500 - 5.000 |
| Mo | | 0.498 | | ppm | 0.200 - 1.400 |
| Na | | 1481 | | ppm | 900 - 3000 |
| P | | 1726 | L | ppm | 2000 - 4000 |
| Se | | 1.282 | H | ppm | 0.200 - 0.700 |
| Zn | | 20 | L | ppm | 25 - 125 |
| | | | | | |
| Animal Id: | 2K | | | | |
| Specimen Desc: | KIDNEY | | | | |
| Ca | | 49.9 | | ppm | 30.0 - 200.0 |
| Co | | 0.017 | L | ppm | 0.020 - 0.200 |
| Cr | | 0.021 | L | ppm | 0.040 - 3.800 |
| Cu | | 3 | L | ppm | 25 - 150 |
| Fe | | 64 | | ppm | 45 - 220 |
| K | | 1518 | | ppm | 1400 - 4000 |
| Mg | | 115 | | ppm | 100 - 250 |
| Mn | | 0.964 | L | ppm | 1.500 - 5.000 |
| Mo | | 0.384 | | ppm | 0.200 - 1.400 |

**TRACE MINERAL PANEL (LIVER - WET WEIGHT ADULT)**

| | | | | | |
|---|---|---|---|---|---|
| Na | | 1553 | | ppm | 900 - 3000 |
| P | | 1700 | L | ppm | 2000 - 4000 |
| Se | | 1.252 | H | ppm | 0.200 - 0.700 |
| Zn | | 15 | L | ppm | 25 - 125 |

| | | | | | |
|---|---|---|---|---|---|
| Animal Id: | 3K | | | | |
| Specimen Desc: | KIDNEY | | | | |
| Ca | | 52.3 | | ppm | 30.0 - 200.0 |
| Co | | 0.028 | | ppm | 0.020 - 0.200 |
| Cr | | 0.053 | | ppm | 0.040 - 3.800 |
| Cu | | 4 | L | ppm | 25 - 150 |
| Fe | | 61 | | ppm | 45 - 220 |
| K | | 1712 | | ppm | 1400 - 4000 |
| Mg | | 137 | | ppm | 100 - 250 |
| Mn | | 1.120 | L | ppm | 1.500 - 5.000 |
| Mo | | 0.421 | | ppm | 0.200 - 1.400 |
| Na | | 2192 | | ppm | 900 - 3000 |
| P | | 2007 | | ppm | 2000 - 4000 |
| Se | | 1.299 | H | ppm | 0.200 - 0.700 |
| Zn | | 19 | L | ppm | 25 - 125 |

| | | | | | |
|---|---|---|---|---|---|
| Animal Id: | 4K | | | | |
| Specimen Desc: | KIDNEY | | | | |
| Ca | | 52.0 | | ppm | 30.0 - 200.0 |
| Co | | 0.023 | | ppm | 0.020 - 0.200 |
| Cr | | 0.014 | L | ppm | 0.040 - 3.800 |
| Cu | | 4 | L | ppm | 25 - 150 |
| Fe | | 90 | | ppm | 45 - 220 |
| K | | 2069 | | ppm | 1400 - 4000 |
| Mg | | 137 | | ppm | 100 - 250 |
| Mn | | 0.996 | L | ppm | 1.500 - 5.000 |
| Mo | | 0.782 | | ppm | 0.200 - 1.400 |
| Na | | 1722 | | ppm | 900 - 3000 |
| P | | 1967 | L | ppm | 2000 - 4000 |
| Se | | 1.114 | H | ppm | 0.200 - 0.700 |
| Zn | | 16 | L | ppm | 25 - 125 |

| | | | | | |
|---|---|---|---|---|---|
| Animal Id: | 5K | | | | |
| Specimen Desc: | KIDNEY | | | | |
| Ca | | 49.8 | | ppm | 30.0 - 200.0 |
| Co | | 0.018 | L | ppm | 0.020 - 0.200 |
| Cr | | 0.020 | L | ppm | 0.040 - 3.800 |
| Cu | | 3 | L | ppm | 25 - 150 |
| Fe | | 34 | L | ppm | 45 - 220 |
| K | | 1427 | | ppm | 1400 - 4000 |
| Mg | | 107 | | ppm | 100 - 250 |
| Mn | | 0.916 | L | ppm | 1.500 - 5.000 |
| Mo | | 0.418 | | ppm | 0.200 - 1.400 |
| Na | | 2219 | | ppm | 900 - 3000 |
| P | | 1465 | L | ppm | 2000 - 4000 |
| Se | | 0.997 | H | ppm | 0.200 - 0.700 |
| Zn | | 11 | L | ppm | 25 - 125 |

| | | | | | |
|---|---|---|---|---|---|
| Animal Id: | 6K | | | | |
| Specimen Desc: | KIDNEY | | | | |
| Ca | | 61.0 | | ppm | 30.0 - 200.0 |
| Co | | 0.021 | | ppm | 0.020 - 0.200 |
| Cr | | 0.045 | | ppm | 0.040 - 3.800 |
| Cu | | 4 | L | ppm | 25 - 150 |
| Fe | | 61 | | ppm | 45 - 220 |

**TRACE MINERAL PANEL (LIVER - WET WEIGHT ADULT)**

| | | | | | |
|---|---|---|---|---|---|
| K | | 1976 | | ppm | 1400 - 4000 |
| Mg | | 135 | | ppm | 100 - 250 |
| Mn | | 1.025 | L | ppm | 1.500 - 5.000 |
| Mo | | 0.538 | | ppm | 0.200 - 1.400 |
| Na | | 1670 | | ppm | 900 - 3000 |
| P | | 1973 | L | ppm | 2000 - 4000 |
| Se | | 1.357 | H | ppm | 0.200 - 0.700 |
| Zn | | 15 | L | ppm | 25 - 125 |

| | | | | | |
|---|---|---|---|---|---|
| Animal Id: | 7K | | | | |
| Specimen Desc: | KIDNEY | | | | |
| Ca | | 46.1 | | ppm | 30.0 - 200.0 |
| Co | | 0.023 | | ppm | 0.020 - 0.200 |
| Cr | | 0.039 | L | ppm | 0.040 - 3.800 |
| Cu | | 4 | L | ppm | 25 - 150 |
| Fe | | 44 | L | ppm | 45 - 220 |
| K | | 1994 | | ppm | 1400 - 4000 |
| Mg | | 134 | | ppm | 100 - 250 |
| Mn | | 1.040 | L | ppm | 1.500 - 5.000 |
| Mo | | 0.591 | | ppm | 0.200 - 1.400 |
| Na | | 1797 | | ppm | 900 - 3000 |
| P | | 1814 | L | ppm | 2000 - 4000 |
| Se | | 1.007 | H | ppm | 0.200 - 0.700 |
| Zn | | 18 | L | ppm | 25 - 125 |

| | | | | | |
|---|---|---|---|---|---|
| Animal Id: | 8K | | | | |
| Specimen Desc: | KIDNEY | | | | |
| Ca | | 42.3 | | ppm | 30.0 - 200.0 |
| Co | | 0.021 | | ppm | 0.020 - 0.200 |
| Cr | | 0.012 | L | ppm | 0.040 - 3.800 |
| Cu | | 4 | L | ppm | 25 - 150 |
| Fe | | 64 | | ppm | 45 - 220 |
| K | | 1817 | | ppm | 1400 - 4000 |
| Mg | | 129 | | ppm | 100 - 250 |
| Mn | | 1.039 | L | ppm | 1.500 - 5.000 |
| Mo | | 0.682 | | ppm | 0.200 - 1.400 |
| Na | | 1729 | | ppm | 900 - 3000 |
| P | | 1887 | L | ppm | 2000 - 4000 |
| Se | | 1.336 | H | ppm | 0.200 - 0.700 |
| Zn | | 15 | L | ppm | 25 - 125 |

| | | | | | |
|---|---|---|---|---|---|
| Animal Id: | 9K | | | | |
| Specimen Desc: | KIDNEY | | | | |
| Ca | | 35.7 | | ppm | 30.0 - 200.0 |
| Co | | 0.019 | L | ppm | 0.020 - 0.200 |
| Cr | | 0.021 | L | ppm | 0.040 - 3.800 |
| Cu | | 3 | L | ppm | 25 - 150 |
| Fe | | 70 | | ppm | 45 - 220 |
| K | | 1969 | | ppm | 1400 - 4000 |
| Mg | | 128 | | ppm | 100 - 250 |
| Mn | | 0.910 | L | ppm | 1.500 - 5.000 |
| Mo | | 0.453 | | ppm | 0.200 - 1.400 |
| Na | | 1437 | | ppm | 900 - 3000 |
| P | | 1811 | L | ppm | 2000 - 4000 |
| Se | | 1.229 | H | ppm | 0.200 - 0.700 |
| Zn | | 13 | L | ppm | 25 - 125 |

| | | | | | |
|---|---|---|---|---|---|
| Animal Id: | 10K | | | | |
| Specimen Desc: | KIDNEY | | | | |
| Ca | | 50.3 | | ppm | 30.0 - 200.0 |

**TRACE MINERAL PANEL (LIVER - WET WEIGHT ADULT)**

| | | | | |
|---|---|---|---|---|
| Co | 0.019 | L | ppm | 0.020 - 0.200 |
| Cr | 0.037 | L | ppm | 0.040 - 3.800 |
| Cu | 4 | L | ppm | 25 - 150 |
| Fe | 59 | | ppm | 45 - 220 |
| K | 1972 | | ppm | 1400 - 4000 |
| Mg | 137 | | ppm | 100 - 250 |
| Mn | 0.812 | L | ppm | 1.500 - 5.000 |
| Mo | 0.330 | | ppm | 0.200 - 1.400 |
| Na | 1977 | | ppm | 900 - 3000 |
| P | 2037 | | ppm | 2000 - 4000 |
| Se | 1.292 | H | ppm | 0.200 - 0.700 |
| Zn | 21 | L | ppm | 25 - 125 |

| | | | | |
|---|---|---|---|---|
| Animal Id: | 11K | | | |
| Specimen Desc: | KIDNEY | | | |
| Ca | 43.9 | | ppm | 30.0 - 200.0 |
| Co | 0.025 | | ppm | 0.020 - 0.200 |
| Cr | 0.010 | L | ppm | 0.040 - 3.800 |
| Cu | 4 | L | ppm | 25 - 150 |
| Fe | 81 | | ppm | 45 - 220 |
| K | 2480 | | ppm | 1400 - 4000 |
| Mg | 155 | | ppm | 100 - 250 |
| Mn | 1.369 | L | ppm | 1.500 - 5.000 |
| Mo | 0.368 | | ppm | 0.200 - 1.400 |
| Na | 1383 | | ppm | 900 - 3000 |
| P | 2249 | | ppm | 2000 - 4000 |
| Se | 1.782 | H | ppm | 0.200 - 0.700 |
| Zn | 15 | L | ppm | 25 - 125 |

| | | | | |
|---|---|---|---|---|
| Animal Id: | 12K | | | |
| Specimen Desc: | KIDNEY | | | |
| Ca | 45.9 | | ppm | 30.0 - 200.0 |
| Co | 0.023 | | ppm | 0.020 - 0.200 |
| Cr | 0.032 | L | ppm | 0.040 - 3.800 |
| Cu | 4 | L | ppm | 25 - 150 |
| Fe | 72 | | ppm | 45 - 220 |
| K | 2197 | | ppm | 1400 - 4000 |
| Mg | 153 | | ppm | 100 - 250 |
| Mn | 1.209 | L | ppm | 1.500 - 5.000 |
| Mo | 0.585 | | ppm | 0.200 - 1.400 |
| Na | 1947 | | ppm | 900 - 3000 |
| P | 2141 | | ppm | 2000 - 4000 |
| Se | 1.429 | H | ppm | 0.200 - 0.700 |
| Zn | 15 | L | ppm | 25 - 125 |

**HEAVY METAL PANEL**

| | | | | |
|---|---|---|---|---|
| Animal Id: | 1L | | | |
| Specimen Desc: | LIVER | | | |
| As | 0.009 | | ppm | No Ref Interval |
| Cd | 0.320 | | ppm | No Ref Interval |
| Pb | 0.018 | | ppm | No Ref Interval |
| Tl | 0.002 | | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  December 6, 2023

**HEAVY METAL PANEL**

Animal Id:               2L
Specimen Desc:    LIVER

| | | | | |
|---|---|---|---|---|
| As | 0.005 | ppm | No Ref Interval |
| Cd | 0.232 | ppm | No Ref Interval |
| Pb | 0.012 | ppm | No Ref Interval |
| Tl | 0.001 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  December 6, 2023

Animal Id:               3L
Specimen Desc:    LIVER

| | | | | |
|---|---|---|---|---|
| As | 0.007 | ppm | No Ref Interval |
| Cd | 0.422 | ppm | No Ref Interval |
| Pb | 0.010 | ppm | No Ref Interval |
| Tl | 0.002 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  December 6, 2023

Animal Id:               4L
Specimen Desc:    LIVER

| | | | | |
|---|---|---|---|---|
| As | 0.005 | ppm | No Ref Interval |
| Cd | 0.404 | ppm | No Ref Interval |
| Pb | 0.023 | ppm | No Ref Interval |
| Tl | 0.002 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  December 6, 2023

Animal Id:               5L
Specimen Desc:    LIVER

| | | | | |
|---|---|---|---|---|
| As | 0.007 | ppm | No Ref Interval |
| Cd | 0.358 | ppm | No Ref Interval |
| Pb | 0.013 | ppm | No Ref Interval |
| Tl | 0.002 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  December 6, 2023

Animal Id:               6L
Specimen Desc:    LIVER

| | | | | |
|---|---|---|---|---|
| As | 0.006 | ppm | No Ref Interval |
| Cd | 0.274 | ppm | No Ref Interval |
| Pb | 0.018 | ppm | No Ref Interval |

**HEAVY METAL PANEL**

| | | | | |
|---|---|---|---|---|
| Tl | | 0.002 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  December 6, 2023

Animal Id:          7L
Specimen Desc:      LIVER

| | | | |
|---|---|---|---|
| As | 0.007 | ppm | No Ref Interval |
| Cd | 0.644 | ppm | No Ref Interval |
| Pb | 0.009 | ppm | No Ref Interval |
| Tl | 0.001 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  December 6, 2023

Animal Id:          8L
Specimen Desc:      LIVER

| | | | |
|---|---|---|---|
| As | 0.008 | ppm | No Ref Interval |
| Cd | 0.336 | ppm | No Ref Interval |
| Pb | 0.011 | ppm | No Ref Interval |
| Tl | 0.002 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  December 6, 2023

Animal Id:          9L
Specimen Desc:      LIVER

| | | | |
|---|---|---|---|
| As | 0.006 | ppm | No Ref Interval |
| Cd | 0.163 | ppm | No Ref Interval |
| Pb | 0.024 | ppm | No Ref Interval |
| Tl | 0.001 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  December 6, 2023

Animal Id:          10L
Specimen Desc:      LIVER

| | | | |
|---|---|---|---|
| As | 0.002 | ppm | No Ref Interval |
| Cd | 0.424 | ppm | No Ref Interval |
| Pb | 0.014 | ppm | No Ref Interval |
| Tl | 0.001 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

## HEAVY METAL PANEL

Date Reported
  December 6, 2023

Animal Id:　　　　　11L
Specimen Desc:　　　LIVER

| | | | |
|---|---|---|---|
| As | 0.004 | ppm | No Ref Interval |
| Cd | 0.127 | ppm | No Ref Interval |
| Pb | 0.010 | ppm | No Ref Interval |
| Tl | 0.001 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  December 6, 2023

Animal Id:　　　　　12L
Specimen Desc:　　　LIVER

| | | | |
|---|---|---|---|
| As | 0.004 | ppm | No Ref Interval |
| Cd | 0.260 | ppm | No Ref Interval |
| Pb | 0.015 | ppm | No Ref Interval |
| Tl | 0.002 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  December 6, 2023

Animal Id:　　　　　1K
Specimen Desc:　　　KIDNEY

| | | | |
|---|---|---|---|
| As | 0.007 | ppm | No Ref Interval |
| Cd | 7.340 | ppm | No Ref Interval |
| Pb | 0.034 | ppm | No Ref Interval |
| Tl | 0.005 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  December 6, 2023

Animal Id:　　　　　2K
Specimen Desc:　　　KIDNEY

| | | | |
|---|---|---|---|
| As | 0.005 | ppm | No Ref Interval |
| Cd | 5.922 | ppm | No Ref Interval |
| Pb | 0.030 | ppm | No Ref Interval |
| Tl | 0.003 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  December 6, 2023

Animal Id:　　　　　3K
Specimen Desc:　　　KIDNEY

**HEAVY METAL PANEL**

| | | | | |
|---|---|---|---|---|
| As | 0.006 | ppm | No Ref Interval | |
| Cd | 5.078 | ppm | No Ref Interval | |
| Pb | 0.022 | ppm | No Ref Interval | |
| Tl | 0.025 | ppm | No Ref Interval | |

Reported By
  LEANNA DEMONT

Date Reported
  December 6, 2023

Animal Id:        4K
Specimen Desc:    KIDNEY

| | | | |
|---|---|---|---|
| As | 0.012 | ppm | No Ref Interval |
| Cd | 4.069 | ppm | No Ref Interval |
| Pb | 0.043 | ppm | No Ref Interval |
| Tl | 0.008 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  December 6, 2023

Animal Id:        5K
Specimen Desc:    KIDNEY

| | | | |
|---|---|---|---|
| As | 0.007 | ppm | No Ref Interval |
| Cd | 2.547 | ppm | No Ref Interval |
| Pb | 0.022 | ppm | No Ref Interval |
| Tl | 0.004 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  December 6, 2023

Animal Id:        6K
Specimen Desc:    KIDNEY

| | | | |
|---|---|---|---|
| As | 0.007 | ppm | No Ref Interval |
| Cd | 3.309 | ppm | No Ref Interval |
| Pb | 0.039 | ppm | No Ref Interval |
| Tl | 0.003 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  December 6, 2023

Animal Id:        7K
Specimen Desc:    KIDNEY

| | | | |
|---|---|---|---|
| As | 0.006 | ppm | No Ref Interval |
| Cd | 7.157 | ppm | No Ref Interval |
| Pb | 0.024 | ppm | No Ref Interval |
| Tl | 0.006 | ppm | No Ref Interval |

Reported By

**HEAVY METAL PANEL**

Reported By
  LEANNA DEMONT

Date Reported
  December 6, 2023

| Animal Id: | 8K | | | |
|---|---|---|---|---|
| Specimen Desc: | KIDNEY | | | |
| As | | 0.005 | ppm | No Ref Interval |
| Cd | | 3.412 | ppm | No Ref Interval |
| Pb | | 0.025 | ppm | No Ref Interval |
| Tl | | 0.003 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  December 6, 2023

| Animal Id: | 9K | | | |
|---|---|---|---|---|
| Specimen Desc: | KIDNEY | | | |
| As | | 0.015 | ppm | No Ref Interval |
| Cd | | 1.618 | ppm | No Ref Interval |
| Pb | | 0.034 | ppm | No Ref Interval |
| Tl | | 0.004 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  December 6, 2023

| Animal Id: | 10K | | | |
|---|---|---|---|---|
| Specimen Desc: | KIDNEY | | | |
| As | | 0.003 | ppm | No Ref Interval |
| Cd | | 5.211 | ppm | No Ref Interval |
| Pb | | 0.027 | ppm | No Ref Interval |
| Tl | | 0.004 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  December 6, 2023

| Animal Id: | 11K | | | |
|---|---|---|---|---|
| Specimen Desc: | KIDNEY | | | |
| As | | 0.009 | ppm | No Ref Interval |
| Cd | | 0.835 | ppm | No Ref Interval |
| Pb | | 0.029 | ppm | No Ref Interval |
| Tl | | 0.004 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported

### HEAVY METAL PANEL

Date Reported
  December 6, 2023

| Animal Id: | 12K | | | |
|---|---|---|---|---|
| Specimen Desc: | KIDNEY | | | |
| As | | 0.009 | ppm | No Ref Interval |
| Cd | | 2.223 | ppm | No Ref Interval |
| Pb | | 0.034 | ppm | No Ref Interval |
| Tl | | 0.014 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  December 7, 2023

### TOXICOLOGY INTERPRETATION

Species:            BOVINE
Animal Id:          1L

Tox Comments
  I am concerned about the very deficient liver Cu and low liver Fe and Zn.

  contact me with any questions.

  Kidney Cd is consistently elevated.


  Bovine Kidney reference range
  Cd (ppm)        0.05-1.5
  Ca (ppm)        45-200
  Cr (ppm)0.05-6.2
  Co (ppm)        0.071
  Cu (ppm)        4-6
  Fe (ppm)        30-150
  Mg (ppm)        50-200
  Mn (ppm)        1.2-2
  Mo (ppm)        0.22-0.57
  P (ppm)  2000-3250
  K (ppm)
  Se (ppm)        1-1.5
  Na (ppm)
  Zn (ppm)        18-25

  Reference range bovine liver ppm
  As (ppm)        < 2 ppm >3 toxic
  Cd (ppm)        < 1 ppm
  Pb (ppm)        < 5 ppm >5 is toxic
  Tl (ppm) < .05 ppm

  Reference range bovine kidney ppm
  As (ppm)        < 1.5 ppm
  Cd (ppm)        < 1.5
  Pb (ppm)        < 2.5 ppm
  Tl (ppm) < .06 ppm

Reported By

**TOXICOLOGY INTERPRETATION**

Reported By
  Steve Ensley, DVM PhD
  Veterinary Toxicologist

**KANSAS STATE VETERINARY DIAGNOSTIC LABORATORY**
**1800 DENISON AVENUE**
**MANHATTAN, KS 66506-5606**
Laboratory Client Care  Phone #: 866-512-5650  Fax #: 785-532-4835
Email: ClientCare@vet.k-state.edu

Owner:

**DANNY RASMUSSEN**
160 STEELE LN
GRACE, ID 83241

**Accession Number:** D23-077013
**Case Coordinator:** STEVE ENSLEY
**Received:** 12/01/2023
**Finalized:** 12/29/2023
**Species:** BOVINE

Rdvm:

**DR SCOTT LEIBSLE**

Clinic:

**IDAHO STATE DEPT AGRICULTURE**
2270 OLD PENITENTIARY RD
BOISE, ID 83701

## Summary of Estimated Charges

The charges displayed may be split among two or more client accounts.

| Description | Item # | Qty | Unit Price | Total |
|---|---|---|---|---|
| Accession/Biohazard Fee | 800.5003 | 1 | $ 7.00 | $ 7.00 |
| Heavy Metal Panel | 814.2014 | 24 | $ 56.75 | $ 1,362.00 |
| Histo Necropsy 1-4 Tiss | 805.11 | 3 | $ 79.00 | $ 237.00 |
| Necropsy Histopath | 810.1004 | 1 | $ 0.00 | $ 0.00 |
| Toxicology Interpretation | 814.2004 | 1 | $ 0.00 | $ 0.00 |
| Trace Mineral Panel (Liver-Wet Weight Adult) | 814.4000 | 24 | $ 55.00 | $ 1,320.00 |
| | | | Total: | $ 2,926.00 |

*This is not an invoice; it is a summary of charges for this accession as of this date and time.*

*Monthly billing will be sent the first business day of the month from our KSVDL Business Office.  Invoices will reflect all current charges and statements will display any previous balances, payments, adjustments, and the total balance due. For all fees not paid within 60 days of the date of the invoice, a 1.5% finance charge will be assessed.  Please direct any billing questions to the Business Office, 866-884-3867.*

*The **new fee schedule** for KSVDL is effective July 1. The new fee schedule is available under the Test & Fees link on our webpage at www.ksvdl.org. Please contact Client Care at 1-866-512-5650 or clientcare@vet.k-state.edu with any questions.*



**Utah Veterinary Diagnostic Laboratory**

Utah Veterinary Diagnostic Laboratory
950 E 1400 N
Logan UT 84341
Phone: (435) 797-1895 Fax: (435) 797-2805

Website: www.usu.edu/uvdl

# EXHIBIT 11

Report Date: 2/23/2024

**Final Report**

**Date Received:** 2/9/2024

**Case Coordinator:** Mike Clayton DVM, DVM

**Accession No:**  24L01082

LYNN RASMUSSEN
168 LAGO LIBERTY ROAD
GRACE ID 83241

Phone: (208) 390-6447
Email:  drhornhunter@hotmail.com

*821 calf died still born*

*Dam was tested with elevated levels of toxic metals*

**Associated Parties**

Owner  Lynn Rasmussen

**Purpose of Test**

Diagnostic

**Reference Data**

Location: ID00HGGY

**Animal Information**

| Name | Taxonomy |
|------|----------|
| 821  | Cattle   |

**Diagnosis(es)**

1. Arthrogryposis (elbows, carpi, tarsi), multifocal, bilateral

**Pathology Summary**

Arthrogryposis id detected in this full-term stillborn calf. No other significant lesions are observed. The crown to rump length and the appearance of the calf indicate that this animal was approximately at full term at the time of death. No evidence of infectious causes of fetal death are observed. Arthrogryposis is typically due to reduced in utero limb movement. This lesion can be caused by exposure to certain poisonous plants (Lupine spp.), some viral infections (bovine viral diarrhea virus), or genetic causes. An autosomal recessive genetic defect has been detected in Angus cattle which can this lesion. Lupine spp. exposure is the most common cause, but other differentials should be considered. Definitive determination of the cause of arthrogryposis is often not possible. When poisonous plants or viral causes are responsible for arthrogryposis, there will typically be multiple affected fetuses/calves. Regardless of the causer of arthrogryposis, it may result in dystocia and death in calves. The most likely cause of death in this calf is dystocia secondary to arthrogryposis. Squamous epithelial cells are observed within the alveolar spaces of the lungs, indicating fetal stress occurred prior to death.

Kidney and liver were sent to the Kansas State Veterinary Diagnostic Laboratory as requested. Please see the results of this testing below. Clinically significant abnormalities were not detected in liver or kidney.



Utah Veterinary Diagnostic Laboratory
950 E 1400 N
Logan UT 84341
Phone: (435) 797-1895 Fax: (435) 797-2805

Website: www.usu.edu/uvdl

**Gross Findings**

A 33.1 kg. (72.8 lbs.) Angus calf is necropsied on 2/14/24. The calf is in good postmortem condition. The calf has adequate subcutaneous and abdominal fat (good body condition). The eponychium is still present on all four hooves and there is no dirt on the surface of the eponychium, indicating that this calf never stood. The lungs are not inflated, indicating that the calf did not take a breath. The carpi, elbows, and tarsi are fixed in a state of flexion and cannot be extended (arthrogryposis). The crown to rump length is 89 cm.

**Histopathologic Findings**

Microscopic findings: Significant microscopic findings are provided as disease or morphologic diagnoses in the above "Pathology Summary" section.

No significant histopathologic abnormalities are noted in sections of tongue, umbilicus, digital flexor tendon, esophagus, rumen, small and large intestine, liver, spleen, kidney, adrenal gland, skeletal muscle, heart, trachea, thyroid gland, thymus, and brain.

Pathologist: Mike Clayton, DVM, PhD. Dipl. ACVP

**Laboratory Findings**

**Outside Lab**

**Test Level Result: Outside Lab Test - 2/21/2024 4:51 PM**
Please see attached report from the Kansas State Veterinary Diagnostic Laboratory. Manhattan, KS.

**Client Report History**

| Report Type | Delivery Method | Sent To | Date Sent |
|---|---|---|---|
| Preliminary | Email | drhornhunter@hotmail.com | 2/14/2024 2:54 PM |
| Final | Email | drhornhunter@hotmail.com | 2/23/2024 3:13 PM |

**KANSAS STATE VETERINARY DIAGNOSTIC LABORATORY**
**1800 DENISON AVENUE**
**MANHATTAN, KS 66506-5606**
Laboratory Client Care  Phone #: 866-512-5650   Fax #: 785-532-4835
Email: ClientCare@vet.k-state.edu



Owner:
  **NOT SPECIFIED**

Rdvm:
  **DR CLAYTON**

Clinic:
  **UTAH VETERINARY DIAGNOSTIC LAB**
  950 E 1400 N
  PO BOX 6338
  LOGAN, UT 84341

**Accession Number:** D24-008843
**Reference Number:** 24L01082
  **Case Coordinator:** STEVE ENSLEY
  **Received:** 02/13/2024
  **Finalized:** 02/15/2024
  **Species:** BOVINE
  **Animal ID:** 24L1082

**FINAL REPORT**
*This report supercedes all previous reports for this case*

## Toxicology

### TRACE MINERAL PANEL (LIVER - WET WEIGHT ADULT)

| Animal Id: | 24L1082 | | | |
|---|---|---|---|---|
| Specimen Desc: | LIVER | | | |
| Ca | | 53.6 | ppm | 30.0 - 200.0 |
| Co | | 0.025 | ppm | 0.020 - 0.200 |
| Cr | | 0.023 L | ppm | 0.040 - 3.800 |
| Cu | | 74 | ppm | 25 - 150 |
| Fe | | 477 H | ppm | 45 - 220 |
| K | | 3087 | ppm | 1400 - 4000 |
| Mg | | 155 | ppm | 100 - 250 |
| Mn | | 1.494 L | ppm | 1.500 - 5.000 |
| Mo | | 0.495 | ppm | 0.200 - 1.400 |
| Na | | 1686 | ppm | 900 - 3000 |
| P | | 2569 | ppm | 2000 - 4000 |
| Se | | 0.514 | ppm | 0.200 - 0.700 |
| Zn | | 200 H | ppm | 25 - 125 |

### HEAVY METAL PANEL

| Animal Id: | 24L1082 | | | |
|---|---|---|---|---|
| Specimen Desc: | LIVER | | | |
| As | | 0.007 | ppm | No Ref Interval |
| Cd | | 0.001 | ppm | No Ref Interval |
| Pb | | 0.023 | ppm | No Ref Interval |
| Tl | | 0.002 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  February 15, 2024

| Animal Id: | 24L1082 | | | |
|---|---|---|---|---|
| Specimen Desc: | KIDNEY | | | |
| As | | 0.004 | ppm | No Ref Interval |

*Toxicology*

## HEAVY METAL PANEL

| | | | |
|---|---|---|---|
| Cd | 0.001 | ppm | No Ref Interval |
| Pb | 0.003 | ppm | No Ref Interval |
| Tl | 0.003 | ppm | No Ref Interval |

Reported By
LEANNA DEMONT

Date Reported
February 15, 2024

## TOXICOLOGY INTERPRETATION

Species:     BOVINE
Animal Id:   24L1082

Tox Comments
Liver chromium and manganese is decreased though this is likely not clinically significant. Iron and zinc are elevated.

Heavy metal normal ranges for bovine liver are as follows:
As (ppm) < 2 ppm > 3 toxic
Cd (ppm) < 1 ppm
Pb (ppm) < 5 ppm > 5 is toxic
Tl (ppm) < .05 ppm
Liver heavy metal values are normal

Heavy metal normal ranges for bovine liver are as follows:
As (ppm) < 1.5 ppm
Cd (ppm) < 1.5
Pb (ppm) < 2.5 ppm
Tl (ppm) < .06 ppm
Kidney heavy metal values are normal

Kidney selenium, zinc, copper, chromium, and cobalt are below reference values. Potassium and sodium are elevated, though it should be noted that kidney is not an appropriate sample to analyze macrominerals.

Reported By
Steve Ensley, DVM PhD
Veterinary Toxicologist

## TRACE MINERAL BOVINE KIDNEY-WET WEIGHT ADULT

Animal Id:      24L1082
Specimen Desc:  KIDNEY

| | | | | |
|---|---|---|---|---|
| Ca | 62.3 | | ppm | 45.0 - 200.0 |
| Co | 0.011 | L | ppm | 0.071 |
| Cr | 0.042 | L | ppm | 0.050 - 6.200 |
| Cu | 3.0 | L | ppm | 4.0 - 6.0 |
| Fe | 98.2 | | ppm | 30.0 - 150.0 |
| K | 3012.0 | H | ppm | 2250.0 - 2400.0 |
| Mg | 154 | | ppm | 50 - 200 |
| Mn | 0.329 | L | ppm | 1.000 - 2.000 |
| Mo | 0.264 | | ppm | 0.200 - 0.600 |
| Na | 1983 | H | ppm | 1450 - 1700 |
| P | 2468 | | ppm | 2000 - 3250 |
| Se | 0.6 | L | ppm | 1.0 - 2.0 |
| Zn | 17 | L | ppm | 18 - 25 |


Utah Veterinary Diagnostic Laboratory

Utah Veterinary Diagnostic Laboratory
950 East 1400 North
Logan UT 84341
Phone: (435) 797-1895 Fax: (435) 797-2805

Website: www.usu.edu/uvdl

Report Date: 2/7/2024

## Final Report

**Date Received:** 1/31/2024    **Case Coordinator:** Dr. Arnaud Van Wettere, DVM, PhD, DACVP    **Accession No:**    24L00778

LYNN RASMUSSEN
168 LAGO LIBERTY ROAD
GRACE ID 83241

Phone:   (208) 390-6447
Email:    drhornhunter@hotmail.com

*Calf 926*
*from Control*
*group of unexposed*
*1st calvers*

**Associated Parties**

Owner   Lynn Rasmussen

**Purpose of Test**

Diagnostic

**Reference Data**

Location: ID00HGGY

**Animal Information**

| Name | Taxonomy |
|--------|----------|
| No Tag | Cattle |

**Disease Diagnosis(es)**

Pneumonic pasteurellosis
Copper deficiency

**Diagnosis(es)**

1. Lung: Bronchopneumonia, cranioventral, fibrino-hemorrhagic, neutrophilic, locally extensive, severe, acute, with bacteria.
2. Spleen: Lymphoid depletion, diffuse, severe, chronic.
3. Small intestine: Enteritis, neutrophilic, multifocal, mild, acute, with villous atrophy, and rare crypt abscesses.
4. Severe copper deficiency.
5. Severe weight loss.

**Pathology Summary**

The death of this calf is attributed to severe bacterial bronchopneumonia. In addition, gross and microscopic evidence of enteritis and diarrhea are present which likely contributed to the demise of this calf.

The necropsy reveals a calf with moderate weight loss, severe bronchopneumonia, and diarrhea. Microscopic examination confirmed the bronchopneumonia and enteritis. *Pasteurella multocida* is isolated from the lung. Antibiotic sensitivity testing can be performed upon request.



Utah Veterinary Diagnostic Laboratory
950 East 1400 North
Logan UT 84341
Phone: (435) 797-1895 Fax: (435) 797-2805

Website: www.usu.edu/uvdl

**Utah Veterinary Diagnostic Laboratory**

Bovine respiratory disease (BRD) is usually associated with either the bacteria *Mannheimia haemolytica*, *Pasteurella multocida*, *Trueperella (Arcanobacterium) pyogenes* or *Histophilus somni*. When the animals normal immune defense mechanisms are compromised by a stressful event (e.g. weaning, shipping, processing, adverse weather, and crowding), the decreased immune defenses predispose to viral infections that damage the respiratory system epithelium, thus further compromising the respiratory defense mechanisms, allowing invasion by bacteria, and development of severe bacterial bronchopneumonia

A sample of liver and kidney are sent for mineral analysis including heavy metals to Kansas State University Veterinary Diagnostic laboratory. Mineral analysis reveals a severe copper deficiency and lower than normal concentrations of cobalt, manganese, molybdenum, and selenium. Mineral deficiencies are a common underlying cause of decreased immune function, poor response to vaccination and increased susceptibility to infectious disease

**Gross Findings**

A female Angus calf reported to be 3-month-old is submitted for necropsy on 1.31.24. No identification tag is present. The calf is in an excellent state of preservation. She weighs 107 kg (236 lb). A moderate amount of pasty feces coats the perianal region and ventral tail. The calf is in moderately to markedly reduced emaciated with adequate musculature but no subcutaneous fat, and small amount of visceral adipose tissue. The trachea and major bronchi contain a large amount of white foam and a few white and red mottled clots (hemorrhage, fibrin, and pus). The ventral 2/3 of all lung lobes is dark red, firm, consolidated, and oozes minimal amount of dark red fluid on cut surfaces. Samples sink in formalin. The forestomach contains a moderate amount of normal grassy ingesta. The small intestine and colon contain a moderate amount of tan liquid digesta and feces. The distal colon is empty.

**Histopathologic Findings**

Significant histopathologic findings are provided as disease or morphologic diagnoses in the above "Summary" section. No significant histopathologic abnormalities are noted in sections of heart, liver, kidney, nasal turbinate, trachea, thyroid gland, adrenal gland, skeletal muscle, rumen, reticulum omasum, abomasum, colon, and brain.

Pathologist: Arnaud Van Wettere, DVM, MS, PhD, Dipl. ACVP

**Laboratory Findings**

**Bacteriology**

| Specimen | Test Name | Organism | Growth Amount | Comment |
|---|---|---|---|---|
| No Tag - Cattle | | | | |
| Kidney - 2 | Aerobic culture - 2/1/2024 3:08 PM | *Pasteurella multocida* | Heavy | Hemolytic |

**Outside Lab**

**Test Level Result: Outside Lab Test - 2/7/2024 4:55 PM**
Please see attached report from the Kansas State University Veterinary Diagnostic Laboratories, Manhattan, KS.

**Client Report History**

| Report Type | Delivery Method | Sent To | Date Sent |
|---|---|---|---|
| Preliminary | Email | drhornhunter@hotmail.com | 2/2/2024 4:50 PM |
| Interim | Email | drhornhunter@hotmail.com | 2/5/2024 1:21 PM |
| Final | Email | drhornhunter@hotmail.com | 2/7/2024 5:01 PM |

**KANSAS STATE VETERINARY DIAGNOSTIC LABORATORY**
**1800 DENISON AVENUE**
**MANHATTAN, KS 66506-5606**
Laboratory Client Care  Phone #: 866-512-5650  Fax #: 785-532-4835
Email: ClientCare@vet.k-state.edu



Owner:
**NOT SPECIFIED**

Rdvm:
**DR ARNAUD VAN WETTERE**

Clinic:
**UTAH VETERINARY DIAGNOSTIC LAB**
950 E 1400 N
PO BOX 6338
LOGAN, UT 84341

**Accession Number:** D24-006576
**Reference Number:** 24L778
**Case Coordinator:** STEVE ENSLEY
**Received:** 02/02/2024
**Finalized:** 02/07/2024
**Species:** BOVINE
**Age:** 3M
**Animal ID:** 24L778

**FINAL REPORT**
*This report supercedes all previous reports for this case*

## *Toxicology*

### TRACE MINERAL PANEL (LIVER - WET WEIGHT ADULT)

| Animal Id: | 24L778 | | | |
|---|---|---|---|---|
| Specimen Desc: | LIVER | | | |
| Ca | | 54.9 | ppm | 30.0 - 200.0 |
| Co | | 0.072 | ppm | 0.020 - 0.200 |
| Cr | | 0.034 L | ppm | 0.040 - 3.800 |
| Cu | | 5 L | ppm | 25 - 150 |
| Fe | | 71 | ppm | 45 - 220 |
| K | | 2833 | ppm | 1400 - 4000 |
| Mg | | 176 | ppm | 100 - 250 |
| Mn | | 1.015 L | ppm | 1.500 - 5.000 |
| Mo | | 0.413 | ppm | 0.200 - 1.400 |
| Na | | 1388 | ppm | 900 - 3000 |
| P | | 2908 | ppm | 2000 - 4000 |
| Se | | 0.326 | ppm | 0.200 - 0.700 |
| Zn | | 61 | ppm | 25 - 125 |

### HEAVY METAL PANEL

| Animal Id: | 24L778 | | | |
|---|---|---|---|---|
| Specimen Desc: | LIVER | | | |
| As | | 0.005 | ppm | No Ref Interval |
| Cd | | 0.006 | ppm | No Ref Interval |
| Pb | | 0.280 | ppm | No Ref Interval |
| Tl | | 0.001 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  February 6, 2024

| Animal Id: | 24L778 | | | |
|---|---|---|---|---|
| Specimen Desc: | KIDNEY | | | |
| As | | 0.004 | ppm | No Ref Interval |

*Toxicology*

## HEAVY METAL PANEL

| | | | |
|---|---|---|---|
| Cd | 0.033 | ppm | No Ref Interval |
| Pb | 0.219 | ppm | No Ref Interval |
| Tl | 0.002 | ppm | No Ref Interval |

Reported By
LEANNA DEMONT

Date Reported
February 6, 2024

## TOXICOLOGY INTERPRETATION

| | |
|---|---|
| Species: | BOVINE |
| Animal Id: | 24L778 |

Tox Comments
liver Cr, Cu and Mn are below the normal range.

kidney Co,Cu,Mn,Mo and Se are below the normal range.

This animal is very Cu deficient.

heavy metals are within the normal range.

heavy metal reference range
As (ppm) < 2 ppm > 3 toxic
Cd (ppm) < 1 ppm
Pb (ppm) < 5 ppm > 5 is toxic
Tl (ppm) < .05 ppm

Reported By
Steve Ensley, DVM PhD
Veterinary Toxicologist

## TRACE MINERAL BOVINE KIDNEY-WET WEIGHT ADULT

| Animal Id: | 24L778 | | | |
|---|---|---|---|---|
| Specimen Desc: | KIDNEY | | | |
| Ca | 47.5 | | ppm | 45.0 - 200.0 |
| Co | 0.035 | L | ppm | 0.071 |
| Cr | 0.053 | | ppm | 0.050 - 6.200 |
| Cu | 2.8 | L | ppm | 4.0 - 6.0 |
| Fe | 44.0 | | ppm | 30.0 - 150.0 |
| K | 2346.2 | | ppm | 2250.0 - 2400.0 |
| Mg | 133 | | ppm | 50 - 200 |
| Mn | 0.551 | L | ppm | 1.000 - 2.000 |
| Mo | 0.197 | L | ppm | 0.200 - 0.600 |
| Na | 1527 | | ppm | 1450 - 1700 |
| P | 2071 | | ppm | 2000 - 3250 |
| Se | 0.9 | L | ppm | 1.0 - 2.0 |
| Zn | 20 | | ppm | 18 - 25 |



Utah Veterinary Diagnostic Laboratory
950 E 1400 N
Logan UT 84341
Phone: (435) 797-1895 Fax: (435) 797-2805

Website: www.usu.edu/uvdl

Report Date: 3/8/2024

## Final Report

**Date Received:** 2/29/2024          **Case Coordinator:** Mike Clayton DVM, DVM          **Accession No:**          24L01738

LYNN RASMUSSEN
168 LAGO LIBERTY ROAD
GRACE ID 83241

Phone:      (208) 390-6447
Email:      drhornhunter@hotmail.com

*Calf*
*#25*
*Aborted*
*Calf*

### Associated Parties

Owner   Lynn Rasmussen

### Purpose of Test

Diagnostic

### Reference Data

Location: ID00HGGY

### Animal Information

| Name | Taxonomy |
|------|----------|
| 25   | Cattle   |

### Diagnosis(es)

Aborted fetus

### Pathology Summary

A cause of abortion is not determined after gross and microscopic evaluation of the submitted fetus. No evidence of infectious or inflammatory causes of abortion is observed. Testing for bovine viral diarrhea virus is negative. Non-infectious causes of abortions include nutritional, toxic, genetic, environmental, or developmental abnormalities and should be considered in this case.

Hepatic mineral analysis performed at the Kansas State Veterinary diagnostic Lab can be seen below.

### Gross Findings

A 24.9 kg. (54.8 lbs.) Angus bull calf fetus is submitted for necropsy on 2/29/2024. The hind leg has duct tape around it with the number "25" written on it. The calf has a crown to rump length of 33 cm. No gross lesions are observed.



**KANSAS STATE VETERINARY DIAGNOSTIC LABORATORY**
**1800 DENISON AVENUE**
**MANHATTAN, KS 66506-5606**
Laboratory Client Care  Phone #: 866-512-5650  Fax #: 785-532-4835
Email: ClientCare@vet.k-state.edu

Owner:
**NOT SPECIFIED**

**Accession Number:** D23-078565
**Reference Number:** 23L12301
**Case Coordinator:** STEVE ENSLEY
**Received:** 12/07/2023
**Finalized:** 12/13/2023
**Species:** BOVINE
**Animal ID:** LIVER 633
**Specimen:** LIVER

Rdvm:
**DR HULLINGER**

Clinic:
**UTAH VETERINARY DIAGNOSTIC LAB**
950 E 1400 N
PO BOX 6338
LOGAN, UT 84341

**FINAL REPORT**
*This report supercedes all previous reports for this case*

## *Toxicology*

### HEAVY METAL PANEL

| Animal Id: | LIVER 633 | | | |
| --- | --- | --- | --- | --- |
| Specimen Desc: | LIVER | | | |
| As | | 0.003 | ppm | No Ref Interval |
| Cd | | 0.024 | ppm | No Ref Interval |
| Pb | | 0.012 | ppm | No Ref Interval |
| Tl | | 0.002 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  December 12, 2023

### TOXICOLOGY INTERPRETATION

| Species: | BOVINE |
| --- | --- |
| Animal Id: | LIVER 633 |

Tox Comments
  liver minerals are within a normal range.

  As (ppm) < 2 ppm > 3 toxic
  Cd (ppm) < 1 ppm
  Pb (ppm) < 5 ppm > 5 is toxic
  Tl (ppm) < .05 ppm

Reported By
  Steve Ensley, DVM PhD
  Veterinary Toxicologist



Utah Veterinary Diagnostic Laboratory
950 E 1400 N
Logan UT 84341
Phone: (435) 797-1895 Fax: (435) 797-2805

Website: www.usu.edu/uvdl

Report Date: 03/08/2024

**Final Report**

**Date Received:** 02/16/2024

**Case Coordinator:** Mike Clayton DVM, DVM

**Accession No:** 24L01307

LYNN RASMUSSEN
168 LAGO LIBERTY ROAD
GRACE ID 83241

Phone: (208) 390-6447
Email: drhornhunter@hotmail.com

**Associated Parties**

Owner   Lynn Rasmussen

*Dead calf*
*Low Trace minerals*

**Purpose of Test**

Diagnostic

**Reference Data**

Location: ID00HGGY

**Animal Information**

| Name | Taxonomy |
|------|----------|
| 726  | Cattle   |

**Diagnosis(es)**

1. Enterocolitis, necrotizing and hemorrhagic, moderate to severe, acute
2. Rumenitis, reticulitis, omasitis, neutrophilic, diffuse, moderate, acute
3. Serous atrophy of fat (heart, tongue), diffuse, moderate, acute

**Pathology Summary**

Death is attributed to enteritis and subsequent dehydration and hypovolemia. Gross lesions were indicative of dehydration. Microscopic findings included inflammation and hemorrhage in the small and large intestine, as well as the forestomachs. A cause of diarrhea is not detected. Ancillary tests for the most common causes of diarrhea in calves were performed and none of these pathogens was detected. Differential diagnoses include viral, bacterial, and protozoal causes of diarrhea in calves. There was also serous atrophy of fat, which indicates a poor state of nutrition at the time of death.

Metal and mineral panels performed at Kansas State University are included below. Please be aware that the toxicologist as Kansas State has requested that we stop sending kidney for this testing, stating that kidney is not useful unless copper toxicity is suspected.

Hepatic mineral analysis detected deficiencies in copper and manganese.

Testing for bovine viral diarrhea virus and a calf enteric PCR panel testing for rotavirus, coronavirus, Cryptosporidium, E. coli and Salmonella was performed and non of these pathogens was detected.



**Utah Veterinary Diagnostic Laboratory**

Utah Veterinary Diagnostic Laboratory
950 E 1400 N
Logan UT 84341
Phone: (435) 797-1895 Fax: (435) 797-2805

Website: www.usu.edu/uvdl

## Gross Findings

A 46.4 kg. (102 lbs.) neonatal male Angus calf is necropsied on 2-16-2024. The calf is in good body condition with minimal subcutaneous and abdominal fat. There is moderate postmortem decomposition of the body. A yellow tag in the right ear is labeled "726". The eyes are moderately depressed within their sockets (dehydration). No other gross lesions are observed.

## Histopathologic Findings

Microscopic findings: Significant microscopic findings are provided as disease or morphologic diagnoses in the above "Pathology Summary" section.

No significant histopathologic abnormalities are noted in sections of esophagus, abomasum, liver, spleen, kidney, urinary bladder, adrenal gland, skeletal muscle, trachea, lung, thyroid gland, lymph node, and brain.

Pathologist: Mike Clayton, DVM, PhD. Dipl. ACVP

## Laboratory Findings

### Molecular Diagnostics





| Specimen | Test Name | CT Value | Result |
|---|---|---|---|
| 726 - Cattle | | | |
| Feces - 4 | PANEL: Bovine enteric pathogens panel - 03/01/2024 2:54 PM | | |
| | Bovine coronavirus (BCoV) qPCR | No Ct | Not detected |
| | Bovine rotavirus A (BRV) qPCR | No Ct | Not detected |
| | Cryptosporidium spp. qPCR | No Ct | Not detected |
| | E. coli F5 (K99) qPCR | No Ct | Not detected |
| | Salmonella spp. qPCR | No Ct | Not detected |

## Outside Lab

**Test Level Result: Outside Lab Test - 02/23/2024 4:46 PM**
Please see attached report from the Kansas State Veterinary Diagnostic Laboratory, Manhattan KS.

## Serology

| Specimen | BVD antigen ELISA | |
|---|---|---|
| 726 - Ear Notch - 5 | Not detected | 0.002 |

BVD antigen ELISA — This enzyme-linked immunosorbent assay (ELISA) detects antigens of bovine viral diarrhea virus (BVDV) in bovine serum and bovine skin (ear notch) samples. Values provided are sample to positive control ratios (S/P); the higher the S/P value, the greater the viral load. As with other assays for BVDV, this ELISA does not distinguish between transiently and persistently infected animals – repeat testing of positive animals after a period of four to five weeks is necessary to identify persistently infected animals.

## Client Report History

| Report Type | Delivery Method | Sent To | Date Sent |
|---|---|---|---|
| Preliminary | Email | drhornhunter@hotmail.com | 02/28/2024 1:24 PM |
| Final | Email | drhornhunter@hotmail.com | 03/08/2024 1:06 PM |

**KANSAS STATE VETERINARY DIAGNOSTIC LABORATORY**
**1800 DENISON AVENUE**
**MANHATTAN, KS 66506-5606**
Laboratory Client Care  Phone #: 866-512-5650  Fax #: 785-532-4835
Email: ClientCare@vet.k-state.edu



Owner:
  **NOT APPLICABLE**

Rdvm:
  **DR CLAYTON**

Clinic:
  **UTAH VETERINARY DIAGNOSTIC LAB**
   950 E 1400 N
   PO BOX 6338
   LOGAN, UT 84341

**Accession Number:** D24-010716
**Reference Number:** 24L1307
  **Case Coordinator:** SCOTT FRITZ
  **Received:** 02/21/2024
  **Finalized:** 02/23/2024
  **Species:** BOVINE
  **Age:** 2W
  **Animal ID:** 24L1307

**FINAL REPORT**
*This report supercedes all previous reports for this case*

## *Toxicology*

### TRACE MINERAL PANEL (LIVER - WET WEIGHT ADULT)

Animal Id:  24L1307
Specimen Desc:  LIVER

| | | | | |
|---|---|---|---|---|
| Ca | 36.4 | | ppm | 30.0 - 200.0 |
| Co | 0.019 | L | ppm | 0.020 - 0.200 |
| Cr | 0.031 | L | ppm | 0.040 - 3.800 |
| Cu | 20 | L | ppm | 25 - 150 |
| Fe | 42 | L | ppm | 45 - 220 |
| K | 3360 | | ppm | 1400 - 4000 |
| Mg | 156 | | ppm | 100 - 250 |
| Mn | 0.599 | L | ppm | 1.500 - 5.000 |
| Mo | 0.344 | | ppm | 0.200 - 1.400 |
| Na | 910 | | ppm | 900 - 3000 |
| P | 2576 | | ppm | 2000 - 4000 |
| Se | 0.208 | | ppm | 0.200 - 0.700 |
| Zn | 58 | | ppm | 25 - 125 |

### HEAVY METAL PANEL

Animal Id:  24L1307
Specimen Desc:  LIVER

| | | | |
|---|---|---|---|
| As | 0.002 | ppm | No Ref Interval |
| Cd | 0.001 | ppm | No Ref Interval |
| Pb | 0.008 | ppm | No Ref Interval |
| Tl | 0.002 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  February 23, 2024

Animal Id:  24L1307
Specimen Desc:  KIDNEY

| | | | |
|---|---|---|---|
| As | 0.003 | ppm | No Ref Interval |

*Toxicology*

## HEAVY METAL PANEL

| | | | |
|---|---|---|---|
| Cd | 0.001 | ppm | No Ref Interval |
| Pb | 0.003 | ppm | No Ref Interval |
| Tl | 0.002 | ppm | No Ref Interval |

Reported By
LEANNA DEMONT

Date Reported
February 23, 2024

## TOXICOLOGY INTERPRETATION

Species: BOVINE
Animal Id: 24L1307

Tox Comments
Heavy metals are at normal background concentrations.

Liver copper and manganese are deficient. This indicates that the dam was likely deficient during gestation.

There are many minerals below the normal range in the kidney, the liver is the storage organ of most minerals and provides a better indicator of body status.

Reported By
Dr. Scott Fritz, DVM, DABVT
Veterinary Toxicologist

## TRACE MINERAL BOVINE KIDNEY-WET WEIGHT ADULT

Animal Id: 24L1307
Specimen Desc: KIDNEY

| | | | | |
|---|---|---|---|---|
| Ca | 22.4 | L | ppm | 45.0 - 200.0 |
| Co | 0.004 | L | ppm | 0.071 |
| Cr | 0.017 | L | ppm | 0.050 - 6.200 |
| Cu | 1.9 | L | ppm | 4.0 - 6.0 |
| Fe | 25.9 | L | ppm | 30.0 - 150.0 |
| K | 2079.7 | L | ppm | 2250.0 - 2400.0 |
| Mg | 96 | | ppm | 50 - 200 |
| Mn | 0.134 | L | ppm | 1.000 - 2.000 |
| Mo | 0.127 | L | ppm | 0.200 - 0.600 |
| Na | 778 | L | ppm | 1450 - 1700 |
| P | 1504 | L | ppm | 2000 - 3250 |
| Se | 0.3 | L | ppm | 1.0 - 2.0 |
| Zn | 14 | L | ppm | 18 - 25 |



**Utah Veterinary Diagnostic Laboratory**

Utah Veterinary Diagnostic Laboratory
950 East 1400 North
Logan UT 84341
Phone: (435) 797-1895 Fax: (435) 797-2805

Website: www.usu.edu/uvdl

## Gross Findings

A 60 lb, stillborn, black Angus calf in fair body condition (adequate to slightly decreased adipose and musculature) is necropsied on 1/19/2024. The calf is markedly deformed, with attachment of the hind limbs to the dorsal aspect of the malformed rib cage, and arthrogryposis and lateral deviations of all four limbs. Severe gastroschisis externalizes all organs, which are all malformed. The placenta appears to be continuous with the skin. The liver consists of one lobe that is moderately firm with irregular margins. The descending colon and spiral colon are blind-ended structures. The reticulum, abomasum, bladder, and gonads are not found.

## Histopathologic Findings

Significant findings are summarized in the above diagnoses section. No significant pathology observed in sections of lung, spleen, thyroid, thymus, liver, adrenal gland, heart, placenta, omasum, skin, jejunum, cerebrum, cerebellum, and brainstem.

Pathologist: Carmen Lau, DVM, PhD, Dipl. ACVP

## Pending Tests

| Test/Panel | Pending | UnReviewed |
|---|---|---|
| Outside Lab Outside Lab Test | 1 (Calf / Rasmussen) | 0 |

## Client Report History

| Report Type | Delivery Method | Sent To | Date Sent |
|---|---|---|---|
| Preliminary | Email | drhornhunter@hotmail.com | 01/24/2024 10:06 AM |



**Utah Veterinary Diagnostic Laboratory**

Utah Veterinary Diagnostic Laboratory
950 East 1400 North
Logan UT 84341
Phone: (435) 797-1895 Fax: (435) 797-2805

Website: www.usu.edu/uvdl

Report Date: 3/20/2024

**Final Report**

Date Received: 3/12/2024    **Case Coordinator:** Dr. Arnaud Van Wettere, DVM, PhD, DACVP    **Accession No:**    24L02186

LYNN RASMUSSEN
168 LAGO LIBERTY ROAD
GRACE ID 83241

Phone:    (208) 390-6447
Email:    drhornhunter@hotmail.com

**Associated Parties**

Owner   Lynn Rasmussen

**Purpose of Test**

Diagnostic

*Dead cow*
*578*

**Reference Data**

Location: ID00HGGY

**Animal Information**

| Name | Taxonomy |
|------|----------|
| 578 | Cattle |

**Laboratory Findings**

**Outside Lab**

**Test Level Result: Outside Lab Test - 3/19/2024 3:20 PM**
Please see attached report from the Kansas State Veterinary Diagnostic Laboratory, Manhattan, KS.

**Client Report History**

| Report Type | Delivery Method | Sent To | Date Sent |
|-------------|-----------------|---------|-----------|
| Final | Email | drhornhunter@hotmail.com | 3/20/2024 9:51 AM |

**KANSAS STATE VETERINARY DIAGNOSTIC LABORATORY**
**1800 DENISON AVENUE**
**MANHATTAN, KS 66506-5606**
Laboratory Client Care Phone #: 866-512-5650  Fax #: 785-532-4835
Email: ClientCare@vet.k-state.edu

Owner:
**NOT SPECIFIED**

**Accession Number:** D24-017039
**Reference Number:** 24L2186
 **Case Coordinator:** STEVE ENSLEY
 **Received:** 03/15/2024
 **Finalized:** 03/19/2024
 **Species:** BOVINE
 **Sex:** FEMALE
**Animal ID:** 578

Rdvm:
**DR ARNAUD VAN WETTERE**

Clinic:
**UTAH VETERINARY DIAGNOSTIC LAB**
 950 E 1400 N
 PO BOX 6338
 LOGAN, UT 84341

**FINAL REPORT**
*This report supercedes all previous reports for this case*

## *Toxicology*

### TRACE MINERAL PANEL (LIVER - WET WEIGHT ADULT)

| Animal Id: | 578 | | | |
|---|---|---|---|---|
| Specimen Desc: | LIVER | | | |
| Ca | | 35.3 | ppm | 30.0 - 200.0 |
| Co | | 0.074 | ppm | 0.020 - 0.200 |
| Cr | | 0.036 L | ppm | 0.040 - 3.800 |
| Cu | | 13 L | ppm | 25 - 150 |
| Fe | | 105 | ppm | 45 - 220 |
| K | | 3503 | ppm | 1400 - 4000 |
| Mg | | 200 | ppm | 100 - 250 |
| Mn | | 3.633 | ppm | 1.500 - 5.000 |
| Mo | | 1.522 H | ppm | 0.200 - 1.400 |
| Na | | 1244 | ppm | 900 - 3000 |
| P | | 3728 | ppm | 2000 - 4000 |
| Se | | 0.485 | ppm | 0.200 - 0.700 |
| Zn | | 32 | ppm | 25 - 125 |

### HEAVY METAL PANEL

| Animal Id: | 578 | | | |
|---|---|---|---|---|
| Specimen Desc: | LIVER | | | |
| As | | 0.022 | ppm | No Ref Interval |
| Cd | | 0.383 | ppm | No Ref Interval |
| Pb | | 0.041 | ppm | No Ref Interval |
| Tl | | 0.001 | ppm | No Ref Interval |

Reported By
 LEANNA DEMONT

Date Reported
 March 19, 2024

| Animal Id: | 578 | | | |
|---|---|---|---|---|
| Specimen Desc: | KIDNEY | | | |
| As | | 0.022 | ppm | No Ref Interval |

**Accession Number:** D24-017039
Tuesday, 19 Mar 2024 11:54 AM
**Status:** Finalized
Reference Number: 24L02186
Final (3/20/2024)
Page 1 of 4

*Toxicology*

## HEAVY METAL PANEL

| | | | |
|---|---|---|---|
| Cd | 2.900 | ppm | No Ref Interval |
| Pb | 0.044 | ppm | No Ref Interval |
| Tl | 0.007 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  March 19, 2024

## TOXICOLOGY INTERPRETATION

| | |
|---|---|
| Species: | BOVINE |
| Animal Id: | 578 |

Tox Comments
  Copper is deficient and molybdenum is elevated. Molybdenum is a copper antagonist and could be partially responsible for the lower copper value. Excess sources of molybdenum and other copper antagonists like sulfur should be identified and removed from the diet if possible.

  Normal heavy metal ranges for adult bovine livers:
  As (ppm) < 2 ppm > 3 toxic
  Cd (ppm) < 1 ppm
  Pb (ppm) < 5 ppm > 5 is toxic
  Tl (ppm) < .05 ppm
  All values are within normal ranges.

  Normal heavy metal ranges for adult bovine kidneys:
  As (ppm) < 1.5 ppm
  Cd (ppm) < 1.5
  Pb (ppm) < 2.5 ppm
  Tl (ppm) < .06 ppm
  All values are within normal ranges except for cadmium. Cadmium naturally accumulates in kidneys over the life of the animal. These results should be interpreted in the context of clinical findings with symptoms such as anemia, reproductive issues, congenital defects, scaly skin, etc.

  *Clinical signs observed*

  There are numerous abnormalities associated with the trace mineral panel of the kidney. However, kidney is not an appropriate sample to interpret trace mineral findings. The preferred sample is liver.

Reported By
  Steve Ensley, DVM PhD
  Veterinary Toxicologist

## TRACE MINERAL BOVINE KIDNEY-WET WEIGHT ADULT

| Animal Id: | 578 | | | |
|---|---|---|---|---|
| Specimen Desc: | KIDNEY | | | |
| Ca | 50.7 | | ppm | 45.0 - 200.0 |
| Co | 0.014 | L | ppm | 0.071 |
| Cr | 0.021 | L | ppm | 0.050 - 6.200 |
| Cu | 2.3 | L | ppm | 4.0 - 6.0 |
| Fe | 65.7 | | ppm | 30.0 - 150.0 |
| K | 2022.1 | L | ppm | 2250.0 - 2400.0 |
| Mg | 121 | | ppm | 50 - 200 |
| Mn | 0.686 | L | ppm | 1.000 - 2.000 |
| Mo | 0.542 | | ppm | 0.200 - 0.600 |
| Na | 1945 | H | ppm | 1450 - 1700 |
| P | 1820 | L | ppm | 2000 - 3250 |
| Se | 0.9 | L | ppm | 1.0 - 2.0 |
| Zn | 13 | L | ppm | 18 - 25 |

*Toxicology*

**TRACE MINERAL BOVINE KIDNEY-WET WEIGHT ADULT**



Utah Veterinary Diagnostic Laboratory
950 East 1400 North
Logan UT 84341
Phone: (435) 797-1895 Fax: (435) 797-2805

Website: www.usu.edu/uvdl

Report Date: 3/20/2024

**Final Report**

**Date Received:** 3/11/2024          **Case Coordinator:** Carmen Lau, DVM, PhD, DACVP          **Accession No:**   24L02080

LYNN RASMUSSEN
168 LAGO LIBERTY ROAD
GRACE ID 83241

Phone:   (208) 390-6447
Email:    drhornhunter@hotmail.com

Dead cow # 11

**Associated Parties**

Owner   Lynn Rasmussen

**Purpose of Test**

Diagnostic

**Reference Data**

Location: ID00HGGY

**Laboratory Findings**

**Outside Lab**

**Test Level Result: Outside Lab Test - 3/19/2024 3:34 PM**
Please see attached report from the Kansas State Veterinary Diagnostic Laboratory, Manhattan, KS.

**Client Report History**

| Report Type | Delivery Method | Sent To | Date Sent |
|---|---|---|---|
| Final | Email | drhornhunter@hotmail.com | 3/20/2024 11:30 AM |

**KANSAS STATE VETERINARY DIAGNOSTIC LABORATORY**
**1800 DENISON AVENUE**
**MANHATTAN, KS 66506-5606**
Laboratory Client Care  Phone #: 866-512-5650  Fax #: 785-532-4835
Email: ClientCare@vet.k-state.edu



Owner:

**NOT APPLICABLE**

Rdvm:

**DR CARMEN LAU**

Clinic:

**UTAH VETERINARY DIAGNOSTIC LAB**
950 E 1400 N
PO BOX 6338
LOGAN, UT 84341

**Accession Number:** D24-016568
**Reference Number:** 24L2080
  **Case Coordinator:** STEVE ENSLEY
  **Received:** 03/14/2024
  **Finalized:** 03/19/2024
  **Species:** BOVINE
**Animal ID:** #11

**FINAL REPORT**
*This report supercedes all previous reports for this case*

## *Toxicology*

### TRACE MINERAL PANEL (LIVER - WET WEIGHT ADULT)

| | | | | | |
|---|---|---|---|---|---|
| Animal Id: | #11 | | | | |
| Specimen Desc: | LIVER | | | | |
| Ca | | 49.0 | | ppm | 30.0 - 200.0 |
| Co | | 0.096 | | ppm | 0.020 - 0.200 |
| Cr | | 0.036 | L | ppm | 0.040 - 3.800 |
| Cu | | 24 | L | ppm | 25 - 150 |
| Fe | | 137 | | ppm | 45 - 220 |
| K | | 2558 | | ppm | 1400 - 4000 |
| Mg | | 173 | | ppm | 100 - 250 |
| Mn | | 2.705 | | ppm | 1.500 - 5.000 |
| Mo | | 0.946 | | ppm | 0.200 - 1.400 |
| Na | | 1959 | | ppm | 900 - 3000 |
| P | | 3130 | | ppm | 2000 - 4000 |
| Se | | 0.501 | | ppm | 0.200 - 0.700 |
| Zn | | 44 | | ppm | 25 - 125 |

### HEAVY METAL PANEL

| | | | | |
|---|---|---|---|---|
| Animal Id: | #11 | | | |
| Specimen Desc: | LIVER | | | |
| As | | 0.010 | ppm | No Ref Interval |
| Cd | | 0.398 | ppm | No Ref Interval |
| Pb | | 0.044 | ppm | No Ref Interval |
| Tl | | 0.001 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  March 19, 2024

| | | | | |
|---|---|---|---|---|
| Animal Id: | #11 | | | |
| Specimen Desc: | KIDNEY | | | |
| As | | 0.010 | ppm | No Ref Interval |

*Toxicology*

## HEAVY METAL PANEL

| | | | |
|---|---|---|---|
| Cd | 4.704 | ppm | No Ref Interval |
| Pb | 0.071 | ppm | No Ref Interval |
| Tl | 0.001 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  March 19, 2024

## TOXICOLOGY INTERPRETATION

Species:          BOVINE
Animal Id:        #11

Tox Comments
  Copper and chromium are slightly deficient, though not to a clinically significant degree.

  Normal heavy metal ranges for adult bovine livers:
  As (ppm) < 2 ppm > 3 toxic
  Cd (ppm) < 1 ppm
  Pb (ppm) < 5 ppm > 5 is toxic
  Tl (ppm) < .05 ppm
  All values are within normal limits.

  Normal heavy metal ranges for adult bovine kidneys:
  As (ppm) < 1.5 ppm
  Cd (ppm) < 1.5
  Pb (ppm) < 2.5 ppm
  Tl (ppm) < .06 ppm
  All values are within normal limits with the exception of cadmium. Cadmium naturally accumulates in
  the kidneys throughout an animal's lifetime. Findings should be correlated with clinical symptoms
  such as anemia, reproductive issues, congenital defects, scaly skin, etc.

  *Clinical signs Observed* (handwritten annotation)

  There are numerous abnormalities associated with the trace mineral panel of the kidney. However,
  kidney is not an appropriate sample to interpret trace mineral findings. The preferred sample is liver.

Reported By
  Steve Ensley, DVM PhD
  Veterinary Toxicologist

## TRACE MINERAL BOVINE KIDNEY-WET WEIGHT ADULT

Animal Id:        #11
Specimen Desc:    KIDNEY

| | | | | |
|---|---|---|---|---|
| Ca | 55.8 | | ppm | 45.0 - 200.0 |
| Co | 0.029 | L | ppm | 0.071 |
| Cr | 0.019 | L | ppm | 0.050 - 6.200 |
| Cu | 3.4 | L | ppm | 4.0 - 6.0 |
| Fe | 108.3 | | ppm | 30.0 - 150.0 |
| K | 2099.3 | L | ppm | 2250.0 - 2400.0 |
| Mg | 136 | | ppm | 50 - 200 |
| Mn | 0.918 | L | ppm | 1.000 - 2.000 |
| Mo | 0.392 | | ppm | 0.200 - 0.600 |
| Na | 2663 | H | ppm | 1450 - 1700 |
| P | 2257 | | ppm | 2000 - 3250 |
| Se | 1.2 | | ppm | 1.0 - 2.0 |
| Zn | 19 | | ppm | 18 - 25 |

 **KANSAS STATE** Veterinary Diagnostic Laboratory UNIVERSITY

# EXHIBIT 12

Danny Rasmussen cases from 10/11/23 through 3/01/2024

Cattle in this case were exposed to soil, forage, and drinking water contaminated by an industrial waste spill that occurred when these cattle were on summer grazing pasture. Soil samples confirmed elevated levels of cadmium (Cd) and arsenic (As). The owner of the affected animals is concerned that these exposed cattle may have absorbed heavy metals that they were exposed to, into their system. Additionally, the owner is concerned about the future risk of feeding forage grown on the contaminated ground and drinking water that was contaminated by the industrial waste spill.

Exposure to elevated concentrations of Cd can have potentially negative effects on the kidneys, liver, lungs, bones, immune system, blood, and nervous system of cattle. Cadmium is a known carcinogen.

Kansas State Veterinary Diagnostic Laboratory (KSVDL) has these 4 case reports that pertain to this case. The following are the KSVDL case number and day received.

1. D23-065799   received 10/11/2023
2. D23-072508   received 11/09/2023
3. D23-077013   received 12/01/2023
4. D24-012516   received 02/28/2024

These cases involved analyzing whole blood and tissue for selected minerals.

Kidney cadmium concentrations were above the normal range in samples received on 11/09/2023. Twelve liver samples were received on 12/01/2023 for trace mineral analysis. A consistent finding in this case (D23-077013) was very deficient liver copper in many cattle. In this case (D23-077013), a gross and microscopic examination was also performed. Elevated dietary Cd in cattle can reduce tissue and serum copper (Cu) and kidney iron (Fe) concentrations.

Heavy metals like Cd can have many adverse effects on animals. The Agency for Toxic Substances and Disease Registry (ATSDR) has a good summary of the issues associated with Cd exposure.

https://www.atsdr.cdc.gov/ToxProfiles/tp5.pdf

**Steve Ensley DVM, PhD**

Veterinary Diagnostic Laboratory, http://www.ksvdl.org/  | College of Veterinary Medicine

Kansas State University | P217 Mosier Hall | 1800 Denison Ave. | Manhattan, KS 66506 | 785-532-4287

Client Care: 866-512-5650

 **Kansas State Veterinary DIAGNOSTIC LABORATORY** Develop. Defend. Deliver.



**C S BEEF PACKERS**

Name  LYNN RASMUSSEN
Address

Lot No.  24058101689
Date  02/27/2024

# EXHIBIT 13

| No. Head | Grade | Discount | Hot Weight | Dressed Price Per CWT. | Amount |
|---|---|---|---|---|---|
| 5 | Lean Boner Cow 500/ UP | | 3,159 | 206.00 | 6,507.54 |
| 2 | Boning Utility Cow 500/ UP | | 1,258 | 200.00 | 2,516.00 |
| 3 | White Cow 725/ UP | | 2,390 | 199.00 | 4,756.10 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| 10 | TOTALS | | 6,807 | | 13,779.64 |
|---|---|---|---|---|---|

| | |
|---|---|
| Beef Council | 0.00 |
| BIC | 0.00 |
| Trucking | (450.00) |
| FedEx | 0.00 |
| NET AMOUNT ===> | 13,329.64 |

Please visit our web site: www.csbeef.com

| ID_NO | BackTag | OtherID | GradeCode | Deduct* | Weight | Amount |
|---|---|---|---|---|---|---|
| 2405800349 | 0 | 541 | Lean Boner Cow | | 664 | 1367.84 |
| 2405800350 | 0 | 926 | Boning Utility Cow | | 623 | 1246.00 |
| 2405800351 | 87LW-9497 | 821 | White Cow | | 845 | 1681.55 |
| 2405800352 | 87LW-9498 | 12 | White Cow | | 734 | 1460.66 |
| 2405800353 | 87LW-9501 | 253 | Lean Boner Cow | | 563 | 1159.78 |
| 2405800354 | 87LW-9499 | 579 | Boning Utility Cow | | 635 | 1270.00 |
| 2405800355 | 87LW-9503 | 728 | Lean Boner Cow | | 644 | 1326.64 |
| 2405800356 | 87LW-9500 | 809 | White Cow | | 811 | 1613.89 |
| 2405800357 | 0 | 409 | Lean Boner Cow | | 661 | 1361.66 |
| 2405800358 | 87LW-9496 | 726 | Lean Boner Cow | | 627 | 1291.62 |

*(Deduct Codes: J-Jersey,F-Fat,B-Buckshot,L-Longhorn,O-Other,S-Size)

# KANSAS STATE VETERINARY DIAGNOSTIC LABORATORY
## 1800 DENISON AVENUE
## MANHATTAN, KS 66506-5606
Laboratory Client Care  Phone #: 866-512-5650  Fax #: 785-532-4835
Email: ClientCare@vet.k-state.edu

Owner:

**DANNY RASMUSSEN**
160 STEELE LN
GRACE, ID 83241

**Accession Number:** D24-012516
**Case Coordinator:** STEVE ENSLEY
**Received:** 02/28/2024
**Finalized:** 03/01/2024
**Species:** BOVINE

Rdvm:

**DR SCOTT LEIBSLE**

# EXHIBIT 14

Clinic:

**IDAHO STATE DEPT AGRICULTURE**
2270 OLD PENITENTIARY RD
BOISE, ID 83701

### FINAL REPORT
*This report supercedes all previous reports for this case*

## *Toxicology*

### TRACE MINERAL PANEL (LIVER - WET WEIGHT ADULT)

| Animal Id: | 541 | | | |
|---|---|---|---|---|
| Specimen Desc: | LIVER | | | |
| Ca | | 32.0 | ppm | 30.0 - 200.0 |
| Co | | 0.062 | ppm | 0.020 - 0.200 |
| Cr | | 0.140 | ppm | 0.040 - 3.800 |
| Cu | | 24  L | ppm | 25 - 150 |
| Fe | | 85 | ppm | 45 - 220 |
| K | | 2993 | ppm | 1400 - 4000 |
| Mg | | 166 | ppm | 100 - 250 |
| Mn | | 3.382 | ppm | 1.500 - 5.000 |
| Mo | | 1.344 | ppm | 0.200 - 1.400 |
| Na | | 1019 | ppm | 900 - 3000 |
| P | | 2982 | ppm | 2000 - 4000 |
| Se | | 0.384 | ppm | 0.200 - 0.700 |
| Zn | | 29 | ppm | 25 - 125 |
| Animal Id: | 926 | | | |
| Specimen Desc: | LIVER | | | |
| Ca | | 36.0 | ppm | 30.0 - 200.0 |
| Co | | 0.063 | ppm | 0.020 - 0.200 |
| Cr | | 0.030  L | ppm | 0.040 - 3.800 |
| Cu | | 50 | ppm | 25 - 150 |
| Fe | | 50 | ppm | 45 - 220 |
| K | | 3013 | ppm | 1400 - 4000 |
| Mg | | 174 | ppm | 100 - 250 |
| Mn | | 3.080 | ppm | 1.500 - 5.000 |
| Mo | | 1.263 | ppm | 0.200 - 1.400 |
| Na | | 854  L | ppm | 900 - 3000 |
| P | | 3256 | ppm | 2000 - 4000 |
| Se | | 0.424 | ppm | 0.200 - 0.700 |
| Zn | | 25 | ppm | 25 - 125 |

**TRACE MINERAL PANEL (LIVER - WET WEIGHT ADULT)**

| | | | | |
|---|---|---|---|---|
| Animal Id: | 821 | | | |
| Specimen Desc: | LIVER | | | |
| Ca | | 32.1 | ppm | 30.0 - 200.0 |
| Co | | 0.065 | ppm | 0.020 - 0.200 |
| Cr | | 0.028 L | ppm | 0.040 - 3.800 |
| Cu | | 36 | ppm | 25 - 150 |
| Fe | | 56 | ppm | 45 - 220 |
| K | | 3085 | ppm | 1400 - 4000 |
| Mg | | 169 | ppm | 100 - 250 |
| Mn | | 2.806 | ppm | 1.500 - 5.000 |
| Mo | | 1.155 | ppm | 0.200 - 1.400 |
| Na | | 1042 | ppm | 900 - 3000 |
| P | | 3188 | ppm | 2000 - 4000 |
| Se | | 0.377 | ppm | 0.200 - 0.700 |
| Zn | | 23 L | ppm | 25 - 125 |
| | | | | |
| Animal Id: | 12 | | | |
| Specimen Desc: | LIVER | | | |
| Ca | | 25.1 L | ppm | 30.0 - 200.0 |
| Co | | 0.053 | ppm | 0.020 - 0.200 |
| Cr | | 0.015 L | ppm | 0.040 - 3.800 |
| Cu | | 28 | ppm | 25 - 150 |
| Fe | | 297 H | ppm | 45 - 220 |
| K | | 3087 | ppm | 1400 - 4000 |
| Mg | | 166 | ppm | 100 - 250 |
| Mn | | 3.238 | ppm | 1.500 - 5.000 |
| Mo | | 1.168 | ppm | 0.200 - 1.400 |
| Na | | 941 | ppm | 900 - 3000 |
| P | | 2918 | ppm | 2000 - 4000 |
| Se | | 0.368 | ppm | 0.200 - 0.700 |
| Zn | | 29 | ppm | 25 - 125 |
| | | | | |
| Animal Id: | 253 | | | |
| Specimen Desc: | LIVER | | | |
| Ca | | 28.1 L | ppm | 30.0 - 200.0 |
| Co | | 0.069 | ppm | 0.020 - 0.200 |
| Cr | | 0.034 L | ppm | 0.040 - 3.800 |
| Cu | | 8 L | ppm | 25 - 150 |
| Fe | | 47 | ppm | 45 - 220 |
| K | | 3291 | ppm | 1400 - 4000 |
| Mg | | 176 | ppm | 100 - 250 |
| Mn | | 2.785 | ppm | 1.500 - 5.000 |
| Mo | | 1.403 H | ppm | 0.200 - 1.400 |
| Na | | 882 L | ppm | 900 - 3000 |
| P | | 3230 | ppm | 2000 - 4000 |
| Se | | 0.409 | ppm | 0.200 - 0.700 |
| Zn | | 32 | ppm | 25 - 125 |
| | | | | |
| Animal Id: | 579 | | | |
| Specimen Desc: | LIVER | | | |
| Ca | | 22.2 L | ppm | 30.0 - 200.0 |
| Co | | 0.056 | ppm | 0.020 - 0.200 |
| Cr | | 0.021 L | ppm | 0.040 - 3.800 |
| Cu | | 9 L | ppm | 25 - 150 |
| Fe | | 108 | ppm | 45 - 220 |
| K | | 2563 | ppm | 1400 - 4000 |
| Mg | | 149 | ppm | 100 - 250 |
| Mn | | 1.885 | ppm | 1.500 - 5.000 |
| Mo | | 0.845 | ppm | 0.200 - 1.400 |

**TRACE MINERAL PANEL (LIVER - WET WEIGHT ADULT)**

| | | | | |
|---|---|---|---|---|
| Na | | 982 | ppm | 900 - 3000 |
| P | | 2902 | ppm | 2000 - 4000 |
| Se | | 0.410 | ppm | 0.200 - 0.700 |
| Zn | | 27 | ppm | 25 - 125 |

Animal Id:    728
Specimen Desc:    LIVER

| | | | | |
|---|---|---|---|---|
| Ca | 43.1 | | ppm | 30.0 - 200.0 |
| Co | 0.060 | | ppm | 0.020 - 0.200 |
| Cr | 0.019 | L | ppm | 0.040 - 3.800 |
| Cu | 35 | | ppm | 25 - 150 |
| Fe | 216 | | ppm | 45 - 220 |
| K | 2974 | | ppm | 1400 - 4000 |
| Mg | 161 | | ppm | 100 - 250 |
| Mn | 2.891 | | ppm | 1.500 - 5.000 |
| Mo | 1.316 | | ppm | 0.200 - 1.400 |
| Na | 829 | L | ppm | 900 - 3000 |
| P | 2827 | | ppm | 2000 - 4000 |
| Se | 0.416 | | ppm | 0.200 - 0.700 |
| Zn | 23 | L | ppm | 25 - 125 |

Animal Id:    809
Specimen Desc:    LIVER

| | | | | |
|---|---|---|---|---|
| Ca | 22.7 | L | ppm | 30.0 - 200.0 |
| Co | 0.057 | | ppm | 0.020 - 0.200 |
| Cr | 0.011 | L | ppm | 0.040 - 3.800 |
| Cu | 22 | L | ppm | 25 - 150 |
| Fe | 100 | | ppm | 45 - 220 |
| K | 2782 | | ppm | 1400 - 4000 |
| Mg | 158 | | ppm | 100 - 250 |
| Mn | 2.778 | | ppm | 1.500 - 5.000 |
| Mo | 0.882 | | ppm | 0.200 - 1.400 |
| Na | 964 | | ppm | 900 - 3000 |
| P | 2939 | | ppm | 2000 - 4000 |
| Se | 0.322 | | ppm | 0.200 - 0.700 |
| Zn | 24 | L | ppm | 25 - 125 |

Animal Id:    409
Specimen Desc:    LIVER

| | | | | |
|---|---|---|---|---|
| Ca | 25.1 | L | ppm | 30.0 - 200.0 |
| Co | 0.064 | | ppm | 0.020 - 0.200 |
| Cr | 0.013 | L | ppm | 0.040 - 3.800 |
| Cu | 44 | | ppm | 25 - 150 |
| Fe | 96 | | ppm | 45 - 220 |
| K | 2749 | | ppm | 1400 - 4000 |
| Mg | 151 | | ppm | 100 - 250 |
| Mn | 2.835 | | ppm | 1.500 - 5.000 |
| Mo | 1.304 | | ppm | 0.200 - 1.400 |
| Na | 908 | | ppm | 900 - 3000 |
| P | 2833 | | ppm | 2000 - 4000 |
| Se | 0.491 | | ppm | 0.200 - 0.700 |
| Zn | 36 | | ppm | 25 - 125 |

Animal Id:    726
Specimen Desc:    LIVER

| | | | | |
|---|---|---|---|---|
| Ca | 29.8 | | ppm | 30.0 - 200.0 |
| Co | 0.064 | | ppm | 0.020 - 0.200 |
| Cr | 0.022 | L | ppm | 0.040 - 3.800 |
| Cu | 38 | | ppm | 25 - 150 |
| Fe | 76 | | ppm | 45 - 220 |

**TRACE MINERAL PANEL (LIVER - WET WEIGHT ADULT)**

| | | | | |
|---|---|---|---|---|
| K | | 3042 | ppm | 1400 - 4000 |
| Mg | | 168 | ppm | 100 - 250 |
| Mn | | 2.518 | ppm | 1.500 - 5.000 |
| Mo | | 1.223 | ppm | 0.200 - 1.400 |
| Na | | 1109 | ppm | 900 - 3000 |
| P | | 3064 | ppm | 2000 - 4000 |
| Se | | 0.419 | ppm | 0.200 - 0.700 |
| Zn | | 40 | ppm | 25 - 125 |

**HEAVY METAL PANEL**

Animal Id:          541
Specimen Desc:      LIVER

| | | | | |
|---|---|---|---|---|
| As | | 0.010 | ppm | No Ref Interval |
| Cd | | 0.385 | ppm | No Ref Interval |
| Pb | | 0.015 | ppm | No Ref Interval |
| Tl | | 0.001 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  February 29, 2024

Animal Id:          541
Specimen Desc:      KIDNEY

| | | | | |
|---|---|---|---|---|
| As | | 0.009 | ppm | No Ref Interval |
| Cd | | 4.733 | ppm | No Ref Interval |
| Pb | | 0.040 | ppm | No Ref Interval |
| Tl | | 0.004 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  February 29, 2024

Animal Id:          926
Specimen Desc:      LIVER

| | | | | |
|---|---|---|---|---|
| As | | 0.006 | ppm | No Ref Interval |
| Cd | | 0.091 | ppm | No Ref Interval |
| Pb | | 0.021 | ppm | No Ref Interval |
| Tl | | 0.001 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  February 29, 2024

Animal Id:          926
Specimen Desc:      KIDNEY

| | | | | |
|---|---|---|---|---|
| As | | 0.013 | ppm | No Ref Interval |
| Cd | | 1.377 | ppm | No Ref Interval |
| Pb | | 0.050 | ppm | No Ref Interval |
| Tl | | 0.003 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

**HEAVY METAL PANEL**

Date Reported
  February 29, 2024

| Animal Id: | 821 | | | |
|---|---|---|---|---|
| Specimen Desc: | LIVER | | | |
| As | | 0.006 | ppm | No Ref Interval |
| Cd | | 0.218 | ppm | No Ref Interval |
| Pb | | 0.015 | ppm | No Ref Interval |
| Tl | | 0.001 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  February 29, 2024

| Animal Id: | 821 | | | |
|---|---|---|---|---|
| Specimen Desc: | KIDNEY | | | |
| As | | 0.009 | ppm | No Ref Interval |
| Cd | | 6.125 | ppm | No Ref Interval |
| Pb | | 0.063 | ppm | No Ref Interval |
| Tl | | 0.001 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  February 29, 2024

| Animal Id: | 12 | | | |
|---|---|---|---|---|
| Specimen Desc: | LIVER | | | |
| As | | 0.007 | ppm | No Ref Interval |
| Cd | | 0.483 | ppm | No Ref Interval |
| Pb | | 0.024 | ppm | No Ref Interval |
| Tl | | 0.001 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  February 29, 2024

| Animal Id: | 12 | | | |
|---|---|---|---|---|
| Specimen Desc: | KIDNEY | | | |
| As | | 0.009 | ppm | No Ref Interval |
| Cd | | 2.056 | ppm | No Ref Interval |
| Pb | | 0.042 | ppm | No Ref Interval |
| Tl | | 0.001 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  February 29, 2024

| Animal Id: | 253 |
|---|---|
| Specimen Desc: | LIVER |

**<u>HEAVY METAL PANEL</u>**

| | | | |
|---|---|---|---|
| As | 0.011 | ppm | No Ref Interval |
| Cd | 0.319 | ppm | No Ref Interval |
| Pb | 0.022 | ppm | No Ref Interval |
| Tl | 0.001 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  February 29, 2024

Animal Id:        253
Specimen Desc:    KIDNEY

| | | | |
|---|---|---|---|
| As | 0.010 | ppm | No Ref Interval |
| Cd | 6.791 | ppm | No Ref Interval |
| Pb | 0.071 | ppm | No Ref Interval |
| Tl | 0.001 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  February 29, 2024

Animal Id:        579
Specimen Desc:    LIVER

| | | | |
|---|---|---|---|
| As | 0.008 | ppm | No Ref Interval |
| Cd | 0.398 | ppm | No Ref Interval |
| Pb | 0.020 | ppm | No Ref Interval |
| Tl | 0.002 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  February 29, 2024

Animal Id:        579
Specimen Desc:    KIDNEY

| | | | |
|---|---|---|---|
| As | 0.010 | ppm | No Ref Interval |
| Cd | 4.508 | ppm | No Ref Interval |
| Pb | 0.048 | ppm | No Ref Interval |
| Tl | 0.003 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  February 29, 2024

Animal Id:        728
Specimen Desc:    LIVER

| | | | |
|---|---|---|---|
| As | 0.008 | ppm | No Ref Interval |
| Cd | 0.327 | ppm | No Ref Interval |
| Pb | 0.024 | ppm | No Ref Interval |
| Tl | 0.001 | ppm | No Ref Interval |

Reported By

*Toxicology*

**HEAVY METAL PANEL**

Reported By
  LEANNA DEMONT

Date Reported
  February 29, 2024

| Animal Id: | 728 | | | |
|---|---|---|---|---|
| Specimen Desc: | KIDNEY | | | |
| As | | 0.011 | ppm | No Ref Interval |
| Cd | | 5.196 | ppm | No Ref Interval |
| Pb | | 0.049 | ppm | No Ref Interval |
| Tl | | 0.001 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  February 29, 2024

| Animal Id: | 809 | | | |
|---|---|---|---|---|
| Specimen Desc: | LIVER | | | |
| As | | 0.005 | ppm | No Ref Interval |
| Cd | | 0.187 | ppm | No Ref Interval |
| Pb | | 0.012 | ppm | No Ref Interval |
| Tl | | 0.001 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  February 29, 2024

| Animal Id: | 809 | | | |
|---|---|---|---|---|
| Specimen Desc: | KIDNEY | | | |
| As | | 0.009 | ppm | No Ref Interval |
| Cd | | 1.551 | ppm | No Ref Interval |
| Pb | | 0.032 | ppm | No Ref Interval |
| Tl | | 0.004 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported
  February 29, 2024

| Animal Id: | 409 | | | |
|---|---|---|---|---|
| Specimen Desc: | LIVER | | | |
| As | | 0.009 | ppm | No Ref Interval |
| Cd | | 0.494 | ppm | No Ref Interval |
| Pb | | 0.014 | ppm | No Ref Interval |
| Tl | | 0.001 | ppm | No Ref Interval |

Reported By
  LEANNA DEMONT

Date Reported

## HEAVY METAL PANEL

Date Reported
  February 29, 2024

| Animal Id: | 409 | | | | |
|---|---|---|---|---|---|
| Specimen Desc: | KIDNEY | | | | |
| As | | 0.007 | ppm | No Ref Interval | |
| Cd | | 8.884 | ppm | No Ref Interval | |
| Pb | | 0.039 | ppm | No Ref Interval | |
| Tl | | 0.001 | ppm | No Ref Interval | |

Reported By
  LEANNA DEMONT

Date Reported
  February 29, 2024

| Animal Id: | 726 | | | | |
|---|---|---|---|---|---|
| Specimen Desc: | LIVER | | | | |
| As | | 0.007 | ppm | No Ref Interval | |
| Cd | | 0.524 | ppm | No Ref Interval | |
| Pb | | 0.021 | ppm | No Ref Interval | |
| Tl | | 0.001 | ppm | No Ref Interval | |

Reported By
  LEANNA DEMONT

Date Reported
  February 29, 2024

| Animal Id: | 726 | | | | |
|---|---|---|---|---|---|
| Specimen Desc: | KIDNEY | | | | |
| As | | 0.010 | ppm | No Ref Interval | |
| Cd | | 3.849 | ppm | No Ref Interval | |
| Pb | | 0.047 | ppm | No Ref Interval | |
| Tl | | 0.002 | ppm | No Ref Interval | |

Reported By
  LEANNA DEMONT

Date Reported
  February 29, 2024

## TOXICOLOGY INTERPRETATION

| Species: | BOVINE |
|---|---|
| Animal Id: | 541 |

Tox Comments
  Animal 541 has slightly lower copper than the normal reference range.
  Animal 926 has slightly low chromium and sodium, though this is likely not clinically significant.
  Animal 821 has mildly lowered zinc.
  Animal 12 has slightly elevated iron, though likely not to a clinically significant degree.
  Animal 253's most significant finding is low copper. This might partially be explained by the mild elevation in molybdenum as this mineral is a copper antagonist.
  Animal 579 has very low copper, which can affect the ability of the immune system to function.
  Animal 728 has mildly lowered zinc, though this is not likely to be clinically significant.
  Animal 809 has mildly low zinc and slightly low copper.
  Animal 409 has no clinically significant findings.

## TOXICOLOGY INTERPRETATION

Tox Comments
Animal 726 has no clinically significant findings.

Normal reference ranges for heavy metals in bovine liver are the following:
As (ppm) < 2 ppm > 3 toxic
Cd (ppm) < 1 ppm
Pb (ppm) < 5 ppm > 5 is toxic
Tl (ppm) < .05 ppm

All of the liver samples tested for heavy metals were within normal range.

Normal reference ranges for heavy metals in bovine kidney are the following:
As (ppm) < 1.5 ppm
Cd (ppm) < 1.5
Pb (ppm) < 2.5 ppm
Tl (ppm) < .06 ppm

Elevated kidney cadmium levels were seen in animals 541, 821, 12, 253, 579, 728, 809, 409, and 726. All other heavy metal values were normal. Cadmium accumulates in kidney naturally over time. Cadmium can cross the placental barrier at high enough levels and can result in clinical signs such as abortions, stillbirths, and congenital defects. Cattle also can become anemic, hypertensive, and develop enlarged joints and/or scaly skin. Results should be interpreted within this clinical context.

Reported By
Steve Ensley, DVM PhD
Veterinary Toxicologist

### TRACE MINERAL BOVINE KIDNEY-WET WEIGHT ADULT

| Animal Id: | 541 | | | |
|---|---|---|---|---|
| Specimen Desc: | KIDNEY | | | |
| Ca | 47.9 | | ppm | 45.0 - 200.0 |
| Co | 0.023 | L | ppm | 0.071 |
| Cr | 0.032 | L | ppm | 0.050 - 6.200 |
| Cu | 5.3 | | ppm | 4.0 - 6.0 |
| Fe | 70.3 | | ppm | 30.0 - 150.0 |
| K | 2677.6 | H | ppm | 2250.0 - 2400.0 |
| Mg | 168 | | ppm | 50 - 200 |
| Mn | 1.469 | | ppm | 1.000 - 2.000 |
| Mo | 0.600 | | ppm | 0.200 - 0.600 |
| Na | 1945 | H | ppm | 1450 - 1700 |
| P | 2498 | | ppm | 2000 - 3250 |
| Se | 1.6 | | ppm | 1.0 - 2.0 |
| Zn | 25 | | ppm | 18 - 25 |
| Animal Id: | 926 | | | |
| Specimen Desc: | KIDNEY | | | |
| Ca | 49.1 | | ppm | 45.0 - 200.0 |
| Co | 0.033 | L | ppm | 0.071 |
| Cr | 0.154 | | ppm | 0.050 - 6.200 |
| Cu | 4.9 | | ppm | 4.0 - 6.0 |
| Fe | 74.0 | | ppm | 30.0 - 150.0 |
| K | 2870.5 | H | ppm | 2250.0 - 2400.0 |
| Mg | 174 | | ppm | 50 - 200 |
| Mn | 1.792 | | ppm | 1.000 - 2.000 |
| Mo | 0.638 | H | ppm | 0.200 - 0.600 |
| Na | 1639 | | ppm | 1450 - 1700 |
| P | 2664 | | ppm | 2000 - 3250 |
| Se | 2.3 | H | ppm | 1.0 - 2.0 |

**TRACE MINERAL BOVINE KIDNEY-WET WEIGHT ADULT**

| | | | | | |
|---|---|---|---|---|---|
| Se | | 2.3 | H | ppm | 1.0 - 2.0 |
| Zn | | 19 | | ppm | 18 - 25 |

| | | | | | |
|---|---|---|---|---|---|
| Animal Id: | 821 | | | | |
| Specimen Desc: | KIDNEY | | | | |
| Ca | | 49.6 | | ppm | 45.0 - 200.0 |
| Co | | 0.022 | L | ppm | 0.071 |
| Cr | | 0.023 | L | ppm | 0.050 - 6.200 |
| Cu | | 4.6 | | ppm | 4.0 - 6.0 |
| Fe | | 99.8 | | ppm | 30.0 - 150.0 |
| K | | 2229.9 | L | ppm | 2250.0 - 2400.0 |
| Mg | | 162 | | ppm | 50 - 200 |
| Mn | | 1.443 | | ppm | 1.000 - 2.000 |
| Mo | | 0.548 | | ppm | 0.200 - 0.600 |
| Na | | 2369 | H | ppm | 1450 - 1700 |
| P | | 2338 | | ppm | 2000 - 3250 |
| Se | | 1.3 | | ppm | 1.0 - 2.0 |
| Zn | | 21 | | ppm | 18 - 25 |

| | | | | | |
|---|---|---|---|---|---|
| Animal Id: | 12 | | | | |
| Specimen Desc: | KIDNEY | | | | |
| Ca | | 48.7 | | ppm | 45.0 - 200.0 |
| Co | | 0.029 | L | ppm | 0.071 |
| Cr | | 0.050 | | ppm | 0.050 - 6.200 |
| Cu | | 4.8 | | ppm | 4.0 - 6.0 |
| Fe | | 65.9 | | ppm | 30.0 - 150.0 |
| K | | 2486.7 | H | ppm | 2250.0 - 2400.0 |
| Mg | | 165 | | ppm | 50 - 200 |
| Mn | | 1.501 | | ppm | 1.000 - 2.000 |
| Mo | | 0.866 | H | ppm | 0.200 - 0.600 |
| Na | | 1702 | H | ppm | 1450 - 1700 |
| P | | 2490 | | ppm | 2000 - 3250 |
| Se | | 1.8 | | ppm | 1.0 - 2.0 |
| Zn | | 18 | | ppm | 18 - 25 |

| | | | | | |
|---|---|---|---|---|---|
| Animal Id: | 253 | | | | |
| Specimen Desc: | KIDNEY | | | | |
| Ca | | 54.4 | | ppm | 45.0 - 200.0 |
| Co | | 0.025 | L | ppm | 0.071 |
| Cr | | 0.019 | L | ppm | 0.050 - 6.200 |
| Cu | | 4.6 | | ppm | 4.0 - 6.0 |
| Fe | | 65.3 | | ppm | 30.0 - 150.0 |
| K | | 2754.4 | H | ppm | 2250.0 - 2400.0 |
| Mg | | 162 | | ppm | 50 - 200 |
| Mn | | 1.221 | | ppm | 1.000 - 2.000 |
| Mo | | 0.975 | H | ppm | 0.200 - 0.600 |
| Na | | 1982 | H | ppm | 1450 - 1700 |
| P | | 2416 | | ppm | 2000 - 3250 |
| Se | | 1.6 | | ppm | 1.0 - 2.0 |
| Zn | | 22 | | ppm | 18 - 25 |

| | | | | | |
|---|---|---|---|---|---|
| Animal Id: | 579 | | | | |
| Specimen Desc: | KIDNEY | | | | |
| Ca | | 55.6 | | ppm | 45.0 - 200.0 |
| Co | | 0.022 | L | ppm | 0.071 |
| Cr | | 0.115 | | ppm | 0.050 - 6.200 |
| Cu | | 4.4 | | ppm | 4.0 - 6.0 |
| Fe | | 75.3 | | ppm | 30.0 - 150.0 |
| K | | 2636.7 | H | ppm | 2250.0 - 2400.0 |
| Mg | | 174 | | ppm | 50 - 200 |

**TRACE MINERAL BOVINE KIDNEY-WET WEIGHT ADULT**

| | | | | |
|---|---|---|---|---|
| Mn | | 1.119 | ppm | 1.000 - 2.000 |
| Mo | | 0.584 | ppm | 0.200 - 0.600 |
| Na | | 2117 H | ppm | 1450 - 1700 |
| P | | 2621 | ppm | 2000 - 3250 |
| Se | | 1.6 | ppm | 1.0 - 2.0 |
| Zn | | 21 | ppm | 18 - 25 |

| | | | | |
|---|---|---|---|---|
| Animal Id: | 728 | | | |
| Specimen Desc: | KIDNEY | | | |
| Ca | | 54.1 | ppm | 45.0 - 200.0 |
| Co | | 0.025 L | ppm | 0.071 |
| Cr | | 0.019 L | ppm | 0.050 - 6.200 |
| Cu | | 4.4 | ppm | 4.0 - 6.0 |
| Fe | | 72.8 | ppm | 30.0 - 150.0 |
| K | | 2835.9 H | ppm | 2250.0 - 2400.0 |
| Mg | | 168 | ppm | 50 - 200 |
| Mn | | 1.552 | ppm | 1.000 - 2.000 |
| Mo | | 0.702 H | ppm | 0.200 - 0.600 |
| Na | | 1782 H | ppm | 1450 - 1700 |
| P | | 2506 | ppm | 2000 - 3250 |
| Se | | 1.9 | ppm | 1.0 - 2.0 |
| Zn | | 21 | ppm | 18 - 25 |

| | | | | |
|---|---|---|---|---|
| Animal Id: | 809 | | | |
| Specimen Desc: | KIDNEY | | | |
| Ca | | 47.0 | ppm | 45.0 - 200.0 |
| Co | | 0.020 L | ppm | 0.071 |
| Cr | | 0.038 L | ppm | 0.050 - 6.200 |
| Cu | | 4.7 | ppm | 4.0 - 6.0 |
| Fe | | 68.6 | ppm | 30.0 - 150.0 |
| K | | 2726.6 H | ppm | 2250.0 - 2400.0 |
| Mg | | 169 | ppm | 50 - 200 |
| Mn | | 1.521 | ppm | 1.000 - 2.000 |
| Mo | | 0.464 | ppm | 0.200 - 0.600 |
| Na | | 2023 H | ppm | 1450 - 1700 |
| P | | 2553 | ppm | 2000 - 3250 |
| Se | | 1.8 | ppm | 1.0 - 2.0 |
| Zn | | 21 | ppm | 18 - 25 |

| | | | | |
|---|---|---|---|---|
| Animal Id: | 409 | | | |
| Specimen Desc: | KIDNEY | | | |
| Ca | | 44.7 L | ppm | 45.0 - 200.0 |
| Co | | 0.027 L | ppm | 0.071 |
| Cr | | 0.012 L | ppm | 0.050 - 6.200 |
| Cu | | 4.9 | ppm | 4.0 - 6.0 |
| Fe | | 81.1 | ppm | 30.0 - 150.0 |
| K | | 2401.7 H | ppm | 2250.0 - 2400.0 |
| Mg | | 162 | ppm | 50 - 200 |
| Mn | | 1.438 | ppm | 1.000 - 2.000 |
| Mo | | 0.724 H | ppm | 0.200 - 0.600 |
| Na | | 2032 H | ppm | 1450 - 1700 |
| P | | 2413 | ppm | 2000 - 3250 |
| Se | | 1.9 | ppm | 1.0 - 2.0 |
| Zn | | 27 H | ppm | 18 - 25 |

| | | | | |
|---|---|---|---|---|
| Animal Id: | 726 | | | |
| Specimen Desc: | KIDNEY | | | |
| Ca | | 46.4 | ppm | 45.0 - 200.0 |
| Co | | 0.026 L | ppm | 0.071 |
| Cr | | 0.027 L | ppm | 0.050 - 6.200 |

**TRACE MINERAL BOVINE KIDNEY-WET WEIGHT ADULT**

| | | | |
|---|---|---|---|
| Cu | 4.7 | ppm | 4.0 - 6.0 |
| Fe | 63.3 | ppm | 30.0 - 150.0 |
| K | 2770.2 H | ppm | 2250.0 - 2400.0 |
| Mg | 168 | ppm | 50 - 200 |
| Mn | 1.427 | ppm | 1.000 - 2.000 |
| Mo | 0.732 H | ppm | 0.200 - 0.600 |
| Na | 1790 H | ppm | 1450 - 1700 |
| P | 2563 | ppm | 2000 - 3250 |
| Se | 1.5 | ppm | 1.0 - 2.0 |
| Zn | 24 | ppm | 18 - 25 |

**KANSAS STATE VETERINARY DIAGNOSTIC LABORATORY**
**1800 DENISON AVENUE**
**MANHATTAN, KS 66506-5606**
Laboratory Client Care  Phone #: 866-512-5650  Fax #: 785-532-4835
Email: ClientCare@vet.k-state.edu

Owner:

**DANNY RASMUSSEN**
160 STEELE LN
GRACE, ID 83241

**Accession Number:** D24-012516
**Case Coordinator:** STEVE ENSLEY
**Received:** 02/28/2024
**Finalized:** 03/01/2024
**Species:** BOVINE

Rdvm:

**DR SCOTT LEIBSLE**

Clinic:

**IDAHO STATE DEPT AGRICULTURE**
2270 OLD PENITENTIARY RD
BOISE, ID 83701

## Summary of Estimated Charges

The charges displayed may be split among two or more client accounts.

| Description | Item # | Qty | Unit Price | Total |
|---|---|---|---|---|
| Accession/Biohazard Fee | 800.5003 | 1 | $ 7.00 | $ 7.00 |
| Heavy Metal Panel | 814.2014 | 20 | $ 56.75 | $ 1,135.00 |
| Toxicology Interpretation | 814.2004 | 1 | $ 0.00 | $ 0.00 |
| Trace Mineral Bovine Kidney-Wet Weight Adult | 814.4007 | 10 | $ 56.00 | $ 560.00 |
| Trace Mineral Panel (Liver-Wet Weight Adult) | 814.4000 | 10 | $ 55.00 | $ 550.00 |
| | | | Total: | $ 2,252.00 |

*This is not an invoice; it is a summary of charges for this accession as of this date and time.*

*Monthly billing will be sent the first business day of the month from our KSVDL Business Office.  Invoices will reflect all current charges and statements will display any previous balances, payments, adjustments, and the total balance due. For all fees not paid within 60 days of the date of the invoice, a 1.5% finance charge will be assessed.  Please direct any billing questions to the Business Office, 866-884-3867.*

*The __new fee schedule__ for KSVDL is effective July 1. The new fee schedule is available under the Test & Fees link on our webpage at www.ksvdl.org. Please contact Client Care at 1-866-512-5650 or clientcare@vet.k-state.edu with any questions.*

# EXHIBIT 15

**Wednesday, April 9, 2025 at 18:06:43 Mountain Daylight Time**

**Subject:** RE: KSVDL Diagnostic Results Report for Accession: D24-012516 - DANNY, RASMUSSEN - N/A
**Date:** Tuesday, March 5, 2024 at 9:03:54 AM Mountain Standard Time
**From:** Dr. Scott Leibsle
**To:** Lloyd Knight
**Attachments:** image001.png

Microsoft Exchange Server;converted from html;

Hi Danny –

When you made the original plea for assistance to the Governor and to ISDA, you were looking for support in determining if heavy metal toxicity was tangibly affecting the health and well-being of your cattle. The one round of liver biopsies combined with 2 rounds of tissue collection at slaughter totaled over 30 cattle tested. Those samples combined with your post-mortem submissions to Utah State should be a large enough sample size to sufficiently document the effects of heavy metal toxicity in your cattle. I don't think additional testing, at least for the purposes of documenting if heavy metal toxicity had a tangible impact on your herd, is necessary. Since you now have multiple sets of test results that are potentially indicative of disease process(es) affecting your cattle due to exposure to contaminated feed, water & soil, I would recommend you reach back out to Simplot to discuss the issue. Alan Prouty is Simplot's Vice President of Environmental and Regulatory Affairs and he is familiar with the testing you've been conducting and the concerns that you have for your cattle. I recommend you get in contact with Alan. I am not an expert in heavy metal toxicity in cattle so I could not offer any expert testimony in your case other than to acknowledge I was the veterinarian that collected the tissue samples. Your best bet for expert analysis continues to lie with Steve Ensley, Jeff Hall or another toxicologist with experience with heavy metal toxicity in livestock.



## Scott R. Leibsle DVM, DABVP

State Veterinarian/Administrator – Animal Industries
Idaho State Department of Agriculture – Boise, ID
scott.leibsle@isda.idaho.gov
(O) 208.332.8540

**From:** Danny <drhornhunter@hotmail.com>
**Sent:** Monday, March 4, 2024 9:43 AM
**To:** Dr. Scott Leibsle <Scott.Leibsle@ISDA.IDAHO.GOV>
**Subject:** RE: KSVDL Diagnostic Results Report for Accession: D24-012516 - DANNY, RASMUSSEN - N/A

**CAUTION:** This email originated outside the State of Idaho network. Verify links and attachments BEFORE you click or open, even if you recognize and/or trust the sender. Contact your agency service desk with any concerns.

Hello Scott
Thanks for collecting those tissues and sending them and also the results , which are quite alarming.
The toxicology interpretation from Dr Steve Ensley seems to indicate that the metals are causing death in calves being abortions, still born, congenital defects, and immune sytem defeciencies. ( also the health problems in cows ) which i did have one die showing clinical signs of everything he explained. I did send her liver and kidneys along with a calf tissues to

kansas but have yet to see those results.

This has all happened in about 6 months time since the exposure. Im worried about the health of the whole herd moving forward as the cadmium and other toxic metals will continue to raise havoc with all their bodily systems. Im hoping to get an expert analysis from you as well to support that.

100% of the cows (9 out of10) exposed to environmental spill tested high elevated levels of cadmium etc. 1 of 10 showed normal ranges cow #926. This cow was from the control group of unexposed heifers.

When your schedule permits i would like to discuss this with you.

Thanks

Danny

Also we will be taking 2 more calves to Utah state today for necropsy and send livers to Kansas for mineral screening. The toxicologists there have indicated that we dont need to send kidneys from calves anymore ? Do you think that we need to ? That seems to be the target area for the cadmium

I will wait to send more cattle to C S packers until I'm closer to finished with calving. I have 3 now that have lost calves since the 10 you tested and i sadly suspect that number will continue to go up......

Sent from my Galaxy

-------- Original message --------

From: "Dr. Scott Leibsle" <Scott.Leibsle@ISDA.IDAHO.GOV>

Date: 3/1/24 4:37 PM (GMT-07:00)

To: Danny <DRHORNHUNTER@HOTMAIL.COM>

Subject: FW: KSVDL Diagnostic Results Report for Accession: D24-012516 - DANNY, RASMUSSEN - N/A

Test results attached.



**Scott R. Leibsle DVM, DABVP**
State Veterinarian/Administrator – Animal Industries
Idaho State Department of Agriculture – Boise, ID
scott.leibsle@isda.idaho.gov
(O) 208.332.8540

**From:** ksuvdl@vet.k-state.edu <ksuvdl@vet.k-state.edu>
**Sent:** Friday, March 1, 2024 7:56 AM
**To:** Dr. Scott Leibsle <Scott.Leibsle@ISDA.IDAHO.GOV>
**Subject:** KSVDL Diagnostic Results Report for Accession: D24-012516 - DANNY, RASMUSSEN - N/A

**CAUTION:** This email originated outside the State of Idaho network. Verify links and attachments BEFORE you click or open. even if you recognize and/or trust the sender. Contact your agency service desk with any concerns.

Thank you for using KSVDL

**** Please see attached Adobe Acrobat PDF file for information regarding D24-012516. PLEASE DO NOT REPLY TO THIS E-*MAIL*. This e-mail account is not monitored. ****

*** POR FAVOR NO RESPONDA A ESTE E-MAIL. Esta cuenta de email no se checa. ****



**EXHIBIT 16**

**Subject:** RE: KSVDL Diagnostic Results Report for Accession: D24-012516 - DANNY, RASMUSSEN - N/A
**Date:** Tuesday, March 5, 2024 at 9:35:11 AM Mountain Standard Time
**From:** Lloyd Knight
**To:** Dr. Scott Leibsle, Chanel Tewalt
**Attachments:** image001.png

Scott (and Chanel) – Not sure if this is best put in a call or an email, but either way I amended your message a bit. I think we need to stress that his best resources for his case/investigation/research are the expert toxicologists and his local veterinarian. And I think he should call Alan and discuss with him.

But letting you all review.

Thanks.

Hi Danny –

I am not an expert in heavy metal toxicity in cattle or your regular veterinarian, and as such I am not in the best position to provide you with further advice or consultation on your particular case. Your best bet for expert analysis continues to lie with Steve Ensley, Jeff Hall, or another toxicologist with experience with heavy metal toxicity in livestock. Those experts, as well as your regular veterinarian, should have the best understanding of toxicity and the unique characteristics of any toxicity or possible background levels for heavy metals in your area.

I do encourage you to reach out to Alan Prouty, Vice President of Environmental and Regulatory Affairs for Simplot. The company has interest in your case.

Lloyd B. Knight
Deputy Director
Idaho State Department of Agriculture
Office: (208)332-8615
Cell: (208)859-4173

**From:** Dr. Scott Leibsle <Scott.Leibsle@ISDA.IDAHO.GOV>
**Sent:** Tuesday, March 5, 2024 9:04 AM
**To:** Lloyd Knight <Lloyd.Knight@ISDA.IDAHO.GOV>
**Subject:** RE: KSVDL Diagnostic Results Report for Accession: D24-012516 - DANNY, RASMUSSEN - N/A

Hi Danny –

When you made the original plea for assistance to the Governor and to ISDA, you were looking for support in determining if heavy metal toxicity was tangibly affecting the health and well-being of your cattle. The one round of liver biopsies combined with 2 rounds of tissue collection at slaughter totaled over 30 cattle tested. Those samples combined with your post-mortem submissions to Utah State should be a large enough sample size to sufficiently document the effects of heavy metal toxicity in your cattle. I don't think additional testing, at least for the purposes of documenting if heavy metal toxicity had a tangible impact on your herd, is necessary. Since you now have multiple sets of test

results that are potentially indicative of disease process(es) affecting your cattle due to exposure to contaminated feed, water & soil, I would recommend you reach back out to Simplot to discuss the issue. Alan Prouty is Simplot's Vice President of Environmental and Regulatory Affairs and he is familiar with the testing you've been conducting and the concerns that you have for your cattle. I recommend you get in contact with Alan. I am not an expert in heavy metal toxicity in cattle so I could not offer any expert testimony in your case other than to acknowledge I was the veterinarian that collected the tissue samples. Your best bet for expert analysis continues to lie with Steve Ensley, Jeff Hall or another toxicologist with experience with heavy metal toxicity in livestock.



**Scott R. Leibsle DVM, DABVP**

State Veterinarian/Administrator – Animal Industries
Idaho State Department of Agriculture – Boise, ID
scott.leibsle@isda.idaho.gov
(O) 208.332.8540

---

**From:** Danny <drhornhunter@hotmail.com>
**Sent:** Monday, March 4, 2024 9:43 AM
**To:** Dr. Scott Leibsle <Scott.Leibsle@ISDA.IDAHO.GOV>
**Subject:** RE: KSVDL Diagnostic Results Report for Accession: D24-012516 - DANNY, RASMUSSEN - N/A

> **CAUTION:** This email originated outside the State of Idaho network. Verify links and attachments BEFORE you click or open, even if you recognize and/or trust the sender. Contact your agency service desk with any concerns.

---

Hello Scott

Thanks for collecting those tissues and sending them and also the results ,   which are quite alarming.
The toxicology interpretation from Dr Steve Ensley seems to indicate that the metals are causing death in calves being abortions, still born, congenital defects, and immune sytem defeciencies. ( also the health problems in cows )  which i did have one die showing clinical signs of everything he explained.   I did send her liver and kidneys along with a calf tissues to kansas but have yet to see those results.
This has all happened in about 6 months time since the exposure.  Im worried about the health of the whole herd moving forward as the cadmium and other toxic metals will continue to raise havoc with all their bodily systems.   Im hoping to get an expert analysis from you as well to support that.
100% of the cows (9 out of10) exposed to environmental spill tested high elevated levels of cadmium etc.   1 of 10 showed normal ranges cow #926.  This cow was from the control group of unexposed heifers.
When your schedule permits i would like to discuss this with you.
Thanks
Danny

Also we will be taking 2 more calves to Utah state today for necropsy and send livers to Kansas for mineral screening.   The toxicologists there have indicated that we dont need to send kidneys from calves anymore ?   Do you think that we need to ? That seems to be the target area for the cadmium

I will wait to send more cattle to C S packers until I'm closer to finished with calving.  I have 3 now that have lost calves since the 10 you tested and i sadly suspect that number will continue to go up......

Sent from my Galaxy

-------- Original message --------
From: "Dr. Scott Leibsle" <Scott.Leibsle@ISDA.IDAHO.GOV>
Date: 3/1/24 4:37 PM (GMT-07:00)
To: Danny <DRHORNHUNTER@HOTMAIL.COM>
Subject: FW: KSVDL Diagnostic Results Report for Accession: D24-012516 - DANNY, RASMUSSEN - N/A

Test results attached.



**Scott R. Leibsle DVM, DABVP**
State Veterinarian/Administrator – Animal Industries
Idaho State Department of Agriculture – Boise, ID
scott.leibsle@isda.idaho.gov
(O) 208.332.8540

**From:** ksuvdl@vet.k-state.edu <ksuvdl@vet.k-state.edu>
**Sent:** Friday, March 1, 2024 7:56 AM
**To:** Dr. Scott Leibsle <Scott.Leibsle@ISDA.IDAHO.GOV>
**Subject:** KSVDL Diagnostic Results Report for Accession: D24-012516 - DANNY, RASMUSSEN - N/A

**CAUTION:** This email originated outside the State of Idaho network. Verify links and attachments BEFORE you click or open. even if you recognize and/or trust the sender. Contact your agency service desk with any concerns.

Thank you for using KSVDL

**** Please see attached Adobe Acrobat PDF file for information regarding D24-012516.
PLEASE DO NOT REPLY TO THIS E-*MAIL*. This e-mail account is not monitored. ****

*** POR FAVOR NO RESPONDA A ESTE E-MAIL. Esta cuenta de email no se checa. ****

# EXHIBIT 17

**Wednesday, April 9, 2025 at 17:30:52 Mountain Daylight Time**

**Subject:** Follow up on a possible report
**Date:** Friday, March 29, 2024 at 5:30:27 PM Mountain Daylight Time
**From:** Danny
**To:** Dr. Scott Leibsle

> **CAUTION:** This email originated outside the State of Idaho network. Verify links and attachments BEFORE you click or open, even if you recognize and/or trust the sender. Contact your agency service desk with any concerns.

Hello Doc

We have some meetings coming up in about a week with the forest service and shortly after that with simplot.   They have reached out to us and i have informed them that we should meet soon.  I was wondering if you could possibly prepare some kind of report, through email about what we've learned and discussed about the metals in the cows and the health effects thats causing on them and fetuses. Knowing we are bound now through liability of full disclosure on these cattle that they were exposed to high levels of toxic metals has really put us in a situation that needs remedy.    Also a recommendation as to what should happen to these cattle,  as we discussed earlier as if Simplot were to take them.  (Condemned ?)
It would be very helpful for us to have you correlate what the experts with toxicology and pathology reports are saying so they can understand that this is not just our opinion but factual information.
I would really appreciatte your help with this Scott

Thanks
Danny

Sent from my Galaxy

< New conversation

**EXHIBIT 18**

Dr Scott Liesble ⊖

Recipient ⊕

Tuesday, February 27, 2024

 Got the tissue and the IDs    9:13 AM

Ok thanks Scott. Do you think it would be a good idea to maybe send a second sample to texas or uc davis to verify ?

9:13 AM

Friday, March 29, 2024

Hello Scott
I sent you an email.
Also wondered if you had heard much from fsis ?

5:31 PM

 I did... I'll forward you the response. I've got a few more contact to reach out to with FDA (apparently FDA sets thresholds for heavy metal in tissues)

5:49 PM

Tuesday, April 2, 2024

‹  New conversation

Dr Scott Liesble  —

Recipient  ⊕

Tuesday, February 27, 2024

**D**  Got the tissue and the IDs
9:13 AM

Ok thanks Scott.  Do you think it would be a good idea to maybe send a second sample to texas or uc davis to verify ?
9:13 AM

Friday, March 29, 2024

Hello Scott
I sent you an email.
Also wondered if you had heard much from fsis ?
5:31 PM

**D**  I did... I'll forward you the response.  I've got a few more contact to reach out to with FDA (apparently FDA sets thresholds for heavy metal in tissues)
5:49 PM

Tuesday, April 2, 2024

< New conversation

Dr Scott Liesble  —

Recipient  ⊕

Tuesday, April 2, 2024

Hello.  I apologize for seeming so pesty but i wondered if you had a chance to forward those responses and had a chance to maybe compile a report to us for this incident.  Simplot has reached out to us and we are scheduling meetings

11:40 AM

Friday, April 5, 2024

Any word back from fda

1:32 PM

I've been rerouted to someone else twice

1:32 PM

Just got a response now... forwarded to You

2:46 PM

What do you think about that ?

4:35 PM

<u>**EXHIBIT 19**</u>

**From:** **Danny Rasmussen** drhornhunter@hotmail.com  📎
**Subject:** Fw: [EXTERNAL] Heavy metal testing in tissue at slaughter
**Date:** January 13, 2025 at 4:56 PM
**To:** Nathan Olsen nolsen@olsentaggart.com

---

**From:** Dr. Scott Leibsle <Scott.Leibsle@ISDA.IDAHO.GOV>
**Sent:** Friday, April 5, 2024 2:46 PM
**To:** Danny <DRHORNHUNTER@HOTMAIL.COM>
**Subject:** FW: [EXTERNAL] Heavy metal testing in tissue at slaughter



**Scott R. Leibsle DVM, DABVP(EQ)**
State Veterinarian/Administrator – Animal Industries
Idaho State Department of Agriculture – Boise, ID
scott.leibsle@isda.idaho.gov
(O) 208.332.8540

---

**From:** Cheney, Sean <Sean.Cheney@fda.hhs.gov>
**Sent:** Friday, April 5, 2024 2:44 PM
**To:** Dr. Scott Leibsle <Scott.Leibsle@ISDA.IDAHO.GOV>
**Cc:** Domesle, Alexander - FSIS <alexander.domesle@usda.gov>; Li, Hui <Hui.Li@fda.hhs.gov>
**Subject:** FW: [EXTERNAL] Heavy metal testing in tissue at slaughter

**CAUTION:** **This email originated outside the State of Idaho network. Verify links and attachments BEFORE you click or open, even if you recognize and/or trust the sender. Contact your agency service desk with any concerns.**

---

Hello Dr. Leibsle,

Thank you for your inquiry regarding heavy metals in cattle intended for slaughter. We apologize for the interagency pinball as you were directed to someone to answer your questions. Residues in edible tissues of livestock are unique in that jurisdiction falls to two separate agencies; FDA has jurisdiction over food animals (as well as the feed they consume) until slaughter, at which time jurisdiction falls to USDA FSIS. In consultation with FSIS, here is the information available regarding cadmium testing/levels:

In muscle tissue:
- There are no established U.S. regulatory levels for cadmium in most food products, including beef. Evaluating a cadmium contamination scenario would be done on a case-by-case basis in consultation with both FSIS and FDA's Center for Veterinary Medicine (CVM), given that animal food (forage), live animals, and the final beef product are potentially involved.
- FSIS collects random samples of beef at slaughter and tests for cadmium. The vast majority of samples (>99%) test below our limit of detection of 10 parts per billion (ppb or ng/g). A handful of samples have tested higher, up to about 70 ppb.

In animal food (including forage):

in animal feed (including forage).

- When looking at cadmium toxicity, FDA typically looks at the total diet, not just the potentially contaminated forage. Anything >10ppm Cadmium in the total diet would be of concern on a dry matter basis. If, for example, the forage tested at 30ppm and accounted for 30% (DM) of the total diet, the forage would be 10ppm in terms of the total diet and not of significant concern. Even if higher levels were calculated in the total diet, CVM would also have to look at the diet composition, duration of exposure to the forage and other factors. So, like with the meat, it would need to be evaluated on a case-by-case basis.

Hopefully this information will help as you work with this cattle producer. If you have further questions specific to testing at slaughter, please feel free to contact Alex Domesle, who works at the Office of Public Health Science at FSIS (copied on this e-mail). For additional questions about toxicity in feed/forage and total diet, I am happy to assist.

Sincerely,

Sean

*Sean M. Cheney*
Consumer Safety Officer, Regulatory Policy & Programs Branch
Division of Food Compliance
FDA/Center for Veterinary Medicine (CVM)
Houston, TX
Work Cell: (301) 467-3408
sean.cheney@fda.hhs.gov





---

**From:** Dr. Scott Leibsle <Scott.Leibsle@ISDA.IDAHO.GOV>
**Sent:** Wednesday, April 3, 2024 1:26 PM
**To:** Li, Hui <Hui.Li@fda.hhs.gov>
**Subject:** [EXTERNAL] Heavy metal testing in tissue at slaughter

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dr. Li –

My name is Scott Leibsle and I'm the state veterinarian of Idaho. I have a cattle producer here in Idaho that is concerned his cattle may have been exposed to heavy metals (specifically Cadmium) and he is concerned about the potential risk to human health if he were to send any of the exposed cattle to slaughter. I was referred to you in hopes that you could answer some of his questions regarding what levels of cadmium that are detected in routine tissue samples, taken at the slaughter plant, would be considered harmful to humans. Can you provide any guidance of established heavy metal thresholds set by FDA for cadmium in beef tissue? Thank you for your time and I appreciate any information you

have.



**Scott R. Leibsle DVM, DABVP**
State Veterinarian/Administrator – Animal Industries
Idaho State Department of Agriculture – Boise, ID
scott.leibsle@isda.idaho.gov
(O) 208.332.8540

---

**From:** Boian, Lester <Les.Boian@fda.hhs.gov>
**Sent:** Wednesday, March 27, 2024 8:08 AM
**To:** Dr. Scott Leibsle <Scott.Leibsle@ISDA.IDAHO.GOV>
**Subject:** RE: [EXTERNAL] Heavy metal testing in tissue

> **CAUTION: This email originated outside the State of Idaho network. Verify links and attachments BEFORE you click or open, even if you recognize and/or trust the sender. Contact your agency service desk with any concerns.**

Morning Dr. Leibsle,

The best option that I know would be to contact the Center of Veterinarian Medicine (CVM) as they are the likely ones to have that type of information, or would be able to best direct you.
Here are a couple folks in CVM to contact:
Hui Li - Office of Applied Sciences hui.li@fda.hhs.gov
Sean Cheney - Office of Surveillance and Compliance sean.cheney@fda.hhs.gov

Hope this helps and leads in the right direction……. LES

---

**From:** Dr. Scott Leibsle <Scott.Leibsle@ISDA.IDAHO.GOV>
**Sent:** Tuesday, March 26, 2024 10:38 AM
**To:** Boian, Lester <Les.Boian@fda.hhs.gov>
**Subject:** [EXTERNAL] Heavy metal testing in tissue

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Les –

I wasn't sure who to reach out to at FDA about this, so I'm starting with you.  There's an Idaho beef producer that believes his cattle may have been exposed to heavy metal contaminated forage.  He is concerned with taking the animals to slaughter, because the tissue may show up positive….so he asked me what were acceptable levels for heavy metals in slaughter tissue testing to pass post-mortem inspection.  I didn't know….so I contacted FSIS.  FSIS told me that it was actually FDA that makes the determination of acceptable levels of heavy metals in tissues collected at slaughter.  So, you're my first stop to find out who in FDA would be the best person to talk to about this?  Would you be able to

redirect me to the right office or person?  Thank you.



**Scott R. Leibsle DVM, DABVP**
State Veterinarian/Administrator – Animal Industries
Idaho State Department of Agriculture – Boise, ID
scott.leibsle@isda.idaho.gov
(O) 208.332.8540

**EXHIBIT 20**



PO BOX 3005 | IDAHO FALLS, ID 83403
1449 E 17TH ST, SUITE A | IDAHO FALLS, ID 83404
TEL: 208-552-6442 | FAX: 208-524-6095

January 15, 2025

Scott Leibsle
Idaho State Veterinarian Administrator
PO Box 7249
Boise, Idaho 83712
Via mail and e-mail at animal_info@isda.idaho.gov and scott.leibsle@isda.idaho.gov

Re:    ***Request on behalf Lynn and Glenna Rasmussen***

Dear Mr. Leibsle:

I represent Lynn and Glenna Rasmussen (hereafter the "Rasmussens"). The purpose of this letter is to seek information, clarification and an opinion pertaining to your involvement with cattle owned by the Rasmussens which in the summer of 2023 were exposed to high amounts of toxic metals (Slurry) leaked from a pipeline rupture owned and controlled by Simplot Corporation in the Diamond Creek/Hornet Canyon area in the Caribou National Forest. A TCLP (Toxicity Characteristic Leaching Procedure) test was performed to analyze the Slurry materials, which showed several metallic compounds and toxins including arsenic, boron, barium, cadmium, chromium, lead, mercury, and selenium.

It is my understanding that after being advised of the spill in October of 2023, that you had the liver and kidney tissues of twelve of the open cows exposed to the spill sent off for a toxicology test which came back showing extremely high levels of cadmium in the kidneys (see December 1, 2024, Toxicology study conducted by Kansas State Veterinary Diagnostic Laboratory.) Thereafter, you had another ten exposed mother cows of dead calves tested, each of which came back with high levels of cadmium in their kidney tissue. (See March 1, 2024, toxicology report.) In early April of 2024, when the Rasmussens suggested testing another group of mothers of dead calves, you declined, indicating that the Rasmussens "had enough" data to "prove what is going on" to support potential claims against Simplot. Also, you were advised by the Rasmussens during this period of dramatically increased numbers of cows and calve mortality.

January 15, 2025
Page 2 of 2

In November of 2024, the Rasmussens received a letter from Simplot's counsel making certain representations pertaining to your involvement and opinion in this matter for which Rasmussens seek clarification from you. Specifically, Simplot avers that you represented to the company that your testing found "no adverse effects" to the Rasmussens' cattle. Rasmussens recall no such representation from you.

The Rasmussens currently have 275 remaining cows that were exposed to the Slurry, and 244 confirmed bred calves from the exposed cows. They went from 12 open cows last year to 31 open cows this year, more than a 150% increase. Their 30 unexposed heifers all birthed calves, breeding back at 100%. The Rasmussens have grave reservations of marketing and selling the animals into the stream of commerce due to a number of potential harms caused by the contamination both to animal and possibly human health.

Rasmussens hereby seek confirmation or clarification from you as to whether the contaminated animals have "no adverse effect" on animal or human health. Time is of the essence on this request in that the Rasmussens now have 519 potentially contaminated animals which they must continue to maintain and feed at great cost. As such, we request a response no later than January 31, 2025.

Pursuant to the Idaho Public Records Act, I.C. § 74-101 *et al* Rasmussens also request all records in your and the department's possession within ten working days of this letter (as required under I.C. § 74-103) pertaining to this matter. Such records should include all reports, memoranda, analysis, tests, notes, internal or interagency communications, and external communications made by you and/or anyone in the department to any agent of Simplot and all other outside parties regarding this matter.

Your prompt attention to this matter is greatly appreciated. Please feel free to contact me with any questions or to further discuss this matter.

Sincerely,

Nathan M. Olsen
*Attorney for Rasmussens*
Email: nolsen@olsentaggart.com
Telephone: 208-552-6442

# EXHIBIT 21



J.R. Simplot Company
Simplot Headquarters
1099 W. Front Street
Boise, Idaho 83702
P.O. Box 27
Boise, Idaho 83707

October 18, 2023

Dear Mr. Rasmussen:

We very much appreciate the discussions we have had over the past number of weeks regarding your cattle that graze on the Forest Service grazing allotment on Hornet Creek and Diamond Creek.  We do understand your concern as to whether the spill of the phosphate ore may impact the marketability of your cattle or result in other consequences.

We propose the following actions as to this situation:

- We would like to have the cattle of concern inspected by an appropriately qualified (such as someone from Utah State University) veterinarian.  As a part of this inspection, we anticipate that some blood or other samples may be taken to help determine the health of the animals.  Simplot will pay for this consultation and lab work; all reports and information from this examination will be shared with you.
- If concerns arise from the buyers of your cattle and/or from the health examination of the cattle due to exposure to the phosphate ore, we will work with you to address this situation.
- As previously discussed, and as you are aware, a number of water and forage samples have been taken from Hornet and Diamond Creeks. Simplot will share this information with you when the data is reported from the labs and a report is prepared.  Water quality monitoring will continue into 2024.
- After receipt of the initial sampling data, we can discuss whether additional water quality sampling on your property or other monitoring is needed in the future.

Please let us know if you are agreeable to this approach.

Sincerely,

Alan L. Prouty
Vice President, Environmental & Regulatory Affairs

1

Dr Hall's analysis is below.

Scott R. Leibsle DVM, DABVP
State Veterinarian
Administrator - Division of Animal Industries
Idaho State Department of Agriculture

# EXHIBIT 22

**From:** Jeffery Hall <Jeffery.Hall@huvepharma.us>
**Sent:** Wednesday, January 10, 2024 10:56 AM
**To:** Dr. Scott Leibsle <Scott.Leibsle@ISDA.IDAHO.GOV>
**Subject:** RE: KSVDL Diagnostic Results Report for Accession: D23-077013 - DANNY, RASMUSSEN - N/A

**CAUTION:** This email originated outside the State of Idaho network. Verify links and attachments BEFORE you click or open, even if you recognize and/or trust the sender. Contact your agency service desk with any concerns.

Dr. Scott Leibsle,
I have attached a copy of the page regarding cadmium in cattle from the following:
Puls, R.  Mineral Levels in Animal Health: Diagnostic Data.  1994.

As you can see in the table and from the K-state report, all of the liver cadmium concentrations are normal at < 1.0 ppm.  Several of the kidney cadmium concentrations are higher than normal (< 1.5 ppm).  Both liver and kidney concentrations are well below the listed concentrations for both acute and chronic poisonings.

It should be noted that kidney cadmium concentrations increase with age, so one should look at the age-concentration relationship of these animals.  This is especially important given that the liver concentrations are at normal background values.

High dietary cadmium can interact with copper, zinc, and iron metabolism.  So, high dietary intake can be a factor in the metabolism of those minerals.  The effects on copper and zinc are likely a result of displacement interferences with the metal binding protein metallothionine.  But, normal background liver cadmium would tend to indicate that this was not likely a major player in the low values found in these cows.

Trace mineral deficiencies in cattle from the area these cows came from is COMMON. To evaluate the overall case, one would also need to know what type of mineral supplementation was being provided, how much was being consumed, etc.  On some of the grazing areas in that geographic local, I have found that sometimes supplementation is not provided during summer grazing (joint grazing allotments, difficulty getting it up to the cows, etc.).  Thus, it is also important to know if the cows had been without mineral supplement for any period of time prior to the samples being collected.

Sincerely,


**Jeffery O. Hall, D.V.M., Ph.D., Diplomat A.B.V.T.**
Cattle Technical Services





**EXHIBIT 23**

J.R. Simplot Company
P.O. Box 27, Boise, Idaho, USA
83707-0027

US +1-208-336-2110

April 18, 2024

Attn: Mr. Danny Rasmussen
160 Steele Lane
Grace, ID 83241

Mr. Rasmussen:

The J. R. Simplot Company (Simplot) appreciates the time you and your family spent meeting with Simplot representatives on April 10, 2024, at our Pocatello office. During this meeting your family, as well as family friend Sam Goble, reiterated concerns about your cattle grazing operation in the Diamond Creek area because of the phosphate ore released upon a portion of your grazing lease within the Hornet Canyon and Diamond Creek area.

After our discussion, Simplot understands and appreciates your concerns regarding the condition of your cattle and the potential for reputational harm. Although the diagnostics currently available to Simplot do not indicate that the ore release has resulted in any abnormal tissue levels of trace minerals or heavy metals, Simplot is willing to work with you to come to a resolution that will ease your concerns regarding the health and welfare of your livestock and preserve your reputation as cattlemen who are responsible to provide safe and wholesome product into the food chain.

Simplot is willing to purchase all of the weaned calves who were born to the cows who were exposed to the released ore. It is unclear whether you are also interested in selling the cows that were exposed. If you are interested in selling the cows and calves as a pair, Simplot is also willing to purchase those pairs. Simplot would purchase the calves, or the pairs, at fair market value. We can discuss both of these purchase options as well as appropriate timing for either scenario at our meeting on April 25th.

At the April 10th meeting, Simplot provided to you all the environmental monitoring data collected in 2023 in relation to the Ore Release and the environmental monitoring plan for 2024 and beyond. Simplot committed to providing all future environmental data generated as required by this plan. In addition to the sites defined within the monitoring plan, Simplot agreed to add a surface water monitoring site on Diamond Creek within your private property. Simplot also committed to providing you continued information regarding the planned clean-up of the phosphate ore. Simplot management is considering your request to provide analytical data for the phosphate ore slurry under a non-disclosure agreement.

The Rasmussen family has agreed to provide to Simplot all diagnostic data that has been performed on your herd within the last year. Simplot understands this will be provided electronically in the near future. Once Simplot has receipt of all the data, Simplot will provide reimbursement for this 2023 analytical work as documented on the invoices associated with the diagnostic results.

This proposal is offered to the Rasmussen family in good faith to resolve a disputed claim, without any admission of wrongdoing or liability by either party. Simplot contemplates that any agreement regarding the resolution of this matter will be memorialized in an agreement that includes a release of all claims against Simplot, a confidentiality provision, and a non-disparagement clause.

As discussed on April 10th, Simplot is committed to meeting with you and your family on April 25, 2024.  Simplot suggests this meeting takes place at your Diamond Creek Ranch, or wherever it would be convenient to discuss this offer as well as observe the herd.  Chad Gentry and Randall Raymond will participate on behalf of Simplot.  If you anticipate having an attorney attend the meeting (including Mr. Goble), please let me know by April 22nd. We look forward to your confirmation of this April 25th meeting.

Sincerely,

Alan L. Prouty
Vice President, Environmental & Regulatory Affairs


Cc:    Chad Gentry, J.R. Simplot Company
        Randall Raymond, J.R. Simplot Company

# EXHIBIT 24



**Simplot**

J.R. Simplot Company
P.O. Box 27, Boise, Idaho, USA
83707-0027

US +1-208-336-2110

Sent via email; hard copy to follow

May 14, 2024

Attn: Mr. Danny Rasmussen
160 Steele Lane
Grace, ID 83241

Mr. Rasmussen:

I received your letter dated May 2, 2024, which was sent after you met with the Simplot team the week of April 29. While Simplot appreciates the concerns that are set forth in the letter, Simplot has already made a fair offer that fully compensates you for any potential damage caused by the phosphate ore release. Simplot is still willing to honor the proposal set forth in my April 18th letter. Additionally, if you decide to liquidate a majority of your cow herd, Simplot is willing to compensate you for the business disruption by paying you the income (net of expenses) that you would have received from the sale of the calves for a one-year period. Simplot is not willing to offer anything more.

In order for Simplot to proceed with this transaction, the bulls need to be let out with the cows when the herd is turned out. This offer is conditioned upon an inspection of the herd and verification that the bulls are in. If you are interested in accepting that proposal, please give me a call by May 31, 2024.

Sincerely,

Alan L. Prouty
Vice President, Environmental & Regulatory Affairs

# EXHIBIT 25

**Subject:** Heavy Metal Test Results
**Date:** Wednesday, May 22, 2024 at 12:34:57 PM Mountain Daylight Time
**From:** Dr. Scott Leibsle
**To:** Mary Anne Nelson
**Attachments:** Rasmussen Liver & Kidney Testing Dec 2023.pdf, image001.png, Rasmussen Liver & Kidney Testing Feb 2024.pdf, Biopsy results.pdf

Microsoft Exchange Server;converted from html;



**Scott R. Leibsle DVM, DABVP(EQ)**
State Veterinarian/Administrator – Animal Industries
Idaho State Department of Agriculture – Boise, ID
scott.leibsle@isda.idaho.gov
(O) 208.332.8540

# EXHIBIT 26



1410 N Hilton Street
Boise, ID 83706 • (208) 373-0502

Brad Little, Governor
Jess Byrne, Director

March 26, 2024

By Dan.darlington@simplot.com

Dan Darlington
Smoky Canyon Mine Manager
J.R. Simplot Company, Smoky Canyon Mine
PO Box 1270
Afton, WY 83110

Re: Notice of Noncompliance – J.R. Simplot Company, Smoky Canyon Mine Idaho Pollutant
Discharge Elimination System (IPDES) Permit IDR053128

Attention Dan Darlington:

The Idaho Department of Environmental Quality (DEQ) has determined that J.R. Simplot
Company, Smoky Canyon Mine is out of compliance with IPDES Permit IDR053128. The non-
compliance is due to:

- Illegal unpermitted discharge to waters of the US under the CWA section 301

DEQ is providing this notice so J.R. Simplot Company, Smoky Canyon Mine may correct the
noncompliance with IPDES Permit IDR053128. Please provide the following information or
documentation by May 1st, 2024:

- Continue to coordinate with the Forest Service and other jurisdictional agencies to assess the
  potential harm resulting from the slurry released to the environment.

- In writing, submit a report that describes the pipeline breach, the estimated volume of slurry
  released and potential hazards of the slurry to the environment and to human health. The
  report should include the results of any environmental sampling undertaken by Simplot since
  the breach occurred.  **Completed October 3, 2023**

- In writing, submit a proposed response action plan that describes how Simplot proposes to
  prevent future pipeline breaches. Include any system or design failures that contributed to the
  pipeline breach and allowed the slurry reduction in the pipeline to go unnoticed, and how those
  will be corrected by Simplot. **To be completed and submitted to the U S Forest Service by April
  26th, 2024**

- Provide a yearly summary report of sampling completed under the approved monitoring plan submitted to the Forest Service.

- The affected area from the release will be considered disturbed area due to mining operations and included under the MSGP. This area should be incorporated into your stormwater management plan until vegetation cover meets requirements to remove it.

DEQ appreciates your cooperation in resolving this matter. DEQ encourages you to continue your compliance efforts; responsibility for compliance with the IPDES permit rests with the permittee.

If you have any questions concerning this matter, please do not hesitate to contact me at 208-239-5013 or via email roy.henson@deq.idaho.gov.

Sincerely,

Roy Henson
IPDES Pocatello Regional Compliance Officer

cc:     Troy Smith, IPDES Bureau Chief, DEQ State Office
        Jennifer Cornell, Surface Water Quality Manager, DEQ Pocatello Office
        Katy Bergholm, Regional Administrator, DEQ Pocatello Office
        Ron Quinn, Smoky Canyon Mine, lori.hamann@simplot.com
        Lori Lusty, Smoky Canyon Mine, ron.quinn@simplot.com

# EXHIBIT 27



**Lynn Rasmussen  at Diamond Creek July 2024**

## Diamond Creek flats near campground 2024



## Diamond Creek  riparian and marsh area to follow
## July 2024

















Aerial Veiw  Hornet Creek May 2024













# EXHIBIT 28



# EXHIBIT 29

